# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI | § | |
| And | § | |
| PHILIP J. BERG, ESQUIRE | § | CIVIL ACTION NO. 09-1898 |
| And | § | |
| THE LAW OFFICES OF PHILIP J. BERG | § | |
| And | § | |
| EVELYN ADAMS a/k/a MOMMA E | § | |
| and | § | |
| LISA M. OSTELLA | § | |
| And | § | **Assigned to Honorable Eduardo C.** |
| GO EXCEL GLOBAL, | § | **Robreno** |
| | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| Vs. | § | |
| | § | |
| | § | |
| ORLY TAITZ, a/k/a DR. ORLY TAITZ, | § | |
| a/k/a LAW OFFICES OF ORLY TAITZ, | § | |
| a/k/a WWW.ORLY TAITZESQ.COM a/k/a | § | |
| WWW.REPUBX.COM a/k/a ORLY TAITZ | § | |
| And | § | |
| LINDA SUE BELCHER a/k/a LINDA S. | § | |
| BELCHER a/k/a LINDA STARR a/k/a | § | |
| NEWWOMENSPARTY a/k/a | § | |
| STITCHENWITCH a/k/a EVA BRAUN | § | |
| a/k/a WEB SERGEANT  a/k/a KATY a/k/a | § | |
| WWW.OBAMACITIZENSHIPDEBATE.ORG | § | |
| And | § | |
| EDGAR HALE a/k/a JD SMITH, | § | |
| And | § | |
| CAREN HALE, | § | |
| And | § | |
| PLAINS RADIO NETWORK, | § | |
| a/k/a PLAINS RADIO NETWORK, | § | |
| INC. a/k/a | § | |
| PLAINS RADIO, | § | |
| And | § | |
| BAR H FARMS; | § | |
| And | § | |
| KPRN AM 1610; | § | |



1

And                                                  §
DOES 1 through 200 Inclusive                         §
                                                     §
                           Defendants                §

## Motion to Dismiss Due to Lack of Jurisdiction

Here come the defendants Orly Taitz, pro se and Orly Taitz, President of Defend Our Freedoms Foundation on behalf of Defend Our Freedoms Foundation and allege the following:

1. Current action has no nexus to the State of Pennsylvania and no subject matter jurisdiction. The defendants do not reside within this jurisdiction within the meaning of 28 U.S.C.A. § 1391 (b) and the claim for which this action arose is outside of this jurisdictional district. No federal question is alleged in the complaint.   Notwithstanding the above, the defendants deny every allegation of the Plaintiff's claim.

2. Above legal action stems from fraudulent use of name and Good Will of Defend Our Freedoms foundation by web master Lisa Ostella, (hereinafter Ostella) plaintiff in this action, resident of New Jersey and financial benefit drawn by other plaintiffs in this action as a result of Ostella's activities.

3. Defend Our Freedoms foundation is registered in the state of California by Orly Taitz, ESQ (Taitz, hereinafter), president of the foundation, resident of the state of California as well. Initial registration form, State of California, Office of the Attorney General, Registry of Charitable Trusts submitted on December 17, 2008, Recorded in Orange County, California 12.23.08

4. Orly Taitz never went by the name www.repubx.com and it is not an a/k/a of Orly Taitz. Repubx.com is a web site/blog, owned by another party, with no relation to this action.

5. www.orlytaitzesq.com is not a legal entity and not an a/k/a for Orly Taitz. www.orlytaitzesq.com is a name of a blog/website run by Orly Taitz.

6. Orly Taitz, inc is not an a/k/a for Orly Taitz. It is a name of a dental practice in California, incorporated and separate legal entity, with no relation to current dispute.

7. Law offices of Orly Taitz are not an a/k/a for Orly Taitz. It is a name of a law office with no relation to the dispute.

