# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI § 
And § 
PHILIP J. BERG, ESQUIRE §       CIVIL ACTION NO. 09-1898
And § 
THE LAW OFFICES OF PHILIP J. BERG §
And § 
EVELYN ADAMS a/k/a MOMMA E §
and § 
LISA M. OSTELLA §
And §       **Assigned to Honorable Eduardo C.**
GO EXCEL GLOBAL, §       **Roberno**
§
                    Plaintiffs §
§
§
              Vs. §
§
§
ORLY TAITZ, a/k/a DR. ORLY TAITZ, §
a/k/a LAW OFFICES OF ORLY TAITZ, §
a/k/a WWW.ORLY TAITZESQ.COM a/k/a §
WWW.REPUBX.COM a/k/a ORLY TAITZ §
And §
LINDA SUE BELCHER a/k/a LINDA S. §
BELCHER a/k/a LINDA STARR a/k/a §
NEWWOMENSPARTY a/k/a §
STITCHENWITCH a/k/a EVA BRAUN §
a/k/a WEB SERGEANT  a/k/a KATY a/k/a §
WWW.OBAMACITIZENSHIPDEBATE.ORG §
And §
EDGAR HALE a/k/a JD SMITH, §
And §
CAREN HALE, §
And §
PLAINS RADIO NETWORK, §
a/k/a PLAINS RADIO NETWORK, §
INC. a/k/a §
PLAINS RADIO, §
And §
BAR H FARMS; §
And §
KPRN AM 1610; §



1

And                                              §
DOES 1 through 200 Inclusive                     §
                                                 §
                        Defendants               §

## Opposition to injunction

1. Defendants deny all allegations of wrong doing.

2. The Plaintiffs' claim that the defendants have made defamatory statements about the plaintiffs is false. In reality, the defendants did not make any defamatory statements. Defendants have disclosed the fact that the plaintiff Lisa Liberi (hereinafter Liberi) has an extensive criminal record involving forgery of documents and grand theft, which put into question authenticity of documents prepared by her for Berg and integrity of Nation wide fund raising effort, conducted by her and Berg. The statements made by the defendants were truthful and necessary as well as within public policy in order to warn the public of Liberi's criminal record. Truth is a complete defense to defamation, and the plaintiffs failed to provide any proof that the statements made by the defendants were not true and defamatory.

3. Plaintiffs admitted in their own pleadings that Taitz has sent a cease and desist e-mail to Berg, advising him that he is being promoted by Ostella, who fraudulently took over the blog (web page) belonging to the Defend Our Freedoms Foundation, and warning him, that his assistant Liberi had an extensive criminal record of forgery and grand theft. Taitz advised Berg that such association undermines the veracity of the documents prepared by his firm and his fund raising effort, and recommended Berg to report this to proper authorities.

4. Berg and Liberi did not respond to the cease and desist letter and instead, embarked on a campaign of denigrating Taitz and spreading rumors through surrogates that Taitz is

2

lying, and Liberi is an innocent person, residing in Pennsylvania and not Liberi, who was convicted of multiple crimes in California and who currently resides in New Mexico.

5.   As the credibility and veracity of Taitz, who is a Licensed attorney and a Doctor of Dental Surgery,  was put into question by the plaintiffs, and due to the need to protect the public at large, Taitz had to provide information showing that Liberi is indeed the one convicted of multiple crimes and currently residing in New Mexico. Such a statement was done with the proper purpose, and only information obtained through public records was disclosed. No private information that is not readily available in public records was ever disclosed. (Addendum, bankruptcy filing filed out and signed by Liberi and placed by Liberi in public record)

6.   In their own pleadings, the plaintiffs have admitted that the information provided by Taitz is truthful, this was through the plaintiffs' admittance of Taitz's accurate disclosure of Liberi's address. The only address Taitz disclosed, was one of Lisa Liberi, a felon, convicted of forgery of documents and grand theft, residing in Santa Fe, New Mexico. Liberi, through her own pleadings, admitted that the information provided by Taitz is truthful, therefore no defamation has ever occurred.

7.   The only reason for the motion for injunction was to try to intimidate the defendants into not disclosing truthful information of public importance and of public interest.

8.   Liberi's claim of fear of being victimized is unfounded.

9.   Liberi's ex-boyfriend and the father of her child is aware of her wereabouts, he was in the courtroom last year when she was convicted of grand theft and forgery. He stays in contact with her over the phone; he sent Liberi an airplane ticket in order to fly his son from Santa Fe, New Mexico, to California, for the holidays, and Liberi has admitted to others that she expects to see him at her son's graduation in June.

10. Liberi and Berg went on radio programs, that are transmitted all over the country and internationally, and promoted themselves and the legal action of Berg v Obama, of which Liberi has prepared for Berg and solicited donations.

11. By virtue of such radio appearances Liberi has inserted herself in public eye and became a public figure. Her claims of being a frightened victim of domestic abuse are completely inconsistent with her public persona.

