## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI<br>And<br>PHILIP J. BERG, ESQUIRE<br>And<br>THE LAW OFFICES OF PHILIP J. BERG<br>And<br>EVELYN ADAMS a/k/a MOMMA E<br>and<br>LISA M. OSTELLA<br>And<br>GO EXCEL GLOBAL,<br><br>   Plaintiffs<br><br>Vs.<br><br>ORLY TAITZ, a/k/a DR. ORLY TAITZ,<br>a/k/a LAW OFFICES OF ORLY TAITZ,<br>a/k/a WWW.ORLY TAITZESQ.COM a/k/a<br>WWW.REPUBX.COM a/k/a ORLY TAITZ<br>And<br>LINDA SUE BELCHER a/k/a LINDA S.<br>BELCHER a/k/a LINDA STARR a/k/a<br>NEWWOMENSPARTY a/k/a<br>STITCHENWITCH a/k/a EVA BRAUN<br>a/k/a WEB SERGEANT a/k/a KATY a/k/a<br>WWW.OBAMACITIZENSHIPDEBATE.ORG<br>And<br>EDGAR HALE a/k/a JD SMITH,<br>And<br>CAREN HALE,<br>And<br>PLAINS RADIO NETWORK,<br>a/k/a PLAINS RADIO NETWORK,<br>INC. a/k/a<br>PLAINS RADIO,<br>And<br>BAR H FARMS;<br>And<br>KPRN AM 1610; | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 09-1898<br><br><br><br><br><br>**Assigned to Honorable Eduardo C. Robreno**<br><br>FILED<br>MAY 2 3 2009<br>MICHAEL _____, Clerk<br>By_____ Dep. Clerk |

1

And
DOES 1 through 200 Inclusive       §
                                    §
                                    §
              Defendants            §

## ANSWER

Defendants deny all allegations of wrong doing contained in the complaint.

Dated: 05.22.09

Dr. Orly Taitz, ESQ
26302 La Paz ste 211
Mission Viejo, CA 92691
Pro se and as the President of Defend our Freedoms Foundation on behalf of Defend Our Freedoms Foundation.

### Certificate of Delivery

I, Orly Taitz, certify that a true and correct copy of the foregoing was mailed to Philip Berg on this 22 day of May, 2009 via Overnight Federal Express and via ForSure Legal Services Service of Process, 250 Woodlake Dr. Holland PA 18966

Orly Taitz

FILED

MAY 2 3 2009

MICHAEL ___, Clerk
By_____ Dep. Clerk