IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

LISA LIBERI, et al.            :

v.                             :     No. 09-cv-01898-ECR

ORLY TAITZ, et al.             :

PRAECIPE TO ENTER APPEARANCE

*To the Clerk of the Court:*

Kindly enter my appearance on behalf of *LINDA SUE BELCHER, EDGAR HALE, CAREN HALE, PLAINS RADIO NETWORK, BAR H FARMS, KPRN A.M. 1610, NEIL SANKEY AND SANKEY INVESTIGATIONS, INC.*, defendants in the above-captioned matter.

HOPPE & MARTIN, LLP

BY: _____
L. THEODORE HOPPE, JR.
Attorney I.D. No. 62082
423 McFarlan Road, Ste. 100
Kennett Square, PA 19348
(610) 444-2001

Date: 6/24/09