UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al., | ) |
| Plaintiff, | ) |
| Vs. | ) Civil no. **09-cv-01898-ECR** |
| ORLY TAITZ, et al., | ) |
| Defendants. | ) |

## O R D E R

UPON CONSIDERATION of the Motion to Dismiss and to Enjoin, and any Opposition thereto, it is by the United States District Court for the Eastern District of Pennsylvania, hereby

ORDERED, that the motion, be and is, hereby GRANTED; and it is,

FURTHER ORDERED, that this case be DISMISSED WITH PREJUDICE in its entirety against all named Defendants; and it is,

FURTHER ORDERED, that Plaintiff Philip J. Berg, shall be and is, hereby ENJOINED from filing any further complaint, pleading, motion or other paper in any federal Court without first obtaining leave of Court to do so after demonstrating that the complaint, pleading, motion or other paper is not frivolous and is not being filed for an improper purpose and a Judge of that Court certifies that the complaint, pleading, motion or other paper is not frivolous and is not being filed for an improper purpose.

The Clerk of Court shall not accept for filing any further complaint, pleading, motion or other paper from Plaintiff Philip J. Berg without further of this Court.

The Clerk of Court is directed to send a copy of this Order to all parties and counsel of record.

_____
Dated

_____
Honorable Eduardo C. Robreno
JUDGE, United States District Court
For the Eastern District of Pennsylvania

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al.,                    )

     Plaintiff,                         )

Vs.                                      ) Civil no. **09-cv-01898-ECR**

ORLY TAITZ, et al.,                     )

     Defendants.                       )

## MOTION TO DISMISS WITH PREJUDICE AND TO ENJOIN

COMES NOW, a Friend of the Court, J. Johnson, and respectfully MOVES this Court to Dismiss the above captioned matter in its entirety With Prejudice and to Enjoin Plaintiff Berg from filing further suits in this Court, and for that he states:

The Plaintiff, Philip J. Berg, filed this lawsuit against the Defendants alleging that each of them slandered him and other named Plaintiffs by posting on the internet, sending to over one hundred and forty thousand individuals and companies, including internationally, Plaintiff Liberi's full Social Security number, date of birth and other personal identifying information, all of which was done with malice and intent to harm.

Plaintiff Berg began his crusade of filing frivolous lawsuits, like this one, in both State and Federal Courts when he attempted to litigate an issue of whether or not President Barack Obama was a "natural born Citizen," and thereby qualified under Article II, section 1 of the Constitution to be President.

Indeed, Plaintiff Berg made at least one such attempt, suing in this Court naming himself as plaintiff. After that suit was dismissed (for lack of standing), and after the Supreme Court declined to hear him, Plaintiff Berg (apparently) found another plaintiff, a man who had retired from the Air Force as a colonel more than ten years ago and now

claims to be uncertain about whether – if he were recalled to active duty – he would have to obey commands that come from President Obama as commander-in-chief.  See Hollister v. Barry Soetoro, et al., Civil No. 08-2254 (JR); annexed as Attachment 1.

The Court in that case observed that the issue of the President's citizenship had been raised, vetted, blogged, texted, twittered, and otherwise massaged by America's vigilant citizenry during Mr. Obama's two-year-campaign for the presidency, but that Plaintiff Berg wanted it resolved by a court.

The Court found that the complaint was presented for an improper purpose such as to harass; and that the interpleader claims and other legal contentions of Plaintiff Berg were not warranted by existing law or by non-frivolous arguments for extending, modifying or reversing existing law or for establishing new law. Id.

As will be discussed more fully below, the present suit by Plaintiff Berg was brought for an improper purpose and it should be brought to an early end to prevent the "misuse of the public and private resources" and, Plaintiff Berg enjoined from filing any further complaint in this Court without first obtaining leave of Court to do so.

### **Legal Argument**

We live in a free country. Our liberties are manifold and are the envy of the world. In the very top tier of those liberties, enshrined in the First Amendment, is "the right of the people . . . to petition the Government for a redress of grievances." Many of those petitions are presented to judges. Every judge knows that a disturbingly high percentage of them involve petty slights, or imagined injuries, or matters that lie well beyond the reach of the judicial writ, but most judges will agree that it is important at least to listen to them – especially to the grievances of poor petitioners, or disadvantaged

petitioners, or petitioners who do not have lawyers – even if the courts are powerless to grant relief.

Lawyers who come to court to present grievances, however, are held to a higher standard than disadvantaged or unrepresented persons. For lawyers, there are rules. A lawyer knows that no judge has any business addressing or ruling upon a dispute, no matter how fervently he or his clients may feel about it, unless the judge has both personal and subject matter jurisdiction, unless the client has standing to be heard, unless the cause is ripe and justiciable, and unless the complaint states a claim upon which relief can be granted. A lawyer who comes to federal court also knows, because the Federal Rules of Civil Procedure plainly say so, that his signature on a complaint "certifies that to the best of the person's knowledge and belief, formed after an inquiry reasonable under the circumstances," the complaint "is not being presented for any improper purpose," Rule 11(b)(1), and that "the claims . . . and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law," Rule 11(b)(2).

Here, Plaintiff Berg is an attorney and is a member of the bar of this Court. This suit stems from a long dispute by Plaintiff Berg over the issue of whether or not President Obama is a "natural born Citizen," and thereby qualified under Article II, section 1 of the Constitution to be President and somewhere along the way, Plaintiff Berg got in a disagreement on certain topics on this issue with the Defendants and he decided to bring this suit against the Defendants in hopes that this Court will reward him in his battling contest with the Defendants and to use this Court as a venue for that purpose.

Plaintiff Berg claims that the Defendants slandered him and other named Plaintiffs by posting on the internet, sending to over one hundred and forty thousand individuals and companies, including internationally, Plaintiff Liberi's full Social Security number, date of birth and other personal identifying information, all of which was done with malice and intent to harm.

This complaint put forth by Plaintiff Berg, if it were true, would be no different than the website that he created called "Welcome to Obama Crimes" wherein he falsely state that "**Obama was accused of Defrauding the U.S. Treasury by Illegally being a U.S. Senator from Illinois as Obama is an Illegal Alien, not a U.S. Citizen.**" See Attachment 2.

Even after filing this lawsuit in this Court, Plaintiff Berg continue to post statements over the internet about the Defendants and blog about the issues he alleges in this case. Thus, this demonstrates that this suit is nothing more than a vehicle to assist Plaintiff Berg in his antics and fighting contest with the Defendants. See id. at 3.

This suit is patently frivolous and offers no hope for success on the merits. The sole purpose of this suit is not only to engage in an endless fighting contest and harass the Defendants but to set a venue for Plaintiff Berg to continue the "misuse of the public and private resources" for that purpose.

This Court, like the other State and Federal Courts, should dismiss this suit against all of the named Defendants with prejudice and enjoin Plaintiff Berg from filing any further lawsuit in this Court without first obtaining leave of Court to do so, so as to put an end to Plaintiff Berg's "misuse of the public and private resources".

WHEREFORE, it is respectfully requested that this Court will dismiss this case in its entirety against all named Defendants and enter an appropriate Order enjoining Plaintiff Berg from filing any further suits in this Court without first obtaining leave of court to do so.

