IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **25th** day of **June, 2009,** it is hereby **ORDERED** that Plaintiffs' motion to dismiss Defendants James Sundquist and Rock Salt Publishing (doc. no. 62) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants James Sundquist and Rock Salt Publishing are **DISMISSED without prejudice.**[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**

---

[1] To the extent that Plaintiffs have requested that Mr. Sundquist and Rock Salt Publishing compensate them for the cost of service in this case, that request is **DENIED**. The dismissal without prejudice of Mr. Sundquist and Rock Salt Publishing is not conditioned upon any payment to Plaintiffs.