```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **25th** day of **June, 2009,** it is hereby **ORDERED** that Plaintiffs' emergency motions for an injunction and/or a temporary restraining order (doc. nos. 3 & 66) are **DENIED without prejudice.**[1]

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (doc. nos. 23, 24, 25, 35, 50, 53 & 59) are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs' motions to strike (doc. nos. 58 & 64) are **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that Defendant Taitz's motion to strike (doc. no. 61) is **DENIED without prejudice.**

**AND IT IS SO ORDERED.**

**s/Eduardo C. Robreno**

**EDUARDO C. ROBRENO, J.**

---

[1] Defendants are to conduct themselves according to the parameters discussed today in open court.