```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **25th** day of **June, 2009,** it is hereby **ORDERED** that no further motions shall be filed in this case without prior leave of the Court.

**IT IS FURTHER ORDERED** that a party seeking leave to file a motion may do so by letter to the Court, with copies to all parties, indicating in such a letter whether the other parties consent to the request.  A copy of the proposed motion shall be attached whenever leave is requested.

**AND IT IS SO ORDERED.**

                                    s/Eduardo C. Robreno

                                    **EDUARDO C. ROBRENO, J.**