IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **25th** day of **June, 2009,** it is hereby **ORDERED** that Defendant Taitz's motions to set aside default (doc. nos. 48 & 51) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **STRIKE** from the record any entry of default in this case.

**IT IS FURTHER ORDERED** that Plaintiffs' requests for entry of default judgment (doc. nos. 30, 31, 32, 33, 34, 39, 40, 41, 42, 43, 44, 45, 46 & 47) are **DENIED without prejudice**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**