```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI et al.,              :   CIVIL ACTION
                                 :   NO. 09-1898
          Plaintiffs,            :
                                 :
     v.                          :
                                 :
ORLY TAITZ et al.,               :
                                 :
          Defendants.            :
```

## **O R D E R**

**AND NOW**, this **24th** day of **July, 2009,** it is hereby **ORDERED** that the order dated June 25, 2009 (doc. no. 80), is **AMENDED** to the extent that the rules to show cause are returnable on Plaintiffs by **Wednesday, August 26, 2009.** Defendants shall have until **Friday, September 25, 2009** to reply to Plaintiffs' responses.

    **AND IT IS SO ORDERED.**


                                                  _s/Eduard C. Robreno

                                                  **EDUARDO C. ROBRENO, J.**