IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | FILED |
| ORLY TAITZ et al., | : | |
| | : | JUL 2[ ] 2009 |
| Defendants. | : | |

## O R D E R

**AND NOW,** this **27th** day of **July, 2009,** it is hereby **ORDERED** that the Clerk shall **FILE** Plaintiffs' motion for a temporary injunction and/or temporary restraining order, attached hereto, as of record.

**IT IS FURTHER ORDERED** that Defendants shall file their responses to Plaintiffs' motion, if any, by **Monday, August 3, 2009**.

**IT IS FURTHER ORDERED** that a hearing shall take place on Plaintiffs' motion for a temporary injunction and/or temporary restraining order, and any responses thereto, on **Friday, August 7, 2009**, at **10:30 A.M.**, in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**