

**Plains Radio Network, Inc**
**Ed and Caren Hale**
1401 Bowie Street
Wellington, TX 79095
806-447-0270
806-447-0010

---

July 27, 2009

*Order to be filed of record*

Honorable Eduardo C. Robreno
United States District Court of the
Eastern District of Pennsylvania
11614 United States Court House
601 Market Street
Philadelphia, PA 19106-1797

*[signature]*

Sent via fax 267- 299- 7428 .................................................. 2 pages

*7/27/09*

Re:   Liberi , et al. v. Orly Taitz, et al, Case No. 09-cv-01898 ECR

FILED
JUL 28 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Your Honor,

Caren and I are defending ourselves in this matter, pro se. As Mr. Philip Berg has submitted a sanction where he states that he will be (future tense) sending you audio clips of the allegations he has made in his newest sanction, we feel that it serves the court well that we present the audio tapes, along with transcripts, so that it is evident that what Mr. Berg alleges, are in fact incorrect.

In short, the audios that we provide will prove that Mr. Berg is making false charges in his newest sanction, in trying to deceive the court. He makes his charges, but does not immediately provide an audio proof of them.

We will provide audio clips to disprove his false statements. These audio CDs and

transcripts of the audio CD s will be sent within the next couple of days.

Respectfully,

Ed Hale

Caren Hale

**CSH/eh**

Cc:  Dr. Orly Taitz, et al and
Defend Our Freedoms Foundation, Inc
26302 La Paz, Suite 211
Mission Viejo, CA 92691
949-683-5411
Fax 949-586-2082
Email - dr_taitz@yahoo.com
Counsler in pro se
Defend Our Freedoms Foundations, Inc. is unrepresentative


Mr. Ted Hoppe, Esquire
Hoppe & Martin
423 McFarlan Road, Suite 100
Kennett Square, PA 06.15
610-444-2001
Fax 610-444-5819
Email - thoppe@hoppemartin.com
Attorney For Defendants

Linda Sue Belcher aka Linda Starr, et al
Neil Sankey,
Sankey Investigations, Inc.