

# *Plains Radio Network, Inc.*
## *1401 Bowie Street*
## *Wellington, Texas 79095*
## *806-447-0270*

August 7, 2009

Honorable Eduardo C. Robreno
United States District Court
for the Eastern District of Pennsylvania
Philadelphia, PA 19106-1797

*Order to be filed of record.*

8/7/09   [signature]

Re:   Liberi, et al. v. Orly Taitz, et al, Case No. 09-cv-01898 ECR
      Objection to the temporary injunction and/or temporary restraining order that is before the court today. We object to this proceeding on the basis that the Court does not have jurisdiction over us and that we are not waiving the issue of jurisdiction and/or venue by appearing before the Court to defend against this Motion.

**Dear Judge Robreno:**

Please note our objection to this hearing as it is our position that the court does not have jurdication in this matter until the jurdication matter is settled. We renew our request that the Court continue the proceedings related to Mr. Berg's Motion for TRO pending the resolution of the challenges to jurisdiction and venue.

**FILED**
**AUG 7 - 2009**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Signed this the 7th day of August, 2009

[signature]                                              [signature]
Edgar S Hale III                                         Caren J. Hale