IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **10th** day of **August, 2009**, it is hereby **ORDERED** that non-party movant J. Johnson's motion to dismiss with prejudice and to enjoin (doc. no. 74) is **DENIED with prejudice.**[1]

**AND IT IS SO ORDERED**.

**S/Eduardo C. Robreno**

**EDUARDO C. ROBRENO, J.**

---

[1] This motion is not properly before the Court, as J. Johnson is neither a party to this case, nor an intervenor pursuant to Fed. R. Civ. P. 24.