IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **10th** day of **August, 2009,** for the reasons stated on the record today in open court, it is hereby **ORDERED** that Defendant Orly Taitz's motion for Rule 11 sanctions (doc. no. 91) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Defendant Orly Taitz's omnibus motion (doc. no. 93) is **DENIED as moot** to the extent that it seeks a continuance of the hearing, which was scheduled for Friday, August 7, 2009, and **DENIED** to the extent that it seeks a dismissal of Plaintiffs' complaint or of Plaintiffs' motion for an injunction or temporary restraining order.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**