Law Offices of:
**Philip J. Berg, Esquire**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134                                                                *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al, | : |
| Plaintiffs, | : |
| vs. | : Case No.: 09-cv-01898-ECR |
| ORLY TAITZ, et al, | : |
| Defendants. | : |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiffs' in the above named case, Lisa Liberi; Philip J. Berg, Esquire; the Law Offices of Philip J. Berg; Evelyn Adams; Lisa Ostella; and Go Excel Global by and through their undersigned counsel, Philip J. Berg, Esquire hereby appeal to the United States Court of Appeals for the Third Circuit from the Orders denying Plaintiffs' Motion for an Immediate Injunction or Restraining Order entered in this action on the 10th day of August, 2009 and on the 25th day of June, 2009.

Respectfully submitted,

Dated: August 14, 2009

s/ Philip J. Berg
_____
Philip J. Berg, Esquire
*Attorney for Plaintiffs'*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134

Law Offices of:
**Philip J. Berg, Esquire**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134                                                                  *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT,
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ORLY TAITZ, et al,<br><br>　　　　　Defendants. | Case No.: 09-cv-01898-ECR |

## **CERTIFICATE OF SERVICE**

I, Philip J. Berg, Esquire, hereby certify that a copy of Plaintiffs' Notice of Appeal was served this 14th day of August 2009 via email upon the following:

Orly Taitz
Defend our Freedoms Foundation, Inc. (unrepresented)
26302 La Paz Ste 211
Mission Viejo, CA 92691
Email:  dr_taitz@yahoo.com

Neil Sankey
The Sankey Firm, Inc. a/k/a The Sankey Firm (unrepresented)
Sankey Investigations, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
Email:  nsankey@thesankeyfirm.com

Linda Sue Belcher
201 Paris
Castroville, Texas 78009
Email: Newwomensparty@aol.com and
Email: starrbuzz@sbcglobal.net

Ed Hale
Caren Hale
Plains Radio
KPRN
Bar H Farms
1401 Bowie Street
Wellington, Texas 79095
Email: plains.radio@yahoo.com; barhfarms@gmail.com;
ed@plainsradio.com and ed@barhfarms.net

      s/ Philip J. Berg
―――――――――――――――――
PHILIP J. BERG, ESQUIRE
*Attorney for Plaintiffs'*