```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **25th** day of **August, 2009,** upon consideration of the August 24, 2009 letter from Plaintiffs' counsel requesting a second extension of time in which to respond to the Court's Rules to Show Cause, it is hereby **ORDERED** that this request is **DENIED.**[1]

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**

---

[1] In light of the tenuous assertion of personal jurisdiction against at least some of the Defendants in this case, continuing the instant litigation in this Court for a second time will prejudice Defendants and will not serve the public interest.