IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **25th** day of **August, 2009,** upon consideration of the August 24, 2009 letter from Plaintiffs' counsel requesting leave to file motions for the entry of default and for the entry of default judgment against The Sankey Firm, Inc. a/k/a the Sankey Firm, it is hereby **ORDERED** that this request is **DENIED without prejudice.**[1]

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**

---

[1] Plaintiffs may renew their request for leave to file motions for the entry of default and for the entry of default judgment against The Sankey Firm, Inc. a/k/a the Sankey Firm after this Court has decided the jurisdictional issues raised in its Rules to Show Cause.