```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI et al.,            :   CIVIL ACTION
                               :   NO. 09-1898
          Plaintiffs,          :
                               :
     v.                        :
                               :
ORLY TAITZ et al.,             :
                               :
          Defendants.          :
```

## **O R D E R**

**AND NOW**, this **25th** day of **August, 2009,** it is hereby **ORDERED** that Plaintiffs' emergency motion for an injunction or restraining order pending the outcome of Plaintiffs' appeal (doc. no. 102) is **DENIED.**[1]

---

[1] This litigation involves an intramural dispute among persons who have, at times jointly, challenged the legitimacy of President Barack Obama's presidency based on their belief that President Obama is not a natural born citizen.  The instant case is just one piece of this far flung litigation, which is now pending in at least three federal courts.

As an initial matter, the Court notes that Plaintiffs filed the instant motion without first seeking leave of the Court, in violation of the Court's explicit order, dated June 25, 2009 (doc. no. 78).  Although Plaintiffs assert that, pursuant to Rule 8 of the Federal Rules of Appellate Procedure, their filing is proper, the Court disagrees.

Still, the Court has reviewed the merits of Plaintiffs' motion.  The issues raised by Plaintiffs were previously considered by the Court during two lengthy hearings, at which all parties were afforded an opportunity to be heard.  At the conclusion of the most recent hearing on August 7, 2009, the Court was left with the distinct impression that Plaintiffs were not entitled to the extraordinary relief that they had requested. Specifically, Plaintiffs did not made a threshold showing of a reasonable likelihood of success on the merits, or of irreparable harm.  Under these circumstances, Plaintiffs' motion for an injunction or restraining order pending the outcome of

**AND IT IS SO ORDERED.**

**S/Edurardo C. Robreno**

**EDUARDO C. ROBRENO, J.**

---

Plaintiffs' appeal will be denied.