LAW OFFICES OF
**PHILIP J. BERG**

PHILIP J. BERG
CATHERINE R. BARONE
BARBARA MAY

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

(610) 825-3134

FAX (610) 834-7659

E-Mail: philjberg@gmail.com

NORMAN B. BERG, Paralegal [Deceased]

September 28, 2009

Honorable Eduardo C. Robreno
**United States District Court**
**for the Eastern District of Pennsylvania**
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

*[Handwritten order:] Order — Request for Leave is granted. A Reply and a Request for Judicial Notice shall be filed by October 6, 2009*

*[Signature] 9/29/09*

Sent via Fax to (267) 299-7428..............................................................39 Pages

Re:   Liberi, et al. v. Orly Taitz, et al, Case No. 09-cv-01898 ECR
      Leave to file a Reply to Defendants Response to this Court's Rules to Show Cause and
      Leave to file a Request for Judicial Notice

Dear Judge Robreno:

   Your Honor Ordered on June 25, 2009 that no Motions were to be filed in the above referenced action without Leave of Court. Your Honor also Ordered Plaintiffs' to Respond to this Court's Rules to Show Cause by August 26, 2009 and the Defendants had until September 25, 2009 to Respond.

   Several Defendants filed their Response to the Rules to Show Cause and Plaintiffs' feel it imperative to address issues raised by the Defendants. For this reason, Plaintiffs' are seeking Leave to file a Reply to the Defendants Response to the Court's Rules to Show Cause. *[OK]*

   In addition, Plaintiffs' are also seeking Leave to file a Request for Judicial Notice in support of their Response to this Court's Rules to Show Cause filed August 26, 2009 (Doc. #106 and 107] as well as in support of their Reply. *[OK]*

Z:\Liberi Ltr to Judge Robreno Sept. 28, 2009

1