Law Offices of:
**Philip J. Berg, Esquire**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification  No. 09867
(610) 825-3134                          *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Case No.: 09-cv-01898-ECR |
| | : | |
| ORLY TAITZ, et al, | : | |
| | : | |
| Defendants. | : | |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' RESPONSE TO THIS HONORABLE COURT'S RULES TO SHOW CAUSE [DOC. #106 and 107] and PLAINTIFFS' REPLY TO DEFENDANTS RESPONSE TO THIS HONORABLE COURT'S RULES TO SHOW CAUSE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Please Take Notice that Plaintiffs, Lisa Liberi [hereinafter "Liberi"]; Philip J. Berg, Esquire [hereinafter "Berg"], the Law Offices of Philip J. Berg; Evelyn Adams a/k/a Momma E [hereinafter "Adams"]; Lisa Ostella [hereinafter "Ostella"]; and Go Excel Global by and through their undersigned counsel, Philip J. Berg, Esquire, hereby submits this Request for Judicial Notice in Support of their Response to this Honorable Court's Rules to Show Cause, [Docket No. 106 and 107] and in support of Plaintiffs' Reply filed September 29, 2009 [Docket No. 110] as to why this Case should **not** be dismissed for lack of personal jurisdiction over the Defendants; as to why the Case should **not** be severed; and as to why the Case should **not** be

transferred to California or Texas.  Plaintiffs' request this Court to take Judicial Notice, pursuant to Federal Rules of Evidence 201, of the following documents and Exhibits currently on file with this Court appearing on the Docket as docket entry numbers referenced below:

A.      **Exhibit "1"**, Dossier #6, created by and posted on the internet by Defendant Taitz, filed with this Court on August 26, 2009 as Docket Entry 106;

B.      **Exhibit "2"**, Verification of Lisa Liberi, filed with this Court on August 26, 2009 as Docket Entry 106;

C.      **Exhibits "3-5"**, Posts created by and published by Defendant Orly Taitz on her website at www.orlytaitzesq.com filed with this Court August 26, 2009 as Docket Entry 106:

-      **Exhibit "3"**    "Follow up on Lisa Liberi, paralegal to Phil Berg",
-      **Exhibit "4"**    "Every day I get such evidence of missing or misdirected funds",
-      **Exhibit "5"**    "Update on Lisa Ostella and Lisa Liberi"

D.      **Exhibits "6-22"**, Posts created by and published by Defendant Orly Taitz on her website at www.orlytaitzesq.com filed with this Court August 26, 2009 as Docket Entry 106:

-      **Exhibit "6"**    "More Attacks on me. More indepth research is done in spite of attacks"
-      **Exhibit "7"**    "Check public records for yourselves, see that I am providing truthful information"
-      **Exhibit "8"**    "Follow up on the FBI"
-      **Exhibit "9"**    "More on Lisa Liberi, contact her probation officer in Santa Fe New Mexico 505-827-8627.  She is not allowed to be anywhere near other people's credit cards"
-      **Exhibit "10"**   "I need two articles and update on Lisa Liberi"
-      **Exhibit "11"**   "Information update on both Liberi and Obama"
-      **Exhibit "12"**   "Update on Obama investigation and Liberi investigation"
-      **Exhibit "13"**   "I need to get more answers"
-      **Exhibit "14"**   "Please write to your congressmen and senators"
-      **Exhibit "15"**   "Voter verification"
-      **Exhibit "16"**   "Overview"

- **Exhibit "17"** "Berg"
- **Exhibit "18"** "I am trying to stay away from Liberi-Berg issue, but I got more questions and here is more info."
- **Exhibit "19"** "Update on Berg"
- **Exhibit "20"** "Ties to Everett, need help with research"
- **Exhibit "21"** "Unfortunately, I have to spend more time on Berg's latest motion, I have to provide a response"
- **Exhibit "22"** "I am back from PA. Very Important"

E.     **Exhibits "23"**, Affidavit of Mathew Harris filed with this Court August 26, 2009 as <u>Docket Entry 106</u>:

F.     **Exhibits "24-26"**, Affidavits and Ed Hale email filed with this Court August 26, 2009 as <u>Docket Entry 106</u>:

- **Exhibit "24"**  Affidavit of Mark McGrew
- **Exhibit "25"**  Affidavit of Donald R. and Patricia E. Turnbough
- **Exhibit "26"**  Email dated Aug. 11, 2009 from Defendant Edgar Hale to Plaintiff Lisa Liberi admitting Defendants Taitz, et al used him and Plains Radio to assault Liberi to get to Plaintiff Philip J. Berg.

