Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134

Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al, | |
| Plaintiffs, | *Assigned to Honorable Eduardo C. Robreno* |
| vs. | Case No.: 09-cv-01898-ECR |
| ORLY TAITZ, et al, | |
| Defendants. | |

### AFFIDAVIT OF LAWRENCE W. SINCLAIR

I, Lawrence W. Sinclair am over the age of eighteen (18) and not a party to the within action. I have personal knowledge of the facts herein and if called to do so, I could and would competently testify under oath.

I declare as follows:

1. I received an email from Dr. Orly Taitz a Defendant in the within action, asking me to testify on her behalf in a discovery hearing set for September 8, 2009 in the matter of *Captain Pamela Bennett, et al. v. Barack H. Obama, et al*, U.S. District Court, Central District of California, Southern Division, Case No. SACV 09-0082 DOC (ANx).

Affidavit of Lawrence W. Sinclair                                                                                  1

2. I agreed to testify on behalf of the Plaintiffs' in Dr. Taitz California case, however, made it very clear that I would only testify to my statements and my Affidavit provided to the Chicago Police Department concerning contacts between myself and Donald Young. I was assured by Dr. Taitz that she was only seeking my testimony pertaining to conversations I had with Donald Young.

3. I arrived in California on September 7, 2009 and met with Dr. Taitz at her dental office located at 29839 Santa Margarita Parkway, Suite 100, Rancho Santa Margarita, California. Also present was a woman introduced to me as Cynthia Davis and a young male introduced to me as Lucas Smith.

4. Dr. Taitz left to go and pick up another individual and stated upon her return we would go to her Law Office and discuss my testimony. Upon Dr. Taitz return, we walked from Suite 100 to Dr. Taitz Law Offices in Suite 300 at the same address. Suite 300 was identified as "The Law Offices of Orly Taitz". We sat at a black lacquer table wherein Dr. Taitz began discussing with me what testimony she wanted me to give in her case.

5. Unfortunately, Dr. Taitz wanted me to give perjured testimony over events which were not true and events I was not familiar with.

6. After this meeting, Dr. Taitz was driving me to the DoubleTree Hotel where I was staying while in California. During the car ride, Dr. Taitz brought up Lisa Liberi. Dr. Taitz stated to me "*I have transcripts from a police officer on a phone call between Lisa Liberi and her husband from jail saying that Lisa was going to put the word out that her sister was a rate (you know what they do to rats in jail) to have other inmates assault her sister*" Dr. Taitz continued stating "*You know Lisa Liberi had her sister killed and had it look like*

*a suicide." "Everyone knows Lisa Liberi was behind the murder of her sister, even the police but they just couldn't prove it."*

7. Unfortunately, Dr. Taitz did not stop with the above statements to me about Lisa Liberi. Dr. Taitz went on further stating *"My car had a hose that was tampered with that could have caused an explosion and I know Lisa Liberi was the one who had a friend of hers do it."*

8. As a result of Dr. Taitz soliciting false and perjured testimony from me I refused to testify on behalf of Dr. Taitz and I changed my return flight to leave on September 9, 2009.

9. Prior to Dr. Taitz statements about Lisa Liberi, I was aware that Lisa Liberi had a sister who passed away from a self-inflicted accidental drug over-dose.

10. Once I returned home, I prepared an affidavit regarding Dr. Taitz request that I testify untruthfully and I sent my affidavit to Judge Carter with the U.S. District Court, Central District of California, Southern Division for filing in Dr. Taitz Case, see **EXHIBIT "A"** attached hereto.

11. I emailed Lisa Liberi and informed her of the statements Dr. Taitz had made about her. I also informed Mrs. Liberi about Dr. Taitz soliciting perjured testimony from me in her (Dr. Taitz) California Case against President Obama and the fact that Dr. Taitz admitted knowing the Kenyan Birth Certificates she filed in Court in her California case, as genuine, claiming President Obama was born in Kenya, were fake and fraudulent.

I declare under the penalty of Perjury of the laws of the United States that the foregoing is true and correct. Executed this 30th day of September, 2009.

*[signature]*
LAWRENCE W. SINCLAIR, Declarant
9 Spring Drive
Port Orange, Florida 32129
(386) 761-0606

State of Florida     )
                     § 
County of Volusia    )

On this 30th day of September, in the year 2009, before me *Carol C Boyd*
Notary Public Name
a notary public, personally appeared Lawrence W. Sinclair, and proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged he executed the same.

Witness my hand and official seal.

*Carol C Boyd*
NOTARY PUBLIC

CAROL C. BOYD
MY COMMISSION # DD910358
EXPIRES July 23, 2013
(407) 398-0153  FloridaNotaryService.com

SEAL

My commission expires: _____