**EXHIBIT "A"**

```
 1  Lawrence W. Sinclair
    9 Spring Drive
 2  Port Orange, Florida 32129

 3
                    UNITED STATES DISTRICT COURT
 4              FOR THE CENTRAL DISTRICT OF CALIFORNIA

 5

 6  CAPTAIN PAMELA BARNETT, et al.,   ) Case No.: SACV 09-0082 DOC(ANx)
                                      )
 7          Plaintiff,                ) AFFIDAVIT OF LAWRENCE W. SINCLAIR
                                      )
 8     vs.                            )
                                      )
 9  BARACK H. OBAMA, et al.,          )
                                      )
10          Defendant                 )
                                      )
11

12          I, Lawrence W. Sinclair, acting as a concerned individual,
13  in my individual capacity do provide the following AFFIDAVIT OF LAWRENCE W.
14  SINCLAIR for the purpose of notifying this Honorable Court of my being asked
15  by Orly Taitz, Esq. California Bar Number 223433, Attorney for Plaintiff(s,
16  to appear before this Honorable Court on September 8, 2009 and knowingly and
17  intentionally provide false testimony for the purpose of Taitz obtaining
18  "expedited" discovery.
19          I, Lawrence W. Sinclair, do state:
20     A.   I am not a party to this case in any manner nor do I have any
21  interest in the success or failure of said case.
22     B.   I provide this Affidavit in the interest of Justice as I do not
23  believe any Attorney (Private or Government) should knowingly and
24  intentionally ask anyone to provide "False" testimony before any Court for
25  any reason, not the least of for the sole purpose of misrepresenting the need
    for Court ordered discovery.
                    Affidavit of Lawrence W. Sinclair - 1
```

AFFIDAVIT OF

LAWRENCE W. SINCLAIR

I, Lawrence W. Sinclair, do affirm under the penalty of perjury that the following statements are true and correct to the best of my personal knowledge and ability, and are provided freely to the United States District Court, For the Central District of California in the interest of Justice.

I, Lawrence W. Sinclair, do AFFIRM:

1. On September 2, 2009 I did receive the following email from Plaintiff(s) Attorney Orly Taitz:

From: Orly Taitz <dr_taitz@yahoo.com>
To: Larry Sinclair <mlnnman0926@aol.com>; Sarah Redd <wingandaprayer1@comcast.net>
Subject: (no subject)
Date: Wed, Sep 2, 2009 11:40 am

Larry
can you be in court next Tuesday the 8th and testify about your conversations with Donald Young and later him being found dead? It is important, as I am saying that evidence is disappearing and I am asking for the expedited discovery. If you cannot get here and you have financial problems, i can ask some people I know, help with stand by tickets and some people will open open their homes and will host you here in OC
Orly Taitz DDS Esq

26302 La Paz ste 211
Mission Viejo Ca 92691

29839 S. Margarita Pkwy
Rancho Santa Margarita Ca 92688

ph. w 949-586-8110 c-949-683-5411
fax 949-586-2082

2. I contacted first contacted Sarah Redd *Mabry* asking why Orly Taitz had sent me an email that was also sent to Mrs. *Mabry* asking me to appear at a hearing in Barnett V Obama? Mrs. *Mabry* works closely with Orly Taitz in circulating information on the internet.

Sarah Redd *Mabry* stated she had no involvement in the email.

Affidavit of Lawrence W. Sinclair - 2

3. I notified Orly Taitz that I had surgery scheduled for September 9, 2009 at 9:00 AM and that I was not prepared to reschedule said surgery for some false claims about the nature of her hearing.

4. I asked Orly Taitz to advise me on "exactly" what it was Taitz was asking me to testify about.

5. I notified Orly Taitz that I would agree to testify as to my statements and AFFIDAVIT provided to the Chicago Police Department concerning contacts between myself and Donald Young.

6. Orly Taitz informed me by telephone that she had a hearing before this Honorable Court on September 8, 2009 at 8:00 AM on a "Motion for Expedited Discovery" and she was bringing in witnesses to testify at said hearing.

7. After being assured Orly Taitz was only seeking testimony concerning my communication with Donald Young I agreed to cancel my surgery and traveled from Port Orange, Florida to Santa Ana, California on September 7, 2009. My Airline ticket was secured by another individual using their frequent flyer miles, all other expenses (hotel, food, and transportation) was paid for by me with exception of transportation from San Diego Airport to Orly Taitz office (provided by private individual) and Taitz driving me from her office to my Hotel, Doubletree Santa Ana/Orange County Airport.

8. Upon arriving at 29839 Margarita Pkwy suite 100, I was met by Plaintiff(s) Attorney Orly Taitz in addition to a female introduced to me as Cynthia Davis and a male introduced as Lucas Smith. At this time all four of us entered the office of Suite 100.

9. Upon entering Suite 100 with Plaintiff(s) Attorney Orly Taitz, Mrs. Taitz stated "I am glad you decided to come Larry." I responded

Affidavit of Lawrence W. Sinclair - 3

1  by stating, "Orly I will tell you I am still not sure why you asked me to
2  come, I still do not see what my communications with Donald Young and/or his
3  murder has to do with your challenge to Obama's eligibility?"
4      10.   After approximately 15 minutes of Orly Taitz ranting about
5  birth certificates and telling "Lucas" to compare the "birth certificate you
6  got from the hospital to the one you got from the registrar's office for any
7  similarities we can use…" Taitz asked me to wait while she went to pick up
8  some one and "we will then go over to my law office and go over your
9  testimony."
10     11.   Upon returning to the office at Suite 100 after leaving
11 with Lucas Smith, Orly Taitz and I walked to Suite 300 at 29839 S. Margarita
12 Pkwy (approximately 100 feet from Suite 100) identified as "Law Office of
13 Orly Taitz." In this office at a Black lacquer table Orly Taitz began
14 discussing with me what testimony she wanted me to give.
15     12.   Orly Taitz stated "Larry I want you to testify that three
16 (3) members of Obama's church were murder." I interrupted Orly Taitz at this
17 time and informed her "Dr. Taitz, I told you when you contacted me in
18 December 2008 you were spreading false claims, there was not three (3)
19 members of Obama's church murdered." I then further advised Orly Taitz "In
20 fact Sarah Mabry was told to stop making these claims using my name, and she
21 as well as you were told Nate Spencer died of AIDS."
22     13.   After correcting Orly Taitz over her inaccurate claim,
23 Taitz stated "It doesn't matter that Spencer died of AIDS, you testifying
24 that three (3) members of Obama's church were murdered will help me establish
25 that expedited discovery is necessary because people end up dead over Obama."

Affidavit of Lawrence W. Sinclair - 4

1  I then stated, "Dr. Taitz, I have never made any claim that anyone other than
2  Donald Young ended up murdered over Obama, and I am not going to do so now."
3       14.  Orly Taitz stated, "I want you to testify that you can
4  identify a birth mark on Obama..." I again instructed Orly Taitz "that is not
5  true nor have I ever made any such statement."
6       15.  After approximately two and one half-hours of being asked
7  to testify to things Orly Taitz stated "other people have told me," and my
8  explaining to Taitz that "I had no intention of testifying to things someone
9  else told her" I explained I was extremely tired and needed to get some rest.
10      16.  On the drive from the Office of Orly Taitz to the
11 Doubletree Hotel Santa Ana/Orange County Airport I asked "Dr. Taitz why did
12 you contact me and ask me to come and testify for you?" Taitz replied,
13 "Because you have a new book out, I thought you would want to get some
14 publicity for your book and I believe your story needs to be told." I then
15 asked, "But what does my story or my book have to do with this case or with
16 the question over Obama's eligibility?" Taitz replied, "Your claims about
17 Donald Young and his murder can help me argue that expedited discovery is
18 necessary to prevent witnesses like Lucas and others from being killed like
19 those three (3) members of Obama's church." I again corrected Taitz about her
20 claims of "three (3) members of Obama's church," and again Taitz stated "you
21 are not testifying that you "said" three (3) members were killed, you are
22 testifying "that" three (3) members of Obama's church were murdered."
23      17.  I decided not to press the issue with Orly Taitz any
24 further over her instructing me to provide false testimony before this
25 Honorable Court, and to simply get some rest and on September 8, 2009 change
   my return flight from September 9, 2009 to September 8, 2009.

Affidavit of Lawrence W. Sinclair - 5

18. On the morning of Tuesday September 8, 2009 I emailed Orly Taitz and informed her I would be appearing at the hearing in Barnett V Obama, but was returning to the San Diego Airport for a return flight to my Prot Orange, Florida home.

19. I, Lawrence W. Sinclair make this AFFIDAVIT to inform this Honorable Court that Orly Taitz, Esq. has deliberately, intentionally and knowingly solicited me to commit PERJURY before this very Court.

Dated this 15th Day of September 2009

Lawrence W. Sinclair
9 Spring Drive
Port Orange, Florida 32129
(386)761-0606
(386)761-0131 Fax

State of Florida )
                 )
Volusia County   )   SUBSCRIBED AND SWORN to before me in the State of Florida, County of Volusia this 15th Day of September, 2009 A.D.

My Commission expires:                Notary Public

                                      Carol C. Boyd

CAROL C. BOYD
MY COMMISSION # DD910358
EXPIRES July 23, 2013
(407) 398-0153   FloridaNotaryService.com

Affidavit of Lawrence W. Sinclair - 6