Law Offices of:
**Philip J. Berg, Esquire**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification   No. 09867
(610) 825-3134                                                             *Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LISA LIBERI, et al, | : |
| Plaintiffs, | : |
| vs. | : Case No.: 09-cv-01898-ECR |
| ORLY TAITZ, et al, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Philip J. Berg, Esquire, hereby certify that a copy of Larry Sinclair's Affidavit in support of Plaintiffs' Response [Doc. #'s 106 and 107] and Plaintiffs' Reply [Doc. #110] in Response to this Court's Rules to Show Cause was served this 30th day of September 2009 electronically upon the following:

Orly Taitz
Defend our Freedoms Foundation, Inc. (unrepresented)
26302 La Paz Ste 211
Mission Viejo, CA 92691
Email:  dr_taitz@yahoo.com

Neil Sankey
The Sankey Firm, Inc. a/k/a The Sankey Firm (unrepresented)
Sankey Investigations, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
Email:  nsankey@thesankeyfirm.com

Linda Sue Belcher
201 Paris
Castroville, Texas 78009
Email: Newwomensparty@aol.com  and
Email: starrbuzz@sbcglobal.net

Ed Hale
Caren Hale
Plains Radio
KPRN
Bar H Farms
1401 Bowie Street
Wellington, Texas 79095
Email: plains.radio@yahoo.com; barhfarms@gmail.com; ed@barhfarnet; and ed@plainsradio.com

                                                 s/ Philip J. Berg
                                                 PHILIP J. BERG, ESQUIRE