IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **9th** day of **December, 2009**, it is hereby **ORDERED** that this case shall be placed in suspense until further order of the Court.[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] There are two matters pending before the Court. First, the parties' responses to this Court's Rule to Show Cause (doc. no. 80), ordering that Plaintiffs show cause as to why their complaint should not be dismissed on the following three grounds: (1) why this case should not be dismissed for lack of personal jurisdiction, (2) why this case should not be severed into three or fewer cases against the following groups or Defendants: (i) Edgar & Caren Hale, Plains Radio Network, Bar H. Farms and KPRN AM 1610; (ii) Linda S. Belcher; (iii) Orly Taitz, Defend Our Freedoms Foundations, Inc., Neil Sankey, Sankey Investigations, Inc. and The Sankey Firm, and (3) why this case should not be transferred to an appropriate district in either Texas or California, pursuant to 28 U.S.C. § 1404(a). Second, Plaintiffs' letter to the Court, dated November 29, 2009, requesting leave to file a motion to transfer to the Central District of California.
Given that Plaintiffs have taken an appeal to the Court's denial of their motion for an injunction or restraining order, dated August 10, 2009 (doc. no. 83), and that none of the matters pending are intended to preserve the status quo, the Court will await adjudication of the appeal before proceeding to rule on these matters.