IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW,** this **2nd** day of **June, 2010,** it is hereby **ORDERED** that the attached case should be transferred from the civil suspense file to the active docket for final disposition.

**AND IT IS SO ORDERED**

                                    S/Eduardo C. Robreno
                                  **EDUARDO C. ROBRENO, J.**