Dr. Orly Taitz, Esq
Attorney Pro Se & Attorney
For Defend Our Freedoms Foundation
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com



JUL 2 - 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

09-1898

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | ) | NOTICE OF APPEAL; |
| Plaintiffs | ) | REQUEST TO UNSEAL |
| | ) | TRANSCRIPTS FOR APPEAL; |
| v. | ) | MOTION TO STAY TRANSFER |
| | ) | PENDING APPEAL |
| ORLY TAITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Defendants Taitz and Defend our Freedoms Foundation are appealing following orders:
1. Order 76. Order is being appealed as defendant Sundquist was improperly pressured by the court to agree to be dismissed from the case without prejudice, even though he repeatedly refused to agree and demanded that the court rule on defendant's Motion to dismiss due to lack of subject matter jurisdiction. Court erred, and improperly and artificially created diversity and jurisdiction, where it did not exist, as Plaintiffs Ostella and Go Excel Global and defendants Sundquist and Rock Salt publishing were from the same state of NJ. This order showed bias favoring plaintiffs and subjected defendants to over a year of harassment by plaintiffs in the jurisdiction that did not exist, but was improperly created by the court.
2. Court Improperly repeatedly refused to docket and consider responses by Defendant Linda Belcher. Exhibit 1- Affidavit by Belcher.
3. Belcher stated that Plaintiff's attorney Berg committed fraud by claiming that he served her. Berg admitted in his pleadings that Belcher blocked his e-mails, but Berg did not serve her by mail. Not only Belcher was not served by Berg, but Berg also filed numerous motions claiming that Belcher's lack of response is an indication of her consent and agreement to Berg's demands for sanctions against Taitz. Taitz is submitting as an exhibit an affidavit from Belcher, stating that:

A. Berg defrauded the court by claiming that he served Belcher, while he did not serve her

B. Berg- a licensed PA attorney, counsel for the plaintiffs and a plaintiff himself defrauded the court by submitting a perjured statement to court, that Plaintiff Liberi was a citizen of PA and giving his business address as her address, even though he knew that she was not a citizen of PA and could not be citizen and resident of PA, since according to her criminal conviction in CA and terms of her probation, she could reside only in CA or with her relatives in NM until March of 2011.

C Plaintiff Liberi repeatedly committed perjury and fraud on the court by claiming that she was a resident of PA, even though she knew that she does not reside in PA and corresponds and works with attorney Berg by way of mail and e-mails only, but not by actually residing in PA.

D. Attorney and Plaintiff Berg and Plaintiff Liberi defrauded the court on the issue of Liberi's residence in order to artificially create Diversity of Residency and Jurisdiction and in order to obfuscate the record of the case, since Liberi's residency was at issue

E Liberi, as an assistant to Attorney Berg repeatedly solicited parties and requested that they file fraudulent complaints against Taitz, including complaints with CA State Bar. One of individuals solicited by Liberi, was an individual Larry Sinclair, who has written a fraudulent complaint and undermined Taitz case in Ca. Berg and Liberi used Sinclair's letter to further prejudice this court against Taitz. Repeated refusal by this court to docket defendant Belcher's affidavit was an abuse of judicial discretion and severely prejudiced the defendants and put public at large at risk of falling victims of such schemes.

4. Court made an error of fact and law and abused its discretion by refusing to docket and consider response from Belcher, since it contained material facts, showing that Berg – a licensed attorney, filed a frivolous action based on perjury and fraud and with intent to harass defendants and pressure them into silence about the fact that Berg was working with Liberi- a convicted document forger and convicted thief, and that any and all documents, coming from Berg's office were suspect for forgery. If court were to docket and consider affidavit from Belcher, court would have come to a different decision and instead of re-activating the case and severing and transferring to two jurisdictions, it would have dismissed the case and sanctioned Berg and Plaintiffs for repeated acts of fraud upon the court and perjury. Additionally, court put public at large at peril, as Belcher's affidavit could warn the public about dangers that Liberi represented.

5. Court made a similar error in not docketing responses from Sankey, Hale and Taitz. On a number of occasions court docketed and was influenced by huindreds and probably thousands of pages of inflammatory and prejudicial material that it allowed Berg to file, while not docketing and not considering material submitted by defendants, which showed bias in favor of plaintiffs.

6. Order 109, Court made an error in allowing to include in the record prejudicial and inflammatory material, irrelevant to the issue of jurisdiction, that was viewed.

7. Order 116 Court made an error in allowing the plaintiffs to file prejudicial inflammatory material, not related to the issue of jurisdiction, which was the only issue considered by the court

8. Order 118. Court erred in its statement, that it grants defendants motion to severe and transfer. Defendants did not ask for it, defendants asked for a motion to dismiss.

9. Court made an error and prejudiced the defendants by not considering the responses by the defendants contained in Documents 121 and 127.

10. Court made an error by not docketing document 127, as it was received on June 21st, making a decision without this document docketed and ultimately docketing it on June 27, after the decision to which the document pertained was made by the court.
11. Order 123, 124 and Memorandum Court made an error of fact in it's statement that Liberi was a resident of PA. It was an erroneous statement, going to the issue of the case. Court erred in making this decision based on perjured statements of convicted forger and thief plaintiff Liberi and her Attorney and co-plaintiff Berg, who was already sanctioned twice for filing frivolous cases and **by completely ignoring all evidence**, coming from official sources, such as Bankrupcy court in CA and Superior Court in CA, showing that Liberi was not a resident of PA and was under jurisdiction of CA and CA probations department.
12. Order 125. Court erred and showed bias by post factum granting Berg's motion for reconsideration (document 120), while completely disregarding Taitz motion for reconsideration and refusing to even docket letters sent by Sankey, Belcher and Hale.
13. Court erred in not considering the defendant's responses in Document 121 and 127 and specifically defendant's argument that the proper remedy will be to dismiss the case with prejudice or alternatively without prejudice, as simply severing the case in two will be prejudicial to the defendants, as Judges in TX and CA will have to deal with files containing thousands of entangled documents and pages of prejudicial and inflammatory material about numerous plaintiffs and will be prejudiced against the defendants from the beginning.

### Request to unseal transcripts

Defendants were not notified that the transcripts were sealed, however from the appeal by attorney for the plaintiffs and plaintiff pro se Berg(appeal was withdrawn by Berg, when he was requested to produce transcripts and didn't produce them) defendants found out that the transcripts were sealed. Defendants were not explained why were transcripts sealed. At this time, as defendants are planning to appeal several motions and as the transcripts are at issue, defendants are requesting to unseal transcripts and provide the defendants with information regarding the total cost of the copy of the transcript.

### Letter /request for leave of court to file a motion for stay of the transfer of the case, pending resolution of the appeal.

As this court ordered to file a request for leave of court to file a motion, defendants are requesting the court to treat this letter as a request for leave of court to file a motion for stay of transfer of the case against Defendant's Taitz and Defend Our Freedoms foundation, pending resolution of appeal. Defendants are asking this court to consider this letter as a request for stay of transfer, in order not to clutter the court with unnecessary additional pleadings.

Respectfully submitted,

/s/ Orly Taitz

Dr. Orly Taitz, in propria persona and on behalf of Defend Our Freedoms Foundation

07.01.2010

I declare under penalty of perjury that I served all the parties in the case

/s/ Orly Taitz
Defendant Hale has moved and Taitz does not have his new address and new e-mail/

Exhibit 1 affidavit of Linda Belcher

Honorable Eduardo C. Robreno
United States District Court
for the Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
Fax: 267-299-7428

U.S. District Court,
Eastern District of Pennsylvania Case Number: 09-cv-01898 ECR

**LISA LIBERI, et al,**
Plaintiffs'
vs.
**ORLY TAITZ, et al,**
Respondents

CC: Dr Orly Taitz
Via fax 949-766-7603

June 23, 2010

Your Honor,

I am Linda S. Belcher, appearing Pro Se in this action. First, I want to alert Your Honor that as of this date, **I HAVE NOT RECEIVED ANY COPIES OF BERG'S FILINGS WITH ANY COURT SINCE THE WITHDRAWAL OF OUR FORMER ATTORNEY, TED HOPPE, LAST YEAR.** I have little knowledge of what has been filed by Berg since that time.

Berg previously stated to me that his computer has been damaged many times due to malware, trojans, etc. Therefore, I will NOT accept any electronic mail from him, especially attachments. He has been informed several times defendants will not accept improper electronic service that could infect our computers. **Berg well knows I have not received copies of his filings as evidenced by his own sworn affidavits filed in this court. Your Honor, Berg stated in an earlier document that he is blocked from sending me any electronic mailings. Therefore he knows he did not provide me copies of any of his pleadings.**

*Your Honor, I have not agreed to anything by omission as I am told Berg suggests. Berg has created a serious conflict of interest in representing other plaintiff's, at the same time he represents himself, when he swears*

(1)

copies were sent to all defendants especially when he stands to profit in potential financial rewards by causing default. Berg was not required to produce basic documentation to this court that all parties were properly served and notified, which gives Berg an additional unfair advantage over defendants appearing Pro Se! Berg benefits materially at my/our expense in failure of this court to ensure all defendants have been notified, failure to award financial damages to us for attorney's fees, failure to ensure a just process denying defendants equal protection under the rules of civil procedure and the Constitution, failure to prevent harassment of defendants by Berg et al, failure to prevent undue mental and emotional stress, failure to dismiss this suit when Berg knew it was improper venue, as well as the shock I received a couple of days ago after the latest ruling was made on or about June 2, 2010. I sent a letter to Your Honor before that ruling, but it apparently disappeared! Berg has knowingly violated his oath as an officer of the court by making false sworn statements to the court in every document he has submitted to Your Honor and should receive significant sanctions. He has knowingly LIED to this court in every possible way and prevented me from the luxury of making a proper response to his ongoing smears and lies.

**I am requesting that Your Honor's ruling on or about June 2, 2010 and any other subsequent rulings be vacated so that I may obtain copies of Berg's pleadings and make proper response to his many false allegations. Failure to vacate creates an untenable situation for defendant/s and imposes unrepresented defendants with an additional burden by the lack of fairness and gives the impression this court is giving a local attorney unfair advantage over out of state defendants. I feel it is particularly unfair as Berg was allowed to withdraw his actions against some defendants and not all to impact diversity with respect to the other defendants.**

**I can also provide extensive evidence proving plaintiff Liberi lives in NM, not PA as stated in Your Honor's last ruling, which is the basis for this entire case.** Liberi did not reside in PA as alleged prior to filing this suit. Adams, Berg and Liberi have each repeatedly stated during radio appearances the NM Liberi is a convicted felon and that we have defamed plaintiffs by insisting she is the same Lisa Liberi, living in Santa Fe, NM. **The language of Your Honor's ruling that Liberi resides in PA upholds the fraud they are perpetuating on donors and the court, and using this particular language, labels defendants liars and defamers and could cost us further damage, giving further unfair advantage to Berg and in the process, makes Your Honor an unwitting partner is this fraudulent scheme against the public.**

Your Honor made a ruling without requiring proof Liberi lives in PA and suggests serious implications that such a finding had been documented.

(2)

*Berg, Liberi and Adams will use this ruling to state to the world that Liberi does not reside in NM, but PA, when it is a blatant fraudulent fabrication! As a result of the language used in stating Liberi lives in PA, we also face possible financial consequences! This gives another unfair advantage to plaintiff's after Berg lied to create a default by this defendant.*

*Berg and I were online friends since 1998, but had an irreversible rift on or about March 4th, 2009. We never met in person, nor have I ever been to PA.* **Liberi and Berg knew I would be an opposition witness to expose their false sworn affidavits made against the other defendants and included me in a blatant attempt to discredit and harass me.** *Berg has perpetuated a gross fraud on this court and also manipulated Your Honor in order to smear us and aggravate our various health issues. Berg, Liberi and Adams have exacerbated my grief and pain as much and as often as possible.*

*The history leading up to the filing of this suit is as follows. When I was banned on March 6, 2009;* **Berg's blog began dying and support for Berg waned after supporters (who donated large sums of funds to Berg) became upset when it was revealed <u>by Obama supporters</u> that Liberi, a convicted felon, was handling donors credit card information, had access to these donations; and that Berg knew Liberi had an extensive felony criminal record involving thefts, financial crimes and forgeries.** *Support shifted toward others, but especially towards Dr Taitz. Berg, Liberi and Adams blamed me for not lying about Liberi living in NM, instead of PA as they falsely allege. In retaliation for warnings by Dr Taitz, the Hale's and myself publicly to donors (we had no other way to warn donors as we didn't have their contact info or names) that their info was compromised by Berg employing a convicted felon as his paralegal; Berg, Liberi, Adams and their agents (used as witnesses in this suit) began a malicious smear campaign against me/us and then this suit was filed as revenge.*

*I believe this suit was initially motivated by Liberi's jealousy of Dr Taitz, and Berg, in retaliation for the loss of further donations and media attention, which others like Ed and Caren Hale, PRN and Dr. Taitz received. The river of money also dried up Your Honor because* **Berg has refused to account for hundreds of thousands of dollars in donations that I was told he had received prior to March 6, 2009.** *An accounting MUST be made to ensure donors were not solicited for funds under false pretenses and misdirected for other uses. I believe Berg gave Liberi permission to improperly misdirect some of the funds for her own personal benefit, possibly to pay her court ordered fines/restitution as part of her probation since the $12,000 she stated to me Berg owed in bills that were coming due on February 1, 2009 and March 1, 2009 equaled the amount Liberi was ordered to pay each month. I also believe there may have been other plans for the funds by*

(3)

Berg and/or Liberi than what donors were given to believe were needed to finance Berg's legal challenge to Obama's eligibility. I lost all faith and belief in Berg's integrity.

**I vehemently oppose any motion by Berg et al of ANY sanctions brought against Dr Taitz, who to my knowledge has obeyed all court orders.** The incidents Berg cited, falsely alleging violations by Dr Taitz, I understand were PRIOR to the initial hearing and court orders by Your Honor. Dr Taitz actions, as well as all co-defendants, were motivated by intent to warn and protect donors when Berg KNEW Liberi, a convicted felon, had access to confidential financial information and was handling vast financial transactions, in direct violation of the terms of her probation. I can produce evidence of all this Your Honor with a little time.

Your Honor, **Berg has previously acted in the capacity as my attorney,** providing legal advice to me, and representation of me several years ago and promised confidentiality of my identity to protect me and my family from corrupt political operatives whom I have exposed in the past 10 plus years. Berg knew it was an improper conflict of interest to represent other plaintiff's against me, yet did it to retaliate against me for not covering up for him about Liberi's criminal history. Berg should be permanently barred and sanctioned from any further representation of third parties against me. In TX, it is an absolute affirmative defense against allegations of defamation when speaking the truth. We spoke only the truth with a proper and legitimate intent. There is no defamation of plaintiff's.

Further, Berg knew of a friend of mine who wrote a book about a presidential candidate and used some of my research and ultimately died as a result of the revelations in this book. **As a direct result of Berg's representation of me as attorney, he (and later Liberi) learned my true identity and revealed it in revenge and retaliation, knowing it might cost my life!**

I informed Berg in mid March 2009 that I intended to file a complaint against him with the PA Bar Association for his defamatory actions against me, violating attorney-client privilege and other dishonest acts, but that I was waiting until he had exhausted his lawsuits against Obama. **Berg offered legal representation of me again in writing as recently as March 2009, in what I came to believe was an attempt to extort me into silence about Liberi's lengthy criminal history. When I did not accept his offer and agree to keep secret Liberi's criminal record and compromise of donors credit card info, Berg exacted revenge by including me in this suit, revealing my identity, violating confidentiality and defaming me.**


(4)

Your Honor, **at no time did Liberi ever state to me her address was confidential.** I provided to the court last Aug 2009 the email which Liberi sent to me with her address to ship a box of Xmas presents in December 2008. Her nickname is "Lisa" on my buddy list and that is what shows in chats I saved. Her email address is Llisaliberi at aol.com, which is the exact same as "Llisaliberi" as seen by any member of aol. There is no difference. Berg and Liberi lied when they claimed it was not Liberi, or that it was somehow manufactured evidence.

Liberi supplied at least two of her several Social Security numbers to bankruptcy courts and other places in sworn affidavits which we found listed in public records, available to anyone with Internet access. NO ONE violated her privacy. When I confronted Berg about Liberi's criminal history in our last conversation, I told him I felt compelled to warn donors that their account numbers were seriously compromised. **Berg did not deny her criminal history to me, or to this court because he can't. Liberi suffered no losses or damages as Berg did not fire her and Liberi is STILL working full time as Berg's paralegal (often working more than 40 hour weeks) while fraudulently collecting SS disability benefits!**

Plaintiff's and their witnesses allege Ed Hale & I threatened them. NO ONE EVER THREATENED THEM with anything except telling the truth! I take death threats very seriously. It is not a joking matter to me. I have been living with death threats for years as a result of my oppositional political research. Berg cannot produce any evidence against me making threats because it does not exist! Liberi, Berg and Adams have waged a vicious smear campaign defaming me all over the Internet. We are their victims! I realized on or about March 4th, 2009 that for many weeks I had been systematically set up for false accusations of "hacking" Berg's website by Liberi, Adams and/or their agents. **I do not have the technical computer skills or knowledge to do ANY of the things they allege.** I was also banned two days later, which they publicly denied. Berg was made well aware of many horrible things done to me, which he clearly condoned and even encouraged as proven by his own actions.

Your Honor, I supplied the chat which occurred on or about Jan 2, 2009 to the court last August, where Liberi bragged to me how she, Mark McGrew, Adams and Berg had conspired to steal the Obama divorce documents from Ed Hale, removed the PRN watermark and claimed credit for the documents paid for by PRN listeners in a press release issued by Berg, which I can produce. The dates on the different versions of documents that were posted on their website/s prove it. The first one Berg had posted on his website bears the court stamped date and markings of the one PRN had bought, but with the PRN watermark removed. Then

(5)

Berg replaced it on his website with the second one the PI sent them and court stamped on Jan 2, 2009! Ed Hale can produce these, if he has not already. In the press release by Berg, he falsely accused Ed Hale of stealing documents and claiming credit for the find. I need some time to produce documentation to substantiate my accusations against Adams, Berg, Liberi and their agents/witnesses. I never delete anything, but often saved files are misplaced on my computer and it takes time to locate.

**Ed Hale recently informed me he was forced to shut down his radio network because of the endless harassment, threats and lies by Berg, et al.** According to Ed Hale; Berg, plaintiff's, and their witness / agents have threatened candidates for office (who were guest hosts on PRN) with inclusion in this suit, for simply appearing on the Plains Radio Network. The people making the threats made mistakes that show clearly they were agents of Berg and/or Liberi, When guests see how this court has allowed us to be harassed and legally persecuted by Berg, Liberi and their agents in an improper venue, violating our rights, wreaking havoc on our finances and destroying any sense of peace, of course they flee when threatened with similar legal harassment! PRN could no longer get guests as a result of these threats.

To the best of my recollection, I spoke to Dr Taitz twice prior to my banning on March 6, 2009 from Berg's website and blog. *I have always freely supplied my research to anyone who asked for it. I wasn't paid for my research by Berg and am not under any obligation to keep it for his exclusive use, although Berg and Liberi shared my research freely with all the men who filed suits. I didn't need to ask Berg's permission to share my own research with Dr. Taitz.* Berg's accusations of my conspiring with Dr. Taitz against him prior to March 6th, 2009 are paranoid fabrications.

Berg has brought the entire legal profession into ill repute with his many lies and corrupt behaviors. Berg and Liberi have been allowed to harass us in PA courts for over a year, costing thousands of dollars in attorney's fees, and other expenses and made numerous false sworn affidavits defaming us without requirement of production of one shred of evidence of wrongdoing. **Berg allowed his paralegal, Lisa Renee Richardson Courville Liberi, who physically resides at 2983 Plaza Blanca, Santa Fe, NM 87507 and whose home landline phone is 505-473-9185 to make false statements to this court using his law office address as her own. If called to appear, Berg and Liberi can not produce PA state issued identification proving that she lived in PA when this suit was filed.**

The plaintiffs are not innocent victims. They are wrongful actors in this suit. *In numerous radio appearances broadcast internationally, Liberi, Berg*



and Adams have attempted to falsely represent to the public that Liberi is not the convicted felon Lisa Renee Richardson Courville Liberi living in NM. I do know of a person who Liberi told about her criminal past, leaving out her guilty convictions and most of the charges and facts. This person is in dire fear for her wellbeing if she comes forward, especially facing the same degree of legal persecution and harassment that we defendants face. .

Your Honor, Berg omitted information that **Liberi attempted to get me to do unscrupulous things that bordered on criminal, and I always refused.** One effort involved Liberi asking me to file false complaints against two attorneys whom Liberi wanted to discredit. The first complaint she wanted me to file was against an attorney in AZ, Teresa LaLoggia, who supported Obama and is licensed to practice in AZ, PA and DC as well as complain against the law firm, Dickstein Shapiro, where she is employed; simply because LaLoggia owned a website challenging Berg's evidence in his lawsuit against Obama. I still have the dossier Liberi sent me to use against her. **Liberi also asked me to file a false complaint with the CA Bar Association against Dr Taitz. I warned Dr Taitz of this fact over a year ago on or about April 16, 2009.** I believe I still have the dossier Liberi sent me against Dr. Taitz. I need time to locate and produce them. I strongly suspect Liberi may be behind complaints made against Dr. Tatiz by others with history of criminal behaviors, but I have no direct knowledge of it. I did once hear Liberi ask one of the complainants against Dr Taitz, Larry Sinclair, to file a complaint during a three way phone conversation. I have never known Dr Taitz to act as she has been accused by those with questionable motives and criminal histories who are associates of Liberi.

Berg should be reported to the PA Bar Association for investigation and referred to state and federal law enforcement for investigation of felony crimes such as Berg, Liberi and her husband, Brent Liberi conspiring to commit Social Security fraud, as well as Social Security fraud in Berg paying Liberi's husband, Brent Liberi, Lisa Liberi's salary for paralegal work. I reported this to the SSA's Inspector General's office. Lisa Liberi also did not get prior permission to file this suit from her probation officer in NM, another very serious violation of the terms of her probation as directed by the CA court. There are other acts which need investigating, too.

*Your Honor, Berg also knowingly and deliberately placed me and my family in grave danger by revealing my identity* in this suit so that nuts who support corrupt politicians that were previously exposed, and who are still making death threats can easily locate me. Berg knew the danger his actions put us in and viciously did it anyway. He has harmed me much more than I can ever describe. I live in constant fear for my family. **Berg**

(7)

(8)

has used his education and law license, not as tools for truth and justice, but wrongfully as evil weapons to exact revenge for our integrity in revealing to donors their credit card info was compromised by Liberi having access to it.

Your Honor, I am pleading with you, please hold Berg accountable for all the wrongs he has done to us, all the perjured affidavits he supplied to this court, and all the damage he has done to each of us with public smears. Berg has destroyed my ability to perform any sort of political research in the future to expose corruption and devastated any possible sense of security and/or safety for me or my family in the foreseeable future. I ask Berg be ordered to pay all our attorney's fees (exceeding $5,00 for the Hales, Sankey and myself) and all other expenses and that this case be dismissed with prejudice so that he can not continue to use the courts to harass and damage us further.

I swear under penalty of perjury by the laws of the state of Texas, where I reside, that the statements made in this document are true and correct to the best of my knowledge.

Thank you,

*Linda S. Belcher*

Linda S. Belcher
201 Paris St.
Castroville, TX 78009

(8)