Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531                    Attorney for:  Plaintiffs
Identification   No. 09867
(610) 825-3134

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al,                              :
                           Plaintiffs,           :
                                                 :
    vs.                                          :
                                                 :   Case No.: 09-cv-01898-ECR
                                                 :
                                                 :
ORLY TAITZ, et al,                               :   *Assigned to Honorable Eduardo C. Robreno*
                           Defendants.           :
                                                 :

## ORDER

**AND NOW,** this _____ day of July 2010, after consideration of Defendant Orly Taitz's Motions to Unseal Transcripts and Stay the Transfer of the Case to California pending Appeal [Docs. 128, 130 and 131]; Plaintiffs' Response thereto [Doc. 132], it is hereby

**ORDERED and DECREED** that Defendant Orly Taitz's Motions to unseal Transcripts and to Stay the Transfer of the Case pending Appeal are **DENIED**..

                                            **IT IS SO ORDERED:**

                                            _____
                                            Eduardo C. Robreno, J.