IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ, et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **13th** day of **July, 2010**, it is hereby **ORDERED** that Defendant Taitz's motion to unseal the transcripts (doc. no. 128) is **DENIED**. The hearing transcripts are not sealed.

**IT IS FURTHER ORDERED** that Defendant Taitz's motion to stay the transfer (doc. no. 128) is **DENIED**. The Court issued a rule to show cause as to why the case should not be severed and transferred, and thereafter ruled to sever and transfer the case under applicable law. All of Defendant Taitz's other arguments are frivolous.

**AND IT IS SO ORDERED.**

                                             s/Eduardo C. Robreno
                                             **EDUARDO C. ROBRENO, J.**