Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531                    Attorney for: Plaintiffs
Identification   No. 09867
(610) 825-3134

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

LISA LIBERI, et al,                         :
        Plaintiffs,               :
                                  :
vs.                                         :
                                  : Case No.: 09-cv-01898-ECR
                                  :
                                  :
ORLY TAITZ, et al,                          :
                                  : *Assigned to Honorable Eduardo C. Robreno*
        Defendants.               :
                                  :

## ORDER

**AND NOW,** this _____ day of July 2010, after consideration of Plaintiffs' Emergency Motion for Clarification or in the alternative Motion for Reconsideration of this Court's July 13, 2010; Plaintiffs' Request for this Court to Deny Defendant Orly Taitz's Request to Purchase the August 7, 2009 Transcript; and Plaintiffs' Request to Maintain the August 7, 2009 Transcript "Under Seal"; any response thereto and for Good Cause Shown,  it is hereby

**ORDERED and DECREED** that Plaintiffs' Motion is **GRANTED**.

2

**IT IS FURTHER ORDERED**, Defendant Orly Taitz's Purchase Transcript Form as to the August 7, 2009 Transcript is **DENIED** and the August 7, 2009 Transcript is to be maintained "Under Seal"

**IT IS SO ORDERED:**

_____
Eduardo C. Robreno, J.