8. Plaintiff Lisa Liberi (hereinafter Liberi) is a Resident of the State of New Mexico. Plaintiff's attorney Philip Berg (Hereinafter Berg) has listed Liberi's address to be an address of his office in Pennsylvania, however Liberi does not reside in the state of Pennsylvania nor physically work in Berg's office in the state of Pennsylvania. Liberi is an assistant, who has some legal background related to her own criminal convictions and who assists Berg occasionally via e-mails, phone and mail sent from her residence in New Mexico. Berg has improperly asserted her residence in Pennsylvania, due to the fact that this is a state where he is licensed to practice law,  in order to try to obfuscate her real residence in New Mexico and improperly bring a legal action in the state of Pennsylvania.   Liberi claims that she was defamed by Orly Taitz, disclosing to the public, Court printout of Liberi's  convictions of forgery and grand theft. Taitz denies all allegations and assets that all of the information provided was truthful and convictions in question were in the state of California, (addendum 1 Printout of Liberi convictions in San Bernardino county, California)  Liberi's prosecuting district Attorney James Secord is in San Bernardino County, California; arresting officer and all of the detectives are in the state of California, numerous victims of her criminal activity and potential witnesses in this action are in the state of California, therefore a proper jurisdiction for this action and forthcoming counter complaint is in the state of California.

9. Liberi got an eight year term in January 2008 in California, she is currently on probation and would be extradited back to California to serve her term, if she indeed violated the conditions of her probation.

10. When Ostella fraudulently represented herself as Defend Our Freedoms foundation and solicited donations for the Defend Our Freedoms Foundation, Taitz has written a cease and desist letter to Ostella, Berg and Adams, who were benefiting from Ostella's activities.

11. When the above activity did not cease and desist, Taitz has filed a police report, describing donations fraudulently misdirected from Defend our freedoms foundation. The report 09-068339 was filed in the city of registration of the foundation, Mission Viejo in the state of California, which would be a proper jurisdiction in this action. (Addendum 2- Orange County, California Recording for Defend Our Freedoms Foundation, Addendum 3 Police report 09-068339)

12. Liberi, had developed a modus operandi of filing malicious and frivolous law suits against victims of her criminal behavior, law enforcement and judiciary in order to gain some advantage in her criminal prosecution and in fact she has filed so many frivolous complaints and legal actions against the District Attorney, District Attorney's office, Presiding Judge, police officers, detectives, her own defense attorneys, San Bernardino County in California and even hospital, where she was treated, that as a condition of her probation, she is obligated to properly clear with her probation department any legal action she is planning to file. If Liberi did not fulfill her obligation, probation will be revoked and she will be extradited from New Mexico to California to serve her eight year prison term, which makes California a proper Jurisdiction. (addendum 1 )

13. Most of victims of Liberi's malicious and frivolous law suits reside in the state of California, which would be a proper jurisdiction.

14.  Liberi has gotten a reduction of her prison term to probation due to her claim of being sick and disabled. Taitz has called District Attorney of San Bernardino County  James Secord and verified, that Liberi is on disability and receiving disability payments from Social Security Administration. In current case Berg states that Liberi is employed at his office. If indeed Berg is paying or was paying Liberi a salary or any other payment directly or indirectly through her husband Brent Liberi, while Liberi was receiving social security payments for disability, that would constitute Social Security fraud, violation of her probation and would be grounds for her extradition to California to serve her eight year prison term, which makes the state of California a proper Jurisdiction.

15.  Due to the fact, that Liberi was convicted of economic crimes and forgery of documents, as a condition of her probation, she is not allowed to have any access to credit cards belonging to others or bank accounts belonging to others. Berg's office was handling a large donations drive. If indeed Liberi directly or indirectly was handling credit cards or credit card accounts of others, she will be in violation of her probation and will be extradited to California, a proper jurisdiction in this case.

16. Due to the above, Berg, an attorney for Ostella, Liberi and Adams being concerned that upon completion of the police investigation in California, Taitz will file a legal action against his clients and him personally, improperly filed a legal action in Pennsylvania with no nexus to the dispute at hand, with the sole purpose of harassing and intimidating Taitz and other defendants and trying to denigrate Taitz in anticipation of trial.

Due to the above defendants respectfully request dismissal of the current action in the state of Pennsylvania due to lack of subject matter jurisdiction and personal jurisdiction. Venue was improperly under 28 U.S.C.A. §1391 (b)

5

Wherefore, defendants demand judgment that the complaint be dismissed, together with the costs and disbursements of this action.

Dated 05.21.09

Dr. Orly Taitz ESQ

26302 La Paz, ste 211

Mission Viejo, CA 92691

Pro Se and on behalf of Defend our Freedoms Foundation and as a president of Defend Our Freedoms Foundation

Addendum 1 **Case FWV028000 - Defendants**

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|--------------------|-------------|----------------|----------------|
| 1 | LIBERI , LISA R | | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

ALIAS: RICHARDSON, LISA C

ALIAS: COURVILLERICH, LISA

ALIAS: LIBERI, LISA RENEE

ALIAS: LIBERI, LISA

ALIAS: RICHARDSON, LISA RENEE

| Warrant | Type | Status | Issued | Affidavit |
|---------|------|--------|--------|-----------|
|  |  | NONE | N/A | N/A |
| Probation | Type |  | Granted | Expiration |
|  | Formal |  | 03/21/2008 | 03/21/2011 |
| Sentence | Convicted Date | County Jail | CTS |  |
|  | 01/25/2008 | 26 Days | 26 Days |  |
|  | State Prison | Max Sentence |  |  |
|  | N/A | N/A |  |  |
|  | Fine and Penalty | Restitution Fine | Restitution to Victim |  |
|  |  | 0 | N/A |  |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

### Arrest Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|-------|--------|----------|-------------|----------------|------|--------|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 |  |  |

### Filed Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|-------|--------|----------|-------------|----------------|------|--------|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 |  | HTA |

| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |

| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation**

*Probation Type:* FORMAL    *Granted:* 03/21/2008    *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1)   SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1-PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2)   VIOLATE NO LAW.

3)   REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4)   COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5)   SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6)   KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7)   NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

8)   SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9)   NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

10)   SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11)   NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER.

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION.

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

## Case FWV028000 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|--------------------|-------------|----------------|----------------|
| 1 | LIBERI , LISA R | | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

ALIAS: RICHARDSON, LISA C

ALIAS: COURVILLERICH, LISA

ALIAS: LIBERI, LISA RENEE

ALIAS: LIBERI, LISA

ALIAS: RICHARDSON, LISA RENEE

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Status

|  |  |  |  |
|---|---|---|---|
|  |  | Custody | N/A |
| Filing Type | Held to Answer | Filing Date | 05/09/2003 |
| Ordered Bail | $0.00 | Posted Bail | $0.00 |
| D.A. | James R. Secord | Defense | Dean Pitcl (Court Appointed) |
| Next Action: |  | Deputy Report #: | RA-RC 110013759 |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
|  |  | NONE | N/A | N/A |

| Probation | Type | | Granted | Expiration |
|---|---|---|---|---|
|  | Formal | | 03/21/2008 | 03/21/2011 |

| Sentence | Convicted Date | County Jail | CTS |
|---|---|---|---|
|  | 01/25/2008 | 26 Days | 26 Days |
|  | State Prison | Max Sentence | |
|  | N/A | N/A | |
|  | Fine and Penalty | Restitution Fine | Restitution to Victim |
|  |  | 0 | N/A |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |

| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |

| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
|---|---|---|---|---|---|---|
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation**

*Probation Type:* FORMAL      *Granted:* 03/21/2008      *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1- PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY- FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7)   NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR
     DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE
     DEVICES.

8)   SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR
     PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY
     LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH
     OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9)   NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL
     PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE
     PROBATION OFFICER.

10)  SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION
     OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY
     CENTRAL COLLECTIONS

11)  NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12)  PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION
     OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL
     COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE
     FOR PAYMENT OF ALL PROGRAM FEE(S).

13)  NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY
     ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14)  NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED
     SUBSTANCES,

15)  NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS
     UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR
     POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16)  SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER
     QUARTERLY.

17)  NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE
     PROBATION OFFICER.

18)  NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE
     UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER,
     EXCEPT IN THE COURSE OF EMPLOYMENT.

19)  REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER
     WITHIN SEVEN (7) DAYS OF ACQUISITION.

19

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

**TOM DALY**
CLERK-RECORDER
12 CIVIC CENTER PLAZA, ROOM 106
POST OFFICE BOX 238
SANTA ANA, CA 92702-0238



## FICTITIOUS BUSINESS NAME STATEMENT
TYPE ALL INFORMATION AND DO NOT ABBREVIATE

FICTITIOUS BUSINESS NAME(S)      Business Phone (949)   683-5411   (Optional)
(AREA CODE)   (PHONE NUMBER)

A | DEFEND OUR FREEDOMS FOUNDATION

1A| FILING TYPE:   ⊙ New Statement   ○ Refile–List Previous No. [ ]   ○ Change

2 | ADDRESS OF PRINCIPAL PLACE OF BUSINESS    (Do NOT use a P.O. Box or a P.M.B.)

26302 LA PAZ STE 211 | MISSION VIEJO | CA | 926?? | ORANGE
(STREET ADDRESS) | (CITY) | (STATE) | (ZIPCODE) | (COUNTY)

3 | FULL NAME OF REGISTERED OWNER (1)   ORLY TAITZ
(If Corporation, enter Corp. name)

If Corporation /L.L.C State of Incorporation or organization: [ ]

26302 LA PAZ STE 211 | MISSION VIEJO | CA | 92691
RESIDENTIAL/CORP. ADDRESS (DO NOT USE A P.O. BOX) | (CITY) | (STATE) | (ZIPCODE)

FULL NAME OF REGISTERED OWNER (2)
(If Corporation, enter Corp. name)

If Corporation /L.L.C State of Incorporation or organization: [ ]

| | | CA | |
RESIDENTIAL/CORP. ADDRESS (DO NOT USE A P.O. BOX) | (CITY) | (STATE) | (ZIPCODE)

CHECK ONE ONLY) This business is conducted by ⊙ an individual ○ a general partnership ○ a limited liability partnership ○ an unincorporated association other than a partnership ○ a Limited liability Co. ○ a limited partnership ○ a corporation ○ a husband and wife ○ a joint venture ○ co-partners ○ a trust ○ a state or local registered domestic partnership

5 | HAVE YOU STARTED DOING BUSINESS YET?   ⊙ No ○ Yes   If Yes, Insert the date you started: [ / / ]

6 | If registered owner is NOT a corporation, sign below: | If Registered owner is:   a corporation, an officer of the corporation signs below.
any type of partnership, the general partner signs below.
a limited liability company, a manager or an officer signs below.

Signature _____

Print Name

I declare that all information in this statement is true and correct.
(A registered owner who declares as true information
which he or she knows to be false is guilty of a crime.)

Limited Liability Company/Corporation/Partnership Name

Signature and Title of Officer/Manager or General Partner

I declare that all information in this statement is true and correct.
(A registered owner who declares as true
information which he or she knows to be false is guilty of a crime.)

Print Name and Title of Officer/Manager or General Partner

Notice: This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residences address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code).

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||| 23.00
20086178405 09:55am 12/23/08
SC3 158 F01
23.00   0.00 0.00 0.00 0.00 0.00

**SHERIFF-CORONER DEPARTMENT
COUNTY OF ORANGE**

☐ P.O. Box 449, Santa Ana, CA 92702

☐ 11 Journey, Aliso Viejo, CA 92656

Should additional information develop concerning your losses, please send this information, in writing, to the address indicated above. Please include your name, address and this Case #_____. To assist us in recovering your property, please submit a detailed description to include the following information: item, quantity, serial and model numbers, color, special identifying marks or characteristics and the value.

SANDRA HUTCHENS, SHERIFF-CORONER

By _____

F0680-226 (R7/08)