12. Due to the fact that Liberi was involved in preparation of legal action against Barack Obama, her actions and her criminal past of convictions of document forgery and grand theft became a matter of public interest. It became necessary to alert the public at large that the documents that were prepared in the office of Phillip Berg are of questionable value, and other attorneys and pro se plaintiffs need to either not rely on such documents, or hire a forensic document expert to analyze the authenticity of the documents.

13. Due to Liberi's past, it was a necessity to alert the public in regards to her criminal record of grand theft and the fact that according to her probation, she is not allowed to be dealing with the credit cards of others.

14. The real reason for Liberi, Ostella, Adams, and Berg to file a motion for injunction is to avoid possible criminal investigation, as Ostella has fraudulently taken over the blog (web site) of the Defend Our Freedoms Foundation,(hereinafter DOFF) belonging to Taitz. Ostella fraudulently advertised the site and solicited donations on behalf of the foundation, while not being associated to the foundation.

15. Ostella has denigrated and defamed Taitz, as well as promoted Berg, on the blog belonging to Taitz.

16. Due to the aforementioned, there is no basis for any injunction against the defendants, moreover, such injunction would be against the public interest, and it would be a tool

to further victimize, harass, and slander the defendants in this case, as well as, to aid and abet Liberi, Berg, Ostella, Adams, and GoExcelGlobal in further defrauding the public, Taitz, and the Defend Our Freedoms Foundation.

Orly Taitz

Dated this 21st day of May, 2009

05.21.09.

Dr. Orly Taitz, ESq,

Pro se and as the President of  Defend our Freedoms Foundation on behalf of the foundation

26302 La Paz ste 211

Mission Viejo, CA 92691

5

## Certificate of Delivery

I, Orly Taitz, certify that a true and correct copy of the foregoing was mailed to Philip Berg via overnight Federal Express on this 22day of May, 2009. and via ForSure Legal Services, Service process agency, 250 Woodlake Dr. Holland, PA 18966

_____
Orly Taitz

**Addendum 1 Case FWV028000 - Defendants**

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|---|---|---|---|---|---|---|---|
| 1 | LIBERI , LISA R | | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

ALIAS: RICHARDSON, LISA C

ALIAS: COURVILLERICH, LISA

ALIAS: LIBERI, LISA RENEE

ALIAS: LIBERI, LISA

ALIAS: RICHARDSON, LISA RENEE

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Status**

| | Custody | N/A |
|---|---|---|
| Filing Type **Held to Answer** | Filing Date | **05/09/2003** |

| | | | | | |
|---|---|---|---|---|---|
| *Ordered Bail* **$0.00** | | | | *Posted Bail* | **$0.00** |
| *D.A.* | **James R. Secord** | | | *Defense* | **Dean Pitcl (Court Appointed)** |
| *Next Action:* | | | | *Deputy Report #:* **RA-RC 110013759** | |

| *Warrant* | *Type* | *Status* | *Issued* | *Affidavit* |
|---|---|---|---|---|
| | | **NONE** | **N/A** | **N/A** |
| *Probation* | *Type* | | *Granted* | *Expiration* |
| | **Formal** | | **03/21/2008** | **03/21/2011** |
| *Sentence* | *Convicted Date* | | *County Jail* | *CTS* |
| | **01/25/2008** | | **26 Days** | **26 Days** |
| | *State Prison* | | *Max Sentence* | |
| | **N/A** | | **N/A** | |
| | *Fine and Penalty* | | *Restitution Fine* | *Restitution to Victim* |
| | | | **0** | **N/A** |

## Case **FWV028000** Defendant **1608112** LIBERI, LISA RENEE - **Charges**

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

**Filed Charges**

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

### Arrest Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

### Filed Charges

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

| | | | | | | |
|----|-------------|---|-----------------------------------------------|------------|---|-----|
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|-------|-----------|----------|---------------------------------------------|------------|--------|-----------|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation**

*Probation Type:* FORMAL       *Granted:* 03/21/2008       *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS
AND CONDITIONS:

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR
   TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1-
   PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE
   POSSIBILITY OF COUNTY PAROLE.

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER
   ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB
   OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN
   (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND
   FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE
   PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND
   COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-
   FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE
   WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW
   ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS
   OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF
   ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF
   RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT
   FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND
   SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT.
   AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH
   THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE
   WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS
   REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO
   ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM
   FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES
   THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON
   THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED
   FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE
   ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT

THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

8) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

10) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER.

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION.

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%) ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27) THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28) DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29) COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

31) MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32) PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

**Case FWV028000 - Defendants**

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|--------------------|-------------|----------------|----------------|
| 1 | LIBERI , LISA R | | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

ALIAS: RICHARDSON, LISA C

ALIAS: COURVILLERICH, LISA

ALIAS: LIBERI, LISA RENEE

ALIAS: LIBERI, LISA

ALIAS: RICHARDSON, LISA RENEE

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Status

| | | |
|---|---|---|
| | *Custody* | **N/A** |
| *Filing Type* **Held to Answer** | *Filing Date* | **05/09/2003** |
| *Ordered Bail* **$0.00** | *Posted Bail* | **$0.00** |
| *D.A.* **James R. Secord** | *Defense* | **Dean Pitcl (Court Appointed)** |
| *Next Action:* | *Deputy Report #:* **RA-RC 110013759** | |

| *Warrant* | *Type* | *Status* | *Issued* | *Affidavit* |
|-----------|--------|----------|----------|-------------|
| | | **NONE** | **N/A** | **N/A** |

14

| Probation | Type | Granted | Expiration | |
|---|---|---|---|---|
| | **Formal** | **03/21/2008** | **03/21/2011** | |
| Sentence | Convicted Date | County Jail | CTS | |
| | **01/25/2008** | **26 Days** | **26 Days** | |
| | State Prison | Max Sentence | | |
| | **N/A** | **N/A** | | |
| | Fine and Penalty | Restitution Fine | Restitution to Victim | |
| | | **0** | **N/A** | |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |

15

| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | HTA |
|---|---|---|---|---|---|
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|

| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |

17

| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation**

*Probation Type:* FORMAL    *Granted:* 03/21/2008    *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1- PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6)      KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND
        COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-
        FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE
        WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW
        ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS
        OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF
        ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF
        RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT
        FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND
        SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT.
        AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH
        THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE
        WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS
        REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO
        ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM
        FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES
        THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON
        THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED
        FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE
        ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT
        THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS
        TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7)      NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR
        DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE
        DEVICES.

8)      SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR
        PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY
        LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH
        OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9)      NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL
        PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE
        PROBATION OFFICER.

10)     SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION
        OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY
        CENTRAL COLLECTIONS

11)     NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12)     PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION
        OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL
        COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE
        FOR PAYMENT OF ALL PROGRAM FEE(S).

13) NOT ASSOCIATE WITH KNOWN CONVICTED FELONS OR ANYONE ACTIVELY ENGAGED IN CRIMINAL ACTIVITY B-OR CODEFENDANT(S) OR VICTIM(S).

14) NOT ASSOCIATE WITH KNOWN ILLEGAL USERS OR SELLERS OF CONTROLLED SUBSTANCES,

15) NOT MAINTAIN A CHECKING ACCOUNT OR COMPLETE OR ENDORSE ANY CHECKS UNLESS MADE PAYABLE TO YOU AND NOT HAVE ANY BLANK CHECKS IN YOUR POSSESSION WITHOUT PERMISSION OF THE PROBATION OFFICER.

16) SUBMIT A RECORD OF INCOME AND EXPENDITURES TO THE PROBATION OFFICER QUARTERLY.

17) NEITHER POSSESS NOR USE ANY CREDIT CARD WITHOUT PERMISSION OF THE PROBATION OFFICER.

18) NOT DRIVE OR POSSESS KEYS OR DOCUMENTATION TO ANY MOTOR VEHICLE UNLESS LEGALLY REGISTERED TO YOU OR AN IMMEDIATE FAMILY MEMBER, EXCEPT IN THE COURSE OF EMPLOYMENT.

19) REPORT ALL MOTOR VEHICLES REGISTERED TO YOU TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS OF ACQUISITION.

20) SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER AT ANY TIME OF THE DAY OR NIGHT.

21) CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING YOUR TRUE NAME AGE AND CURRENT ADDRESS

22) ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION OFFICER WITHIN SEVEN (7) DAYS.

23) MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

24) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL COLLECTIONS

25) MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL COLLECTIONS

26) PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%)

ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27)   THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

28)   DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH PROBATION OFFICER.

29)   COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30)   MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

31)   MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE DETERMINED BY PROBATION.

32)   PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

Form B1 (Official Form 1) - (Rev. 9/01)                                                          2001 USBC, CENTRAL    District of California

| UNITED STATES BANKRUPTCY COURT | |
| --- | --- |
| CENTRAL    DISTRICT OF CALIFORNIA | Voluntary Petition |

| Name of Debtor (If Individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| LIBERI, LISA | NONE |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): AKA, LISA RENE LIBERI | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 11952 HUNTLEY DR. RANCHO CUCAMONGA, CA 91739 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: SAN BERNARDINO | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): SAME AS ABOVE | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from street address above): NONE | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliates, general partner, or partnership pending in this District.

[ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
| --- | --- | --- |
| [X] Individual(s) [ ] Corporation [ ] Partnership [ ] Other | [ ] Railroad [ ] Stockbroker [ ] Commodity Broker | [X] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 [ ] Chapter 9   [ ] Chapter 12 [ ] Sec. 304 - Case ancillary to foreign proceeding |

| Nature of Debts (Check one box) | |
| --- | --- |
| [X] Consumer/Non-Business | [ ] Business |

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.B.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information (Estimates only)**

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, it be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-ove |
| --- | --- | --- | --- | --- | --- |
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| --- | --- | --- | --- | --- | --- | --- |
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | |

08/07/2002   **FILED**   14:55
RS02-22845PC

DEBTOR:
LIBERI, LISA
JUDGE: HON. P. Carroll - 645
TRUSTEE: WHIR  CH: 07 (COMPLETE)
341A MTG: 09/10/2002 11:00 USB
ADR: 3420 Twelfth St. Room 100B Rivsi

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 048
RECEIPT NO: RS-020259  $ 200.00