Respectfully submitted,

June 22, 2009

J. Johnson
2600 Brinkley Road PH 1005
Fort Washington, MD   20744

## CERTIFICATE OF SERVICE

On June 22, 2009, a copy of the foregoing Motion, was mailed and sent electronically via email to all parties and counsel of record, by regular, first-class mail, postage prepaid.

J. Johnson

5

# Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY S. HOLLISTER,       :
                            :
            Plaintiff,      :
                            :
      v.                    :   Civil Action No. 08-2254 (JR)
                            :
BARRY SOETORO, et al.,      :
                            :
            Defendants.     :
                            :

MEMORANDUM

This case, if it were allowed to proceed, would deserve mention in one of those books that seek to prove that the law is foolish or that America has too many lawyers with not enough to do. Even in its relatively short life the case has excited the blogosphere and the conspiracy theorists. The right thing to do is to bring it to an early end.

      The plaintiff says that he is a retired Air Force colonel who continues to owe fealty to his Commander-in-Chief (because he might possibly be recalled to duty) and who is tortured by uncertainty as to whether he would have to obey orders from Barack Obama because it has not been proven -- to the colonel's satisfaction -- that Mr. Obama is a native-born American citizen, qualified under the Constitution to be President. The issue of the President's citizenship was raised, vetted, blogged, texted, twittered, and otherwise massaged by America's vigilant citizenry during Mr. Obama's two-year-campaign

- 2 -

for the presidency, but this plaintiff wants it resolved by a court.

The real plaintiff is probably Philip J. Berg, a lawyer who lives in Lafayette Hill, Pennsylvania, and who has pursued his crusade elsewhere, see Berg v. Obama, 574 F. Supp. 2d 509 (E.D. Pa. 2008), invoking the civil rights statutes, the Federal Election Campaign Act, the Freedom of Information Act, the Immigration and Nationality Act, and the law of promissory estoppel. That case was the subject of a scholarly opinion by a judge who took Mr. Berg's claims seriously -- and dismissed them. Mr. Hollister is apparently Mr. Berg's fallback brainstorm, essentially a straw plaintiff, one who could tee Mr. Berg's native-born issue up for decision on a new theory: If some "value" could be assigned to the "duties" the plaintiff thinks he might someday be called upon to fulfill under the Commander-in-Chief, then those "duties" could be deposited in the registry of this Court as the res whose distribution is to be decided by a suit in interpleader;

The filing and service of the complaint required private counsel to appear for President Obama and for Vice President Biden (whose citizenship is not challenged but who was presumably considered a necessary party in a suit seeking to unseat the President). Those counsel have moved to dismiss, asserting both that this Court has no jurisdiction (Rule

- 3 -

12(b)(1)) and that the plaintiff has stated a claim for which

relief cannot be granted (Rule 12(b)(6)).

Plaintiff having invoked both diversity and the federal

interpleader statute, 28 U.S.C. § 1335, I do have jurisdiction.

Because plaintiff's only claim invokes the interpleader statute,

however, the suit must be dismissed for failure to state a claim.

I have already called the interpleader claim

"frivolous" in two interlocutory rulings [#10 and #14], and I do

so again here. As the defendants noted in their motion to

dismiss, "Interpleader allows a party exposed to multiple claims

on a single obligation or property to settle the controversy and

satisfy his obligation in one proceeding." Commercial Union Ins.

Co. v. U.S., 999 F.2d 581, 583 (D.C. Cir. 1993). It is typically

used in insurance cases where the plaintiff holds property on

behalf of another but does not know to whom among several adverse

parties the property should be transferred [#9 at 8]. Resort to

interpleader is inappropriate when it "is sought for improper or

ulterior purposes." Wright & Miller § 1707 (3d ed. 2001).

Plaintiff has not cited a single case that lends even

colorable support to the notion that his alleged "duties" can be

the "money or property" to which the interpleader statute

applies. The interpleader suits he cites are all about money or

tangible property: American Fidelity Fire Ins. Co. v.

Construcciones Werl, Inc., 407 F. Supp 164 (D. V.I. 1975) is

- 4 -

about contested HUD monies; Underwriters at Lloyd's v. Nichols, 363 F.2d 357 (8th Cir. 1966), is about insurance proceeds; Dunbar v. United States, 502 F.2d 506 (5th Cir. 1974) is about money seized from the mails. The only interpleader case plaintiff cites that involves a "duty" is Bank of Neosho v. Colcord, 8 F.R.D. 621 (W.D. Mo. 1949) (Complaint, para. 12), an inapposite decision declining to strike a cross-claim for specific performance in an interpleader case that began, as interpleader cases do, with the deposit of funds. This suit will accordingly be dismissed.

Mr. Berg and Lawrence J. Joyce, an attorney who lives in Tucson, Arizona, signed the complaint in this case. (They have been filing electronically although they have not been admitted pro hac vice, see [#10].) They are agents provocateurs -- and any attempt to sanction them for misuse of the public and private resources that have had to be devoted to this case would only give them a forum to continue their provocation. John D. Hemenway, on the other hand, is a member of the Bar of this Court. He may have been enlisted by Messrs. Berg and Joyce as a foot soldier in that crusade, but he is nevertheless directly responsible to this Court for the pleadings that have been filed on behalf of the plaintiff. Because it appears that the complaint in this case may have been presented for an improper purpose such as to harass; and that the

- 5 -

interpleader claims and other legal contentions of plaintiff are not warranted by existing law or by non-frivolous arguments for extending, modifying or reversing existing law or for establishing new law, the accompanying order of dismissal requires Mr. Hemenway to show cause why he has not violated Rules 11(b)(1) and 11(b)(2) of the Federal Rules of Civil Procedure, and why he should not be required to pay reasonable attorneys fees and other expenses to counsel for the defendants.

JAMES ROBERTSON
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GREGORY S. HOLLISTER,          :
                               :
          Plaintiff,           :
                               :
     v.                        :    Civil Action No. 08-2254 (JR)
                               :
BARRY SOETORO, et al.,         :
                               :
          Defendants.          :

**ORDER**

For the reasons set forth in an accompanying
memorandum, the defendants' motion to dismiss [#9] is **granted,**
and John D. Hemenway is **ordered to show cause** within eleven days
of the date of this order why he should not be sanctioned under
Rule 11(b) of the Federal Rules of Civil Procedure.

JAMES ROBERTSON
United States District Judge

# **Attachment 2**

# The United States Constitution Requires
# that our President be a natural born
# citizen of the United States

**Obama Crimes**

12/09/08 - My brother, Norman Barry Berg, just passed away. My brother meant so much to me. I have the attached Eulogy in loving memory of him at his f...

My efforts to find the the truth of Obama in memory of my brother.

## Need For Donations

Time again to ask for your donations to support our efforts to prove that Barry Soetoro a/k/a Barack H. Obama is constitutionally ineligible to be President of the United States.

We are now in our eleventh [11th] month of pursuing the truth. We have three [3] cases pending in the Federal Courts [status of cases are latest Press Release of 6/09/09].

We must make the citizens of our country aware of this "HOAX." We must raise the awareness from 15 million to 75 million – ASAP.

If each of you can send $25.00 and have three [3] friends, family or associates send $25.00 each for a total of $100.00 at this time it would hel

WND sign campaign is terrific, but not going far enough. We cannot assume people will ask if the signs only read: Where is your Birth Certi

We want to put up signs and sell bumper stickers saying:

**"OBAMA – Where is YOUR Birth Certificate ?"**

Signs are expensive – thousands of dollars for one [1] sign. Please help!

Thank you.

Donate to support this quest for the truth

---

# Welcome to Obama Crimes

## Press Release

## For Immediate Release: - 06/11/2009

## U.S. Attorney General Eric Holder Refuses to Prosecute President Obama

Under False Claims Act whereby Obama was accused of Defrauding the U.S. Treasury by Illegally being a U.S. Senator from Illinois as Obama is an Illegal Alien, not a U.S. Citizen

Berg brought action against Obama and after months of delay Holder's Staff refused to investigate.

Berg raised issue of "Conflict of Interest" and why Discovery was "not" turned over

and Judge Roberts Dismissed case against Obama on June 9th

obamacrimes.com is the web site for the truth about Obama

(Washington, DC – 06/11/2009) – Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional "qualifications/eligibility" to serve as President of the United States and his cases that are still pending, Berg vs. Obama [2 cases – 1 under seal] and Hollister vs. Soetoro a/k/a Obama, et al announced today that United States Attorney General Eric Holder refused to prosecute President Barack H. Obama for Obama illegally running for and holding the U.S. Senate seat from Illinois because he was Constitutionally ineligible to be a U.S. Senator.

A False Claims Act [FCA] case is when a person has knowledge that another party has obtained money from the Government based on a false claim. In this instance, in order to be a United States Senator, you must be a United States Citizen for nine [9] years. Obama is not a United States Citizen and therefore, usurped the Office of U.S. Senator for Illinois and obtained payment from the U.S. Department of the Treasury based on his false statements that he was a U.S. Citizen and constitutionally eligible to serve the position of United States Senator.

Home
The Latest
Press Releases
News Coverage
Just the Facts
COLB Facts
U.S. District PA
3rd Circuit Court
U.S. District DC
U.S. Supreme Court
U.S. District - Sealed
For We the People
Interviews
Challenges Promos
Rally & Events
Rumors
Media & Press Info
Join the Blog
Contact Us

Contact Phil J. Berg by email

Philip J. Berg, Esquire
555 Andorra Glen Court #12
Lafayette Hill, PA 19444-2531
Cell (610) 662-3005
(800) 993-PHIL (7445)
Fax (610) 834-7659



A video where during the salute
to the flag, Barack H. Obama Jr.
has his hands in a downward
position.

Berg said, "What a miscarriage of justice! At a closed door hearing on June 9, 2009 because of the status of the "sealed case," sealed because of the nature of the case, that being a "Qui Tam" or FCA [False Claims Action] case, the Attorney General through his representatives refused to proceed with the prosecution of Obama for fraudulently serving as a U.S. Senator from Illinois for 3 ½ years. [FCA cases are usually used in Medicare/Medicaid fraud cases]"

Berg continued, "I presented overwhelming evidence that Obama was ineligible to be a U.S. Senator and therefore, Obama fraudulently received a salary and benefits of nearly $1 Million Dollars.

Since the case was 'Dismissed with Prejudice' it is now 'Unsealed' and the record is open for review. The case, Berg vs. Obama, U.S. District Court for the District of Columbia, No. 08-cv-1933 and is available on Pacer or our website, obamacrimes.com. I, Phil Berg, will be Appealing this case !"

Berg said, "During oral argument, I raised the issue of a 'Conflict of Interest' as Attorney General Holder's boss is the President Barack H. Obama, so how could they properly review this case? I suggested the appointment of a Special Prosecutor. I also raised the issue that any Discovery used in the Government's decision to have the case dismissed, which was secured by the U.S. Department of Justice and U.S. Attorney General's Office should be turned over to me as the Relator, however, no Discovery was turned over."

Article II, Section 3 of the U.S. Constitution entrusts the Executive, which includes the United States Attorney General, with duty to take Care that the Laws be faithfully executed. Berg stated, "I am very disappointed that U.S. Attorney General Eric Holder through his Staff has failed to uphold his duties."

Berg concluded, "I am not giving up and am continuing my legal fight to prove Obama is not constitutionally qualified/eligible to be President of the United States. I am proceeding for the 305 + million people in 'our' U.S.A., for 'our' forefathers and for the 1.5 million men and women that have died defending our Constitution in the many wars over the years and the 1.5 million men and women who were injured in those wars,"

* * * * * * *

The following is an update on my three [3] pending cases regarding my challenge to Obama's lack of qualifications/eligibility to be President.

As you know, I was the first to legally raise the issue - having filed my lawsuit on August 21, 2008, before the DNC Convention.

Status of Cases:

Berg vs. Obama, Third Circuit Court of Appeals No. 08 – 4340

Briefs have been filed by all parties.

This is case that was dismissed in U.S. District Court, Eastern District of PA

Judge Surrick dismissed for lack of "standing" by Philip J. Berg

This is case that I bypassed Third Circuit to U.S. Supreme Court - where U.S. Supreme Court denied several injunctions and to hear case.

However, case is still alive in the Third Circuit.

Oral argument is tentatively scheduled for September/October 2009.

Berg vs. Obama, U.S. District Court, Case No. 08-cv-1933

Case originally filed under seal on 11/07/08. The Government moved for the dismissal of the case that was granted on June 10, 2009 at which time Judge Roberts ordered the case unsealed.

Case will be appealed.

Hollister vs. Soetoro a/k/a Obama,

U.S. Court of Appeals for the District of Columbia, No. 09-5080

U.S. District Court for the District of Columbia, No. 08-cv-02254

This is the case of retired Air Force Colonel Hollister who is on lifetime Presidential recall.

Hollister needs to know if recalled by Soetoro/Obama - must he obey an Order by legal President or disobey the illegal Order by a Constitutionally ineligible/unqualified "Usurper" President.

Case was dismissed and Sanction of "Reprimand" imposed on our local attorney.

Appeal has been filed to the U.S. Court of Appeals for the District of Columbia. We are waiting for the briefing schedule so we can file our opening briefs.

For copies of all Press Releases and Court Pleadings, go to: obamacrimes.com


For Further Information Contact:

Philip J. Berg, Esquire

555 Andorra Glen Court, Suite 12

Lafayette Hill, PA 19444-2531

Cell (610) 662-3005

(610) 825-3134

(800) 993-PHIL [7445]

Fax (610) 834-7659

philjberg@obamacrimes.com


## Press Release

## For Immediate Release:  - 06/09/2009

**Berg states Orly Taitz has gone too far; Berg sues Taitz for violating individuals basic rights – Privacy by revealing birth dates and Social Security numbers**
**Berg states Taitz should be disbarred – her actions have been detrimental to the positive efforts of so many to out Obama as he is Constitutionally ineligible to be President as he is not natural born**
**Berg Filed DEFAULT against Taitz and on 6/08/09 filed OPPOSITION to Taitz's Motion to Set Aside Default Judgment**
**also sued is Sankey Investigations for the same reasons and others for defamation and libel**
**obamacrimes.com is the web site for the truth about Obama**

View Documents

PROPOSED ORDER

Plaintiff's Opposition To set Aside Default

Certificate of service

Exhibit A

Exhibit B

Exhibit C


(Lafayette Hill, PA – 06/09/2009) - Philip J. Berg, Esquire, the

first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional "qualifications/eligibility" to serve as President of the United States and his cases that are still pending, *Berg vs. Obama* [2 cases – 1 under seal] and *Hollister vs. Soetoro a/k/a Obama, et al* announced today that he had filed a lawsuit against Orly Taitz for her unprofessional and unlawful tactics by disseminating birth dates and Social Security Numbers and other vicious lies to harm innocent people.

Berg said, "Orly Taitz, Esquire must be disbarred ! Orly has been grabbing the headlines, but doing disservice to the millions who want Obama to prove he is constitutionally eligible/qualified to be President of the United States.

Presently Orly has only one [1] case pending and in my opinion, not very strong and definitely not on point. On the other hand, I [Berg] have three [3] lawsuits pending, all in Federal Court, two [2] in the Appellate Courts [Third Circuit – argument was scheduled end of May 2009, but now the earliest it will be heard is September or October of 2009 on the issue of 'standing'; the other in the District of Columbia Court of Appeals (Hollister case)]. The 3rd case is 'under seal.'"

Berg continued, "Orly has gone too far by e-mailing the Social Security number of my assistant, Lisa. By doing so, with the help of Neil Sankey, Sankey Investigating, Inc. and the Sankey Firm, Orly has violated State [California] and Federal laws and has admitted to the mass e-mailing distribution to tens of thousands of individuals. After suit was filed against Orly and other Defendants, Orly's Answer was due May 26, 2009, however, it was **not** filed. I requested Default to be entered against Orly and other Defendants for their failure to Answer the Complaint. The Court entered the Default on May 27, 2009."

Berg stated, "On or about May 28, 2009, Orly faxed a one [1] page Motion to Set Aside the Default entered on May 27, 2009 against her and Defend our Freedoms Foundation, Inc. I, Berg, filed our Response in Opposition to Orly's Request to Set Aside the Default on June 8th and can be found on my website at **obamacrimes.com.**

Neil Sankey appeared on Plains Radio Network on May 28, 2009 with a made up story that Lisa Ostella sent him emails and asked him to investigate my assistant, Lisa and me. This was a completely fabricated story. Neil Sankey and Orly conspired and not only altered emails sent from Lisa Ostella, they created emails using Lisa Ostella's email address, which Lisa Ostella did not have any knowledge of, never gave any permission for anyone to use her email address, never gave authorization to draft emails on her behalf, she never drafted the emails nor did she send them. In so doing, Neil Sankey and Orly altered and forged documents (emails) of Lisa Ostella. On May 31, 2009, Orly posted the altered and forged emails

on her website with a statement that Lisa Ostella sent them to Neil Sankey, knowing the information to be completely false."

Berg continued, "We are fighting to uphold our Constitution and the laws of our Nation. Neil Sankey and Orly are **not** helping our cause by degrading those working so hard to learn the truth and breaking the very laws we are desperately trying to uphold."

Berg said, "Our focus should be on whether our President, Barry Soetoro a/k/a Barack H. Obama is constitutionally eligible/qualified to serve as the United States President, as it appears he is not a "natural born" United States citizen and eligible pursuant to the United States Constitution."

Berg requested, "All those that want to prove that Obama is constitutionally qualified, please send letters and emails to the White House requesting that the President of the United States show his credentials proving he is in fact a 'natural born' United States citizen and eligible to serve as our President."

Berg continued, "The Obama candidacy is the biggest 'HOAX' perpetrated on the citizens of the United States in 230 years, since our nation was established. Obama must be legally removed from office.

I believe that 15 to 20 million people are aware of the Obama 'HOAX,' and we must make 75 to 100 million people aware. When people are made aware of the Obama 'HOAX,' that Obama has <u>not</u> proven he is constitutionally 'qualified/eligible' to be President; that Obama has <u>not</u> produced his original (vault version) 'Birth Certificate;' that Obama has <u>not</u> produced legal documents to show he legally changed his name from his 'adopted' name of 'Barry Soetoro' from Indonesia; they will demand Obama be removed from the Office of President of the United States."

Berg concluded, "I am proceeding for the 305 + million people in 'our' U.S.A., for 'our' forefathers <u>and for the 1.5 million men and women that have died defending our Constitution in the many wars over the years and the 1.5 million men and women who were injured in those wars,</u> with our legal fight to prove that Obama is <u>not</u> constitutionally qualified/eligible to be President."

\* \* \* \* \* \* \*

The following is an update on my three [3] pending cases regarding my challenge to Obama's lack of qualifications/eligibility to be President.

Also, I am preparing to file a 4th case - Quo Warranto [challenge person in office - that does <u>not</u> meet the qualifications].

As you know, I was the first to legally raise the issue - having filed my lawsuit on August 21, 2008, before the DNC Convention.

## <u>Status of Cases:</u>

*Berg vs. Obama*, **Third Circuit Court of Appeals No. 08 – 4340**
Briefs have been filed by all parties.
This is case that was dismissed in U.S. District Court, Eastern
District of PA
Judge Surrick dismissed for lack of "standing" by Philip J. Berg
This is case that I bypassed Third Circuit to U.S. Supreme Court -
where U.S. Supreme Court denied several Injunctions and to hear
case.
However, case is still alive in the Third Circuit.
Oral argument is tentatively scheduled for September/October 2009.

*Berg vs. Obama*, **U.S. District Court**
Case filed under seal on 11/07/08 - cannot be discussed.

*Hollister vs. Soetoro a/k/a Obama*,
U.S. Court of Appeals for the District of Columbia, No. 09-5080
U.S. District Court for the District of Columbia, No. 08-cv-02254
This is the case of retired Air Force Colonel Hollister who is on
lifetime Presidential recall.
Hollister needs to know if recalled by Soetoro/Obama - must he obey
an Order by legal President or disobey the illegal Order by a
Constitutionally ineligible/unqualified "Usurper" President.
Case was dismissed and Sanction of "Reprimand" imposed on our
local attorney.
Appeal has been filed to the U.S. Court of Appeals for the District of
Columbia. We are waiting for the briefing schedule so we can file our
opening briefs.

**For Further Information Contact:**

**Philip J. Berg, Esquire**

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

**Cell (610) 662-3005**

(610) 825-3134

(800) 993-PHIL  [7445]

Fax (610) 834-7659

philiberg@obamacrimes.com

**Press Release**

For Immediate Release: - 05/27/2009

### Third Circuit Court of Appeals Delays Oral Argument on

### Berg's Appeal regarding "No Standing" Issue

But Berg is determined to continue his fight to show that

Obama is Constitutionally ineligible to be President because Obama is "not" natural
born as required by our U.S. Constitution

obamacrimes.com is the web site for the truth about Obama

(Lafayette Hill, PA – 05/27/2009) - Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional "qualifications/eligibility" to serve as President of the United States and his cases that are still pending, Berg vs. Obama [2 cases – 1 under seal] and Hollister vs. Soetoro a/k/a Obama, et al announced today that he is totally disappointed that the Third Circuit Court of Appeals has delayed "Oral Argument" in the case of Berg vs. Obama, No. 08 – 4340, the case where Judge Surrick denied Berg's case on the basis that Berg did not have "standing."

Berg stated, "About two [2] months ago I received notice that the Third Circuit would schedule 'Oral Argument' the last week of May 2009 or the first week of June 2009. Not hearing for a specific date, Berg's office contacted the Third Circuit and was just advised that "Oral Argument" is not scheduled as previously advised and the earliest time for 'Oral Argument' is in September or October of 2009, and notification will be sent. I am totally disappointed that there has been this delay."

Berg continued, "I am determined to keep fighting lawfully through our Court system; I believe there is a Judge or Justices that will grant us Discovery as it is essential for the following that the truth be told:

o the 305+ million citizens of the United States;

o our 'Forefathers;' and

o the 3 + million that have been injured or died defending our U.S. Constitution over the past 230 + years.

We must expose Obama, as this is the greatest 'HOAX' perpetrated on the citizens of the United States in 230 years, since our nation was established. Obama must be legally removed from office.

I believe that 10 to 15 million people are aware of the Obama 'HOAX,' and we must make 75 million people aware. When people are made aware of the Obama 'HOAX,' that Obama has not proven he is constitutionally 'qualified/eligible' to be President; that Obama has not produced his original (vault version) 'Birth Certificate;' that Obama has not produced legal documents to show he legally changed his name from his 'adopted' name of 'Barry Soetoro' from Indonesia; they will demand Obama be removed from his Office of President of the United States."

The following is an update on my three [3] pending cases regarding my challenge to Obama's lack of qualifications/eligibility to be President.

As you know, Berg was the first to legally raise the issue - having filed a lawsuit on August 21, 2008, before the DNC Convention.

Status of Cases:

Berg vs. Obama, Third Circuit Court of Appeals No. 08 – 4340

Brief have been filed by all parties.

This is case that was dismissed in U.S. District Court, Eastern District of PA

Judge Surrick dismissed for lack of "standing" by Philip J. Berg

This is case that I bypassed Third Circuit to U.S. Supreme Court - where U.S. Supreme Court denied several Injunctions and to hear case.

However, case is still alive in Third Circuit.

Oral argument was scheduled for the end of May 2009; now the earliest will be September or October 2009.

Berg vs. Obama, U.S. District Court

Case filed under seal on 11/07/08 – cannot be discussed.

Hollister vs. Soetoro a/k/a Obama,

U.S. Court of Appeals for the District of Columbia, No. 09-5080

U.S. District Court for the District of Columbia, No. 08-cv-02254

This is the case of retired Air Force Colonel Hollister who is on lifetime Presidential recall.

Hollister needs to know if recalled by Soetoro/Obama - must he obey an Order by legal President or disobey the illegal Order by a constitutionally ineligible/unqualified "Usurper" President.

Case was dismissed and Sanction of "Reprimand" imposed on our local attorney.

Appeal has been filed to the U.S. Court of Appeals for the District of Columbia.

## Press Release

**For Immediate Release:  - 05/23/2009**

**As We Honor our Brave Men & Women who have died and been wounded protecting our U.S. Constitution**

**It is appalling how Barack Obama disgraces their memories by being Constitutionally Ineligible to be President**

**Total U.S. Military Deaths 1775 to 2008 = 1,593,124**

**Total U.S. Military Injuries 1775 to 1991 = 1,581,631**

(Lafayette Hill, PA – 05/23/2009) - Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional "qualifications/eligibility" to serve as President of the United States and his three [3] cases that are still pending, *Berg vs. Obama* [2 cases – 1 under seal] and *Hollister vs. Soetoro a/k/a Obama, et al* announced today that he and the obamacrimes.com supporters are Honoring those that died and were wounded defending our most sacred document, our U.S. Constitution.

Berg said, "It is appalling how Barack Obama disgraces their memories by being Constitutionally Ineligible to be President and not showing his Birth Certificate, Immigration Records, Adoption Papers and documents showing he legally changed his name from 'Barry Soetoro to Barack Hussein Obama' and other records to prove his eligibility. We are asking our supporters to send an e-mail to Barack Obama asking him to honor the fallen by showing that either he is or is not constitutionally eligible to be President, and if not, to resign from the Presidency now.

We are asking all of our supporters to:

[1] Stop what they are doing on Memorial Day, Monday, May 25, 2009 for a moment of silence at 3:00 p.m. in honor of the fallen who have sacrificed their lives in defense of our U.S. Constitution and the United States of America and those that were wounded;

[2] Send this Press Release to everyone in their e-mail address book and ask them to send on so that as many people we can reach will pause to honor our fallen on Memorial Day;

[3] Send an e-mail to Barack Obama by filling out his contact form located at http://www.whitehouse.gov/contact/ asking him to honor the fallen by showing that either he is or is not constitutionally eligible to be President.

Deaths and Injured of U.S. Military: 1775 - 3/25/2008

Per War:

Revolutionary War 1775-1783:

Total Enlisted (Serving): 290,000

Death Total  4,435

Non-Mortal Wound Total:  6,188

War of 1812-1815:

Total Enlisted (Serving):  286,730

Death Total 2,260

Non-Mortal Wound Total 4,505

Mexican War 1846-1848:

Total Enlisted (Serving):  78,718

Death Total 13,283

Non-Mortal Wound Total 4,152

Civil War 1861-1865:

Union Forces Only

Total Enlisted (Serving): 2,213,363

Death Total 504,925

Non-Mortal Wound Total 281,881

Spanish American War 1898-1902:

Total Enlisted (Serving): 306,760

Death Total 2,831

Non-Mortal Wound Total 1,662

World War I  1917-1918:

Total Enlisted (Serving): 4,734,991

Death Total 169,918

Non-Mortal Wound Total 204,002

World War II  1941-1946:

Total Enlisted (Serving):  16,112,566

Death Total 696,596

Non-Mortal Wound Total 671,846

Korean War 1950-1953:

Total Enlisted (Serving):  5,720,000

Death Total 70,315

Non-Mortal Wound Total 103,284

Vietnam Conflict 1964-1973:

Total Enlisted (Serving): 8,744,000

Death Total 105,633

Non-Mortal Wound Total in-patient hospital   153,303

Non-Mortal; Wound Total out-patient hospital 150,341


Persian Gulf War 1990-1991:

Total Enlisted (Serving): 2,225,000

Death Total 3,295

Non-Mortal Wound Total 467


Total U.S. Military Deaths: 1775 - 2008: 1,593,124

Total U.S. Military Injuries: 1775 - 1991: 1,581,631


1.  The Alamo at San Antonio, Texas.  A total of 2831 of our military dead.



2. The American Cemetery at Aisne-Marne, France. A total of 2289 of our military dead.



3. The American Cemetery at Ardennes, Belgium. A total of 5329 of our military dead.



4. The American Cemetery at Brittany, France. A total of 4410 of our military dead.



5. Brookwood , England American Cemetery. A total of 468 of our military dead.



6. Cambridge, England. A total of 3812 of our military dead.



7. Epinal, France American Cemetery. A total of 5525 of our military dead.



8. Flanders Field, Belgium. A total of 368 of our military dead.



9. Florence, Italy. A total of 4402 of our military dead.



10. Henri-Chapelle, Belgium. A total of 7992 of our military dead.



11. Lorraine, France. A total of 10,489 of our military dead.



12. Luxembourg, Luxembourg. A total of 5076 of our military dead.



13. Meuse-Argonne. A total of 14246 of our military dead.



14. Netherlands, Netherlands. A total of 8301 of our military dead.



15. Normandy, France. A total of 9387 of our military dead.



16. Oise-Aisne, France. A total of 6012 of our military dead.



17. Rhone, France. A total of 861 of our military dead.



18. Sicily, Italy. A total of 7861 of our military dead.



19. Somme, France. A total of 1844 of our military dead.



**20. St. Mihiel, France. A total of 4153 of our military dead.**



**21. Suresnes, France.  A total of 1541 of our military dead.**



**Press Release**

**For Immediate Release: - 05/17/2009**
**For Further Information Contact:**
**Philip J. Berg, Esquire**
**555 Andorra Glen Court, Suite 12**
**Lafayette Hill, PA 19444-2531**
**Cell (610) 662-3005**
**(610) 825-3134**
**(800) 993-PHIL [7445]**
**Fax (610) 834-7659**
**philjberg@obamacrimes.com**
**Berg states the Obama's give Commencement Addresses but**
**fail to be honest with the graduates about who they really are.**
**Barack Obama is really Barry Soetoro, an illegal alien, an**
**Usurper who is Constitutionally "ineligible" to be President**

of the United States.

Michelle Obama is a "disbarred" attorney in Illinois – how and why ?

Why does the public not know the backgrounds of the phonies in the White House ?

Obama is the biggest "HOAX" against the United States in over 230 years !

Time to e-mail !

(Lafayette Hill, PA – 05/17/2009) - Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional "qualifications/eligibility" to serve as President of the United States and has three [3] cases that are still pending in the Federal Court system, Berg vs. Obama [2 cases – 1 under seal] and Hollister vs. Soetoro a/k/a Obama, et al, announced today that he is asking everyone to e-mail the messages below to DEMAND THE OBAMA'S to release the "truth" about their backgrounds.

The purpose of our President is to protect our Country, the U.S.A. and "We The People", not to leave us with doubts and fears. If "We The People" and our Country, the United States of America, are important to Barry Soetoro a/k/a Barack H. Obama, he would do everything in his power to put all doubts and fears to rest. It is a very easy solution; all he has to do is provide his Constitutional eligibility credentials and records. Yes, transparency and openness as promised by Obama !

Our country is in a financial crisis, BUT WORSE, a "Constitutional Crisis" as Obama is not "Constitutionally eligible/qualified" to be President.

Send one [1] e-mail to the following: The White House, Vice President Biden - http://www.whitehouse.gov/contact/; Nancy Pelosi - AmericanVoices@mail.house.gov; ASSOCIATED PRESS - traum@ap.org; New York Times - letters@nytimes.com, oped@nytimes.com, editorial@nytimes.com, nytnews@nytimes.com,

executive-editor@nytimes.com, managing-editor@nytimes.com, news-tips@nytimes.com, national@nytimes.com, washington@nytimes.com; Washington Post - letters@washpost.com,

national@washpost.com, sundaysource@washpost.com; Washington Times - oped@washingtontimes.com, yourletters@washingtontimes.com; Los Angeles Times – Tim.Garrison@latimes.com, Michael.Owen@latimes.com, Tenny.Tatusian@latimes.com, David.Johnson@latimes.com, Marc.Olson@latimes.com, Michael.Muskal@latimes.com, Roger.Smith@latimes.com, Ashley.Dunn@latimes.com, Steve.Padilla@latimes.com, Mark.Barabak@latimes.com, Connie.Stewart@latimes.com, Robin.Abcarian@latimes.com, Bob.Drogin@latimes.com; The Chicago Tribune - tips@tribune.com, bdold@tribune.com, ctc-editor@tribune.com, JHirt@tribune.com, JWinnecke@tribune.com, KAlleynemorris@tribune.com,

Rxbecker@tribune.com, SBenzkofer@tribune.com; The Sacramento Bee - oped@sacbee.com,

letters@sacbee.com; ATLANTA JOURNAL – CONSTITUTION - bstelden@ajc.com, cwarmbold@ajc.com, cynthia@ajc.com, gmathis@ajc.com, hklibanoff@ajc.com, hpost@ajc.com,

jmallory@ajc.com, jbookman@ajc.com, jdwallace@ajc.com, letters@ajc.com, insideajc@ajc.com,

pgast@ajc.com, rnarayanan@ajc.com, rhenry@ajc.com; BOSTON GLOBE - goodman@globe.com, kcooper@globe.com, johnson@globe.com, letter@globe.com, brelis@globe.com, oliphant@globe.com; BUSINESS WEEK - lettersbwol@businessweek.com,

richard_dunham@businessweek.com; ABC - netaudr@abc.com, nightline@abcnews.com, 2020@abc.com; CBS - evening@cbsnews.com, earlyshow@cbs.com, 60minutes@cbsnews.com,

48hours@cbsnews.com, ftn@cbsnews.com; NBC - today@nbc.com; FOX News - comments@foxnews.com, Special@foxnews.com, Foxreport@foxnews.com, Oreilly@foxnews.com,

Hannity@foxnews.com, Colmes@foxnews.com, Ontherecord@foxnews.com; CNN and CNN Headline News - http://www.cnn.com/feedback/forms/form1.html?6, http://www.cnn.com/feedback/; aaron.brown@turner.com, andrea.koppel@turner.com, bill.schneider@turner.com, bruce.morton@turner.com, candy.crowley@turner.com; MSNBC,

dateline@nbc.com, hardball@msnbc.com, joe@msnbc.com, nightly@nbc.com; CNBC - info@cnbc.com; PBS - newshour@pbs.org; NATIONAL PUBLIC RADIO - ombudsman@npr.org; THE RUSH LIMBAUGH SHOW - ElRushbo@elbnet.com; SEAN HANNITY SHOW - phil.boyce@citcomm.com;

"To Barack Hussein Obama a/k/a Barry Soetoro and Michelle Obama: As your administration is to be "open and transparent," why will you not divulge your backgrounds? I know why.

As both of you are addressing graduates of college, you are being dishonest to all of them as you fail to tell them about your backgrounds. What a disgrace !

Because both of you are putting on the biggest "HOAX" in our

country in over 230 years.
Barack or rather Barry [Soetoro], you know you are an illegal alien,
not only "Constitutionally ineligible/unqualified" to be President, but also
it was illegal for you to have served as a United States Senator from
Illinois for 3 ½ years.
Michelle, just be honest ! You are being honored as First Lady
without explaining to the citizens of our country that you were "disbarred"
from being an attorney in 1993 — why ? The public has a right to know.
Michelle and Obama, you both know that you are putting forth this
great "HOAX," that is so dangerous to all of us, the people of this great
nation.
Reveal yourselves and Obama resign, as President "now" as
everything you do is void or voidable. Why are you putting our nation
through this turmoil ?
Thank you,
Respectfully,

_____ [your name]"
For copies of all Press Releases and Court Pleadings, go to:
obamacrimes.com

Press Release

Dear **Obamacrimes.com** supporter:

Phil Berg here - with a lot to report.

Delays caused by webmaster disappearing - new one on board.

A lot is happening !! Three [3] cases of mine pending against
Obama !!

One in Third Circuit Court of Appeals [Berg vs. Obama]- * * *
Oral argument SCHEDULED end of May / beginning of June -
waiting for exact date - this is case on "Standing !"

One case in District of Columbia Court of Appeals [Hollister vs.
Soetoro a/k/a Obama] - Interpleader case where retired Air
Force Colonel wants to know, if recalled, does he obey a valid
Order from a legitimate President or can he disobey an Order
from a Usurper, a person Constitutionally ineligible to be
President. PLEASE SEE "ATTACHED" PRESS RELEASE.

One case - "Under Seal" - cannot be discussed.

I NEED YOUR HELP !! I need each of you to spread the word to
more of your friends, relatives and neighbors. Send
obamacrimes.com to EVERYONE on your address file and ask
them to send to EVERYONE on their address file and on and on
and on.

The more people that know about Obama "hiding" all of his
records regarding where he was born, the faster we will have
Obama "legally" removed from office. I believe 10 to 15 million
people are aware of Obama not being "natural born" and
therefore Constitutionally ineligible to be President. We need 60
to 100 million people aware!

And I could use your FINANCIAL SUPPORT, and for many of you,
again. I am now in my tenth [10th] month and I will continue
until the truth about Obama's Constitutionally ineligibility is
proven !! Please go to obamacrimes.com and contribute or mail a
check to:

obamacrimes
c/o Philip J. Berg, Esq.
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531`

Obama and Michelle Obama [by the way did you know Michelle
was "disbarred" from the practice of law in 1993]; Howard Dean,
former head of the DNC; other officials at the DNC [Democratic
National Committee]; Obama's senior campaign officials; and
now senior administration officials must be brought forth into
the Criminal Justice System and be tried and when found guilty,
go to prison !

And I regretfully advise you that I had to file a lawsuit against Orly Taitz, Esquire as she has gone too far.  Months ago, I advised Orly that I would <u>not</u> work with her because our legal styles were so different.

However, I decided <u>not</u> to bad mouth her.

Well, Orly decided to take me down and she states through my very able paralegal, Lisa.  I cannot understand why she would want to take me down unless she's working for Obama.

Orly went too far by publishing, spreading over the internet, the name, address, DATE OF BIRTH and, believe it, the SOCIAL SECURITY NUMBER of Lisa, all in violation of State [California] and Federal laws.

I will be putting out a Press Release regarding Orly shortly.

Thank you.

Respectfully,

  Phil

Philip J. Berg
obamacrimes.com

--------------------------------------------------------------------------------------------

For Immediate Release:  - 04/09/2009

For Further Information Contact:

Philip J. Berg, Esquire

555 Andorra Glen Court, Suite 12

Lafayette Hill, PA 19444-2531
Cell (610) 662-3005

(610) 825-3134

(800) 993-PHIL [7445]

Fax (610) 834-7659

philjberg@obamacrimes.com

<u>Berg states Hollister case has been 'Appealed'</u>
<u>as Opinion is so 'outrageous' and Sanction imposed was</u>
<u>'totally unfair'</u>
<u>Judge showed his total bias since case was filed</u>
<u>We will be successful on Appeal !</u>
<u>Spread the word !</u>

     (Lafayette Hill, PA — 04/09209) - Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional "qualifications/eligibility" to serve as President of the United States and his cases that are still pending, *Berg vs. Obama* [2 cases — 1 under seal] and *Hollister vs. Soetoro a/k/a Obama, et al* announced today that an Appeal has been filed in the Hollister case for several reasons.

     Judge James Robertson showed his bias from the time the case was filed: 1) Berg and Joyce filed Motion for Admission *Pro Hac Vice* and Judge Robertson stated he would hold in abeyance until we appeared in front of him ……….and then he would make a decision if we should be admitted…….; 2) Judge Robertson never scheduled a Hearing regarding our Motion *Pro Hac Vice*; 3) Judge Robertson was aware our local Washington, DC attorney, age 84, was not computer savvy; 4)

Judge Robertson issued two [2] Orders, one [1] with two [2] days to respond and one [1] with one [1] day to respond, Motions that we responded to because others made us aware.

The decision by Judge Robertson in dismissing our case showed further his bias as he made statements that were totally untrue and no evidence thereof had been presented. Specifically, Judge Robertson stated how Obama's citizenship has been "vetted, blogged, texted, twittered" during the two years of his campaign.  This statement regarding Obama is so outrageous as Obama was never vetted or otherwise questioned.

Further, Judge Robertson keeps referring to Obama being "Native-born," a new term in the efforts to justify Obama's citizenship.  The Constitution and all lawsuits attempting to discover the "truth" about Obama refer to the words in the Constitution, that being "Natural Born."

Without testimony being presented, Judge Robertson decides our Interpleader case is "frivolous," a decision that we completely differ with.

Judge Robertson refers to attorney Joyce and myself as "agents provocateurs."  I am honored by this designation because it shows that we are determined to expose the HOAX of Obama, the greatest HOAX upon the citizens of the United States in the history of our country, over 230 years.

The imposition of sanctions by way of a "Reprimand" to our local counsel, John D. Hemenway, Esquire was uncalled for and another attempt by Judge Robertson to stop the legitimate search for the truth about Obama's citizenship.

The following remarks by Margaret Calhoun Hemenway are right on point, "This is not a political issue — it is a legal issue and one of paramount national importance. Some question the wisdom of "undoing" an election if Obama's doubters are proven right. My father-in-law has lived through a World War, an actual impeachment and a President who was forced to resign under threat of impeachment — the nation survived, without chaos. The greatest danger to our freedom is disrespect for the Constitution and a President, who by his failure to provide evidence of his eligibility for the Presidency, evidently doesn't believe the rules should apply to him."

Berg continued, "The Obama candidacy is the biggest "HOAX" perpetrated on the citizens of the United States in 230 years, since our nation was established.  Obama must be legally removed from office.

I believe that 10 to 15 million people are aware of the Obama 'HOAX,' and we must make 75 million people aware. When people are made aware of the Obama 'HOAX,' that Obama has not proven he is constitutionally 'qualified/eligible' to be President; that Obama has not produced his original (vault version) 'Birth Certificate;' that Obama has not produced legal documents to show he legally changed his name from his 'adopted' name of 'Barry Soetoro' from Indonesia; they will demand Obama be removed from his office of President of the United States."

Berg concluded, "I am proceeding for the 305 + million people in 'our' U.S.A., for 'our' forefathers and for the tens of thousands of men and women that have died and/or been maimed defending our Constitution, with our legal fight to prove that Obama is not constitutionally qualified/eligible to be President."

The following is an update on my three [3] pending cases regarding my challenge to Obama's lack of qualifications/eligibility to be President.

Also, I am preparing to file a 4th case - Quo Warranto [challenge person in office - that does not meet the qualifications].

As you know, I was the first to legally raise the issue - having filed my lawsuit on August 21, 2008, before the DNC Convention

**Status of Cases:**

*Berg vs. Obama*, Third Circuit Court of Appeals No. 08 – 4340
Brief have been filed by all parties.
This is case that was dismissed in U.S. District Court, Eastern District of PA
Judge Surrick dismissed for lack of "standing" by Philip J. Berg
This is case that I bypassed Third Circuit to U.S. Supreme Court - where U.S. Supreme Court denied several Injunctions and to hear case.
However, case is still alive in Third Circuit.
Oral argument is scheduled for the end of May 2009.

*Berg vs. Obama*, U.S. District Court
Case filed under seal on 11/07/08 – cannot be discussed

*Hollister vs. Soetoro a/k/a Obama*,
U.S. Court of Appeals for the District of Columbia, No. 09-5080
U.S. District Court for the District of Columbia, No. 08-cv-02254
This is the case of retired Air Force Colonel Hollister who is on lifetime Presidential recall.
Hollister needs to know if recalled by Soetoro/Obama - must he obey an Order by legal President or disobey the illegal Order by a constitutionally ineligible/unqualified "Usurper" President.
Case was dismissed and Sanction of "Reprimand" imposed on our local attorney.
Appeal has been filed to the U.S. Court of Appeals for the District of Columbia.

---------------------------------------------------------------------------------

This website was created after research indicated that Barack Obama is not a "natural born" citizen or a Citizen of the United States as required by the United States Constitution to be eligible for the Office of President.

Former Deputy State Attorney General, Attorney Philip J. Berg filed a lawsuit against Barack Obama and the Democratic National Committee. This case is now pending at the U. S. Supreme Court.

The United States Constitution
Article II Section 1, states in part:

The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

...No Person except a natural born Citizen ........ shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

(words were removed for clarification purposes only)

## 04/09/09: PRESS RELEASE

Berg States Hollister case has been 'Appealed' as Opinion is so 'outrageous' and Sanction imposed was 'totally unfair' Judge showed his total bias since case was filed.

Berg states Hollister case has been 'Appealed' as Opinion is so 'outrageous' and Sanction imposed was 'totally unfair' Judge showed his total bias since case was filed.

We will be successful on Appeal!

Spread the word !

(Lafayette Hill, PA – 04/09/2009) - Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Senator Obama's lack of Constitutional qualifications/eligibility" to serve as President of the United States and his cases that are still pending, Berg vs. Obama [2 cases – 1 under seal] and Hollister vs. Soetoro a/k/a Obama, et al announced today that an Appeal has been filed in the Hollister case for several reasons.

Judge James Robertson showed his bias from the time the case was filed: 1) Berg and Joyce filed Motion for Admission Pro Hac Vice and Judge Robertson stated he would hold in abeyance until we appeared in front of him ..........and then he would make a decision if we should be admitted.......; 2) Judge Robertson never scheduled a Hearing regarding our Motion Pro Hac Vice; 3) Judge Robertson was aware our local Washington, DC attorney, age 84, was not computer savvy; 4) Judge Robertson issued two [2] Orders, one [1] with two [2] days to respond and one [1] with one [1] day to respond, Motions that we responded to because others made us aware.

The decision by Judge Robertson in dismissing our case showed further his bias as he made statements that were totally untrue and no evidence thereof had been presented. Specifically, Judge Robertson stated how Obama's citizenship has been "vetted, blogged, texted, twittered" during the two years of his campaign. This statement regarding Obama is so outrageous as Obama was never vetted or otherwise questioned.

Further, Judge Robertson keeps referring to Obama being "Native-born," a new term in the efforts to justify Obama's citizenship. The Constitution and all lawsuits attempting to discover the "truth" about Obama refer to the words in the Constitution, that being "Natural Born."

Without testimony being presented, Judge Robertson decides our Interpleader case is "frivolous," a decision that we completely differ with.

Judge Robertson refers to attorney Joyce and myself as "agents provocateurs." I am honored by this designation because it shows that we are determined to expose the HOAX of Obama, the greatest HOAX upon the citizens of the United States in the history of our country, over 230 years.

The imposition of sanctions by way of a "Reprimand" to our local counsel, John D. Hemenway, Esquire was uncalled for and another attempt by Judge Robertson to stop the legitimate search for the truth about Obama's citizenship.

The following remarks by Margaret Calhoun Hemenway are right on point, "This is not a political issue – it is a legal issue and one of paramount national importance. Some question the wisdom of "undoing" an election if Obama's doubters are proven right. My father-in-law has lived through a World War, an actual impeachment and a President who was forced to resign under threat of impeachment – the nation survived, without chaos. The greatest danger to our freedom is disrespect for the Constitution and a President, who by his failure to provide evidence of his eligibility for the Presidency, evidently doesn't believe the rules should apply to him."

Berg continued, "The Obama candidacy is the biggest "HOAX" perpetrated on the citizens of the United States in 230 years, since our nation was established. Obama must be legally removed from office.

I believe that 10 to 15 million people are aware of the Obama 'HOAX,' and we must make 75 million people aware. When people are made aware of the Obama 'HOAX,' that Obama has not proven he is constitutionally 'qualified/eligible' to be President; that Obama has not produced his original (vault version) 'Birth Certificate;' that Obama has not produced legal documents to show he legally changed his name from his 'adopted' name of 'Barry Soetoro' from Indonesia; they will demand Obama be removed from his office of President of the United States."

Berg concluded, "I am proceeding for the 305 + million people in 'our' U.S.A., for 'our' forefathers and for the tens of thousands of men and women that have died and/or been maimed defending our Constitution, with our legal fight to prove that Obama is not constitutionally qualified/eligible to be President."

The following is an update on my three [3] pending cases regarding my challenge to Obama's lack of qualifications/ eligibility to be President.

Also, I am preparing to file a 4th case - Quo Warranto [challenge person in office - that does not meet the qualifications].

As you know, I was the first to legally raise the issue – having filed my lawsuit on August 21, 2008, before the DNC Convention

Status of Cases:

Berg vs. Obama, Third Circuit Court of Appeals No. 08 – 4340

Briefs have been filed by all parties.

This is case that was dismissed in U.S. District Court, Eastern District of PA Judge Surrick dismissed for lack of "standing" by Philip J. Berg
This is case that I bypassed Third Circuit to U.S. Supreme Court - where U.S. Supreme Court denied several Injunctions and to hear case.
However, case is still alive in Third Circuit.
Oral argument is scheduled for the end of May 2009.

Berg vs. Obama, U.S. District Court
Case filed under seal on 11/07/08 – cannot be discussed

Hollister vs. Soetoro a/k/a Obama,
U.S. Court of Appeals for the District of Columbia, No. 09-5080
U.S. District Court for the District of Columbia, No. 08-cv-02254
This is the case of retired Air Force Colonel Hollister who is on lifetime Presidential recall.
Hollister needs to know if recalled by Soetoro/Obama - must he obey an Order by legal President or disobey the Illegal Order by a constitutionally ineligible/unqualified "Usurper" President.
Case was dismissed and Sanction of "Reprimand" imposed on our local attorney.
Appeal has been filed to the U.S. Court of Appeals for the District of Columbia.

© 2008, Phil J. Berg, Esq., All Rights Reserved