G.     **Exhibits "27"**, Affidavit of Plaintiff Evelyn Adams with **Exhibits "A through "MM"** filed August 26, 2009 as <u>Docket Entry 106</u>;

H.     **Exhibit "27"**, Affidavit of Evelyn Adams **Exhibits "NN through "UU"**, filed August 26, 2009 as <u>Docket Entry 107</u>;

I.     **Exhibit "28"**, Affidavit of Plaintiff Lisa Ostella with Exhibits "A through "G" filed August 26, 2009 as <u>Docket Entry 107</u>;

J.     **Exhibits "29-39"** Posts created by and posted on the internet and emails by Linda Sue Belcher a/k/a Linda Starr, filed August 26, 2009 as <u>Docket Entry 107</u>;

- **Exhibit "29"**  Linda Starr post on obamacrimes.com;

- **Exhibit "30"**   Mass email from Linda Starr on March 7, 2009;

- **Exhibit "31"**  Mass email from Linda Starr on March 7, 2009;

- **Exhibit "32"** Mass email from Linda Starr on March 7, 2009;
- **Exhibit "33"** Mass email from Linda Starr;
- **Exhibit "34"** Mass email from Linda Starr March 18, 2009;
- **Exhibit "35"** Email forwarded to Plaintiff Liberi on March 20, 2009 originally sent from Linda Belcher a/k/a Linda Starr sent "Amboy Duke" a politijab member;
- **Exhibit "36"** Email Liberi received on March 25, 2009 from another individual regarding statements Linda Belcher had spread over the internet;
- **Exhibit "37"** Email Liberi received March 17, 2009 regarding Linda Belcher publishing private, personal information regarding Liberi;
- **Exhibit "38"** Mass Email from Linda Belcher a/k/a Linda Starr on March 18, 2009;
- **Exhibit "39"** Email sent to Liberi on March 14, 2009 regarding Linda Belcher a/k/a Linda Starr diverting email from Plaintiff Philip J. Berg, Esq.

K.    **Exhibit "40"**, Affidavit of Shirley Waddell filed August 26, 2009 as Docket Entry 107;

L.    **Exhibit "41"**, Affidavit of K. Strebel filed August 26, 2009 as Docket Entry 107;

M.    **Exhibit "42"**, Supplemental Affidavit of K. Strebel filed August 26, 2009 as Docket Entry 107;

N.    **Exhibit "43"**, Supplemental Affidavit of K. Strebel filed August 26, 2009 as Docket Entry 107;

O.    **Exhibits "44 -54"**, filed August 26, 2009 as Docket Entry 107;

- **Exhibit "44"** Emails dated Aug. 22, 2009, Aug. 23, 2009, Aug. 24, 2009, regarding "death" threats made by Defendant Edgar Hale to Plaintiffs witnesses; Email dated Aug. 19, 2009 from Defendant Edgar Hale to Plaintiffs' Witness, Mark McGrew;
- **Exhibit "45"** Letter from Plaintiffs witness scared to file an Affidavit due to threats made by Defendants Edgar Hale and Linda Belcher;
- **Exhibit "46"** Letter from Plaintiffs' witness informing their counsel advised them not to supply an affidavit until the Court takes protective action against Defendants Edgar Hale and Linda Belcher;

|   | - | **Exhibit "47"** | Email received July 20, 2009 from Plaintiffs' witness stating they fear filing an Affidavit until some type of protection is offered due to the threats made by Defendant Edgar Hale and Linda Belcher; |
|---|---|---|---|
|   | - | **Exhibit "48"** | Email received July. 22, 2009 from Plaintiffs' witness stating they fear filing an Affidavit until some type of protection is offered due to the threats made by Defendant Edgar Hale and Linda Belcher; |
|   | - | **Exhibit "49"** | Defendant Taitz, et al Post on her website listing all her Pennsylvania clients and Plaintiffs in another action; |
|   | - | **Exhibit "50"** | Post created by and posted by Defendant Taitz, et al calling for clients in Pennsylvania to recall Arlen Specter, U.S. Senator for Philadelphia, Pennsylvania; |
|   | - | **Exhibit "51"** | Email from Defendant Neil Sankey where he forged and altered a website article taken from the internet; |
|   | - | **Exhibit "52"** | Email from Defendant Neil Sankey   disclosing Liberi's full Social Security number to a reporter, Bob Unruh with World Net Daily and Defendant Taitz; |
|   | - | **Exhibit "53"** | Post created, drafted and posted by Defendant Edgar Hale on Defendant Plains Radio Network website "Dr Orly has been scamed by Lisa Liberia (Phil Berg assistant)" [*sic*]; |
| P. | - | **Exhibit "54"** | Email dated Aug. 11, 2009 from Defendant Edgar Hale to Plaintiff Lisa Liberi wherein Edgar Hale states "Dr Orly use me and Plains Radio to assault you to get to Phil.  Why she did it, I cannot figure out." [*sic*] |

Q.      **Exhibits "55",**  http://www.ptarmigannest.net/Docs/edtext2.txt  is  a  chat  area

where  on  page  eight  (8)  Hale  admits  to  shutting  down  plains  radio  because  of  this

lawsuit;  page  nine  (9)  Ed  Hale  admits  Taitz  used  his  radio  show  to  attack  Berg;  and  on

page  fifteen  (15)  Hale  admits  he  is  Mickey  Martin  owner  of  Texas  Broadcasting

Network,  Inc.  (the  Hales  changed  the  radio  station  name  attempting  to  avoid  this  lawsuit)

filed  August  26,  2009  as  Docket Entry 107


"A  judicially  noticed  fact  must  be  one  not  subject  to  reasonable  dispute  in  that  it  is  either

(1)  generally  known  within  the  territorial  jurisdiction  of  the  trial  court  or  (2)  capable  of  accurate

and  ready  determination  by  resort  to  sources  whose  accuracy  cannot  reasonably  be  questioned."

. Fed. R. Evid. §201(b); *Easy Sportswear, Inc. v. Am. Econ. Ins. Co.*, 2008 U.S. Dist. LEXIS 51402 (D. Pa. 2008); *Nationwide Life Ins. Co. v. Commonwealth Land Title Ins. Com.*, 2005 U.S. Dist. LEXIS 24479 (E.D. Pa. 2005); *In re NAHC, Inc. Sec Litig*, 306 F.3d 1315 (3d Cir. 2002) "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d) (emphasis added) *Easy Sportswear, Inc.*, 2008 U.S. Dist. LEXIS 514002 (D. Pa 2008) at *2.

It is firmly established that Requests for Judicial Notice are proper "only to the extent that the noticed facts are relevant to an issue" that is before the Court. Each of the Exhibits that Plaintiffs are requesting Judicial Notice of are of the type that have previously been admitted by Judicial Notice in the Third Circuit. This includes documents integral to or explicitly relied upon in the Plaintiffs' Complaint and the reasons Plaintiffs' were forced to bring suit against the Defendants. All Exhibits Plaintiffs are requesting Judicial Notice of are directly related to this within action and are relevant to the issues herein. *In re Ravisent Techs., Inc. Sec. Litig.*, 2004 U.S. Dist. LEXIS 132355 (D. Pa. 2004)

For the above aforementioned reasons, Plaintiffs' respectfully request this Court to take Judicial Notice of Exhibits **"1 through 27"** filed August 26, 2009 [Doc. #106]; and Exhibits "**27 through "55"** filed August 26, 2009 [Doc. #107].

Respectfully submitted,

Dated: September 29, 2009

s/ Philip J. Berg
_____
Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134

*Attorney for the Plaintiffs'*

Law Offices of:
**Philip J. Berg, Esquire**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification  No. 09867
(610) 825-3134                                    *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al,                              :
                                                 :
                          Plaintiffs,            :
                                                 :
                                                 :
            vs.                                  :   Case No.: 09-cv-01898-ECR
                                                 :
ORLY TAITZ, et al,                               :
                                                 :
                          Defendants.            :

_____

## <u>CERTIFICATE OF SERVICE</u>

I, Philip J. Berg, Esquire, hereby certify that a copy of Plaintiffs' Request for Judicial

Notice was served this 29th day of September 2009 electronically upon the following:


Orly Taitz
Defend our Freedoms Foundation, Inc. (unrepresented)
26302 La Paz Ste 211
Mission Viejo, CA 92691
Email:  dr_taitz@yahoo.com


Neil Sankey
The Sankey Firm, Inc. a/k/a The Sankey Firm (unrepresented)
Sankey Investigations, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
Email:  nsankey@thesankeyfirm.com

Linda Sue Belcher
201 Paris
Castroville, Texas 78009
Email:  Newwomensparty@aol.com  and
Email:  starrbuzz@sbcglobal.net


Ed Hale
Caren Hale
Plains Radio
KPRN
Bar H Farms
1401 Bowie Street
Wellington, Texas 79095
Email:  plains.radio@yahoo.com; barhfarms@gmail.com;
ed@barhfarnet; and ed@plainsradio.com


s/ Philip J. Berg
_____
PHILIP J. BERG, ESQUIRE