20)   SUBMIT TO AND COOPERATE IN A FIELD INTERROGATION BY ANY PEACE OFFICER
      AT ANY TIME OF THE DAY OR NIGHT.

21)   CARRY AT ALL TIMES A VALID DRIVERS LICENSE OR DEPARTMENT OF MOTOR
      VEHICLES IDENTIFICATION CARD AND DISPLAY SUCH IDENTIFICATION UPON
      REQUEST BY ANY PURPOSE WITHOUT FIRST NOTIFYING THE PO. CONTAINING
      YOUR TRUE NAME AGE AND CURRENT ADDRESS

22)   ENROLL IN THE DRUG TREATMENT PROGRAM AT THE DIRECTION OF THE
      PROBATION OFFICER, AND SHOW PROOF OF ENROLLMENT TO THE PROBATION
      OFFICER WITHIN SEVEN (7) DAYS.

23)   MAKE RESTITUTION TO THE VICTIM(S) (SEE PROBATION REPORT) IN THE AMOUNT
      OF $9223.77 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL
      COLLECTIONS

24)   MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AM OUNT OF
      $35000.00 PLUS A 10% ADMINISTRATIVE FEE, TO BEPAID THROUGH CENTRAL
      COLLECTIONS

25)   MAKE RESTITUTION TO THE VICTIM (SEE PROBATION REPORT) IN THE AMO UNT OF
      $66951.08 PLUS A 10% ADMINISTRATIVE FEE, TO BE PAID THROUGH CENTRAL
      COLLECTIONS

26)   PAY A RESTITUTION FINE IN THE AMOUNT OF $200.00, PLUS A TEN PERCENT (10%)
      ADMINISTRATIVE FEE THROUGH CENTRAL COLLECTIONS.

27)   THE DEFENDANT IS NOT TO FILE ANY LAWSUIT/LEGAL ACTION WITHOUT PRIOR
      CONTACT WITH PROBATION OFFICER.

28)   DO NOT APPLY FOR CREDIT OR A LOAN WITHOUT PRIOR CONTACT WITH
      PROBATION OFFICER.

29)   COMPLY WITH ANY COURT-ORDERED PAYMENT SCHEDULE.

30)   MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE
      DETERMINED BY PROBATION.

31)   MAKE RESTITUTION TO VICTIM (SEE PROBATION REPORT) IN AN AMOUNT TO BE
      DETERMINED BY PROBATION.

32)   PROBATION MAY BE SERVED THROUGH INTER STATE COMPACT AGREEMENT IN
      THE STATE OF NEW MEXICO UPON APPROVAL FROM PROBATION.

## Case FWV028000 - Defendants

| Seq | Defendant | Next Court Date | Status | Agency / | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|----------|-------------|----------------|----------------|

13

09/17/2029  06:11                                                    #0493 P.053/080

| | | | DR Number | | | |
|---|---|---|---|---|---|---|
| 1 | LIBERI , LISA R | | RA 110013759 | 05/18/2001 | PC 115(A) | 05/18/2001 |

ALIAS: LIBERI, LISA R

ALIAS: COURVILLERICHARDSON, LISA

ALIAS: LIBERI, LISA A

ALIAS: RICHARDSON, LISA C

ALIAS: COURVILLERICH, LISA

ALIAS: LIBERI, LISA RENEE

ALIAS: LIBERI, LISA

ALIAS: RICHARDSON, LISA RENEE

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Status

|  |  |  |  |
|---|---|---|---|
| | | *Custody* | **N/A** |
| *Filing Type* | **Held to Answer** | *Filing Date* | **05/09/2003** |
| *Ordered Bail* **$0.00** | | *Posted Bail* | **$0.00** |
| *D.A.* | **James R. Secord** | *Defense* | **Dean Pitcl (Court Appointed)** |
| *Next Action:* | | *Deputy Report #:* | **RA-RC 110013759** |

| Warrant | Type | Status | Issued | Affidavit |
|---|---|---|---|---|
| | | NONE | N/A | N/A |

| Probation | Type | Granted | Expiration |
|---|---|---|---|
| | Formal | 03/21/2008 | 03/21/2011 |
| Sentence | Convicted Date | County Jail | CTS |
| | 01/25/2008 | 26 Days | 26 Days |
| | State Prison | Max Sentence | |
| | N/A | N/A | |
| | Fine and Penalty | Restitution Fine | Restitution to Victim |
| | | 0 | N/A |

## Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 459 | F | BURGLARY | 05/18/2001 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 2 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 3 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |

| 4 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 5 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 6 | PC 470(D) | F | FORGERY | 05/18/2001 | | HTA |
| 7 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | HTA |
| 8 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | HTA |
| 9 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 10 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 11 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | HTA |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |
| 17 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | HTA |

**Infor Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

| 1 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
|---|---|---|---|---|---|---|
| 2 | PC 476A(A) | F | NONSUFFICIENT FUNDS: CHECKS | 05/18/2001 | GUILTY | CONVICTED |
| 3 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 4 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |
| 5 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 6 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 7 | PC 476 | F | MAKING, POSSESSING, UTTERING FICTIOUS INSTRS | 05/18/2001 | | DISMISSED |
| 8 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 9 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | GUILTY | CONVICTED |
| 10 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | | DISMISSED |
| 11 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 12 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 13 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 14 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 15 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |
| 16 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | | DISMISSED |
| 17 | PC 487(D)(1) | F | GRAND THEFT: AUTOMOBILE/ANIMAL/ETC | 05/18/2001 | | DISMISSED |

| 18 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 19 | PC 487(A) | F | GRAND THEFT: PROPERTY/ETC OVER $400 | 05/18/2001 | GUILTY | CONVICTED |
| 20 | PC 115(A) | F | OFFER/ETC FALSE/FORGED INSTRUMENT TO FILE | 05/18/2001 | GUILTY | CONVICTED |
| 21 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 22 | PC 470(D) | F | FORGERY | 05/18/2001 | | DISMISSED |
| 23 | PC 472 | F | FORGE OFFICIAL SEAL | 05/18/2001 | | DISMISSED |

**Case FWV028000 Defendant 1608112 LIBERI, LISA RENEE - Probation**

*Probation Type:* FORMAL   *Granted:* 03/21/2008   *Expire:* 03/21/2011

SUPERVISED PROBATION GRANTED FOR A PERIOD OF 36 MONTHS ON FOLLOWING TERMS AND CONDITIONS:

1) SERVE 26 DAYS IN A SAN BERNARDINO COUNTY JAIL FACILITY, WITH CREDIT FOR TIME SERVED, A MATTER OF 26 DAYS, PLUS CONDUCT CREDIT PURSUANT TO 1-PC4019 ND ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY WITHOUT THE POSSIBILITY OF COUNTY PAROLE.

2) VIOLATE NO LAW.

3) REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED. REPORT TO THE PROB OFFICER IN PERSON IMMEDIATELY 0- ND THEREAFTER ONCE EVERY FOURTEEN (14) DAYS OR AS DIRECTED.

4) COOPERATE WITH THE PROBATION OFFICER IN A PLAN OF REHABILITATION AND FOLLOW ALL REASONABLE DIRECTIVES OF THE PROBATION OFFICER.

5) SEEK AND MAINTAIN GAINFUL EMPLOYMENT, OR ATTEND SCHOOL, AND KEEP THE PROBATION OFFICER INFORMED OF STATUS OF EMPLOYMENT, OR SCHOOL.

6) KEEP THE PROBATION OFFICER INFORMED OF PLACE OF RESIDENCE AND COHABITANTS AND GIVE WRITTEN NOTICE TO THE PROBATION OFFICER TWENTY-FOUR (24) HOURS PRIOR TO ANY CHANGES. PRIOR TO ANY MOVE PROVIDE WRITTEN AUTHORIZATION TO THE POST OFFICE TO FORWARD MAIL TO THE NEW ADDRESS. PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH PERMIT VISITS AND SEARCHES OF PLACES OF RESIDENCE BY AGENTS OF THE PROBATION DEPT. AND/OR LAW ENFORCEMENT FOR THE PURPOSE OF ENSURING COMPLIANCE WITH THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS THE TERMS AND CONDITIONS OF PROBATION; NOT DO ANYTHING TO INTERFERE WITH THIS REQUIREMENT, OR DETER OFFICERS FROM FULFILLING THIS REQUIREMENT, SUCH AS ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, ERECTING ANY LOCKED FENCES/GATES THAT WOULD DENY ACCESS TO PROBATION OFFICERS, OR HAVE ANY ANIMALS ON THE PREMISES THAT WOULD REASONABLY DETER, THREAT THREATEN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM. EN THE SAFETY OF, OR INTERFERE WITH, OFFICERS ENFORCING THIS TERM.

7) NEITHER POSSESS NOR HAVE UNDER YOUR CONTROL ANY DANGEROUS OR DEADLY WEAPONS OR EXPLOSIVE DEVICES OR MATERIALS TO MAKE EXPLOSIVE DEVICES.

8) SUBMIT TO A SEARCH AND SEIZURE OF YOUR PERSON, RESIDENCE AND/OR PROPERTY UNDER YOUR CONTROL AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW-ENFORCEMENT OFFICER, WITH OR WITHOUT A SEARCH WARRANT, AND WITH OR WITHOUT CAUSE (PEOPLE -V- BRAVO).

9) NEITHER USE NOR POSSESS ANY CONTROLLED SUBSTANCE WITHOUT MEDICAL PRESCRIPTION. A PHYSICIANS'S WRITTEN NOTICE IS TO BE GIVEN TO THE PROBATION OFFICER.

10) SUBMIT TO A CONTROLLED SUBSTANCE TEST AT DIRECTION OF PROBATION OFFICER. EACH TEST IS SUBJECT TO AN $11.00 FEE, TO BE COLLECTED BY CENTRAL COLLECTIONS

11) NOT POSSESS ANY TYPE OF DRUG PARAPHERNALIA, AS DEFINED IN H&S11364.5(D)

12) PARTICIPATE IN A COUNSELING PROGRAM AS DIRECTED BY THE PROBATION OFFICER, SUBMIT MONTHLY PROOF OF ATTENDANCE AND/OR SUCCESSFUL COMPLETION TO THE PROBATION OFFICER AS DIRECTED AND BE RESPONSIBLE FOR PAYMENT OF ALL PROGRAM FEE(S).

# ObamaCrimes.com
by the Law Offices of Philip J. Berg | http://philjberg.com

Cases    Constitution    Indonesia    Media    News    Obama's Citizenship    Perspectives    Press Releases    Rumors    Uncategorized    Voter Fraud

Search

Cases, Constitution, Indonesia, Media, News, Obama's Citizenship, Press Releases    By Paralegal | 17 comments

## March on Washington

For Immediate Release: – 05/28/2010
For Further Information Contact:
Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Cell (610) 662-3005
(610) 825-3134
(800) 993-PHIL [7445]
Fax (610) 834-7659

philjberg@obamacrimes.com

**THE OBAMA BIRTH CERTIFICATE / ELIGIBILITY / OBAMACARE**
**MARCH ON WASHINGTON DATE**
**HAS BEEN CHANGED**
**from Memorial Day Weekend**

(Lafayette Hill, PA – 05/28/10) – Philip J. Berg, Esquire, the first Attorney who filed suit against Barack H. Obama challenging Obama's lack of "qualifications" to serve as President of the United States stated that "WE THE PEOPLE" by and through Philip J. Berg and Obamacrimes.com is sponsoring the **OBAMA BIRTH CERTIFICATE / ELIGIBILITY / OBAMACARE** March on Washington.

Due to scheduling conflicts and the importance of this March, the date of the OBAMA BIRTH CERTIFICATE / ELIGIBILITY / OBAMACARE March on Washington was postponed from Memorial Day Weekend to sometime in August / September 2010. The new date will be announced shortly.

All individuals participating are requested to bring a copy of their Birth Certificate.

The crucial issues regarding Obama, the "IMPOSTOR", continue to grow. However, the most important issue is Obama not being Constitutionally eligible to be President: 1) not being "natural born" being born in Mombasa, Kenya; and 2) even more important the fact that Obama was "adopted" or "acknowledged" by his step-father, Lolo Soetoro, and his school record in Indonesia indicates the "Impostor's" name as "Barry Soetoro" and his nationality being "Indonesian". Obama, the Impostor's legal name is "Barry Soetoro". Obama must be stopped ! WE THE PEOPLE can, by way of the largest march ever on Washington, DC have a "Peaceful Revolution" and force Obama to prove he is Constitutionally eligible or resign from office. YES WE CAN !

The cost of the March on Washington is expensive. We must raise Fifty Thousand [$50,000.00] Dollars to cover the cost of the March including advertising this important event.

Donate today to help cover the expenses of this March and defend our Constitution.

An updated flier regarding our March is below. Please stay tuned to obamacrimes.com for the new date.

**For copies of all Press Releases and Court Pleadings, go to:**
**obamacrimes.com**

Constitution, Indonesia, Media, News, Obama's Citizenship, Press Releases, Rumors, Uncategorized, Voter Fraud
By Paralegal | 35 comments

Obama Crimes is the latest news on the cases of Phil J. Berg concerning the eligibility of President B.H. Soetoro/Obama. For more on Phil J. Berg, visit:
Law Offices of Philip J. Berg
http://philjberg.com
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134
(800) 993-PHIL [7445]
Fax (610) 834-7659



All donations to offset the cost of the cases concerning the eligibility of B.H. Soetoro/Obama are appreciated. Become a supporter of our effort to find the truth

Donate

Visa - MasterCard - Discover

Donations via check can also be mailed to the address above
Donations appreciated to help support this case

Shop ObamaCrimes



FOLLOW ME ON

myspace.

Philip Berg
facebook



Name:
Philip Berg
Email:
philjberg@gmail.com
Status:
None

Create Your Badge
Phil Berg is Proud to be featured in Dr. Jawara King's latest book

**Note**
Many archived posts have approximate dates

Latest

**Recent Posts    Recent Comments**

▪ HAPPY FOURTH OF JULY!
▪ HAPPY FATHER'S DAY

# MARCH ON WASHINGTON



This is not the "Change" we believe in !

**OBAMA BIRTH CERTIFICATE / ELIGIBILITY / OBAMACARE MARCH ON WASHINGTON**

Has been postponed due to scheduling conflicts.

New date to be announced shortly.

**BARACK OBAMA IS NOT ELIGIBLE TO SERVE AS PRESIDENT OF THE UNITED STATES**

DUE TO THE FOLLOWING:

* The United States Constitution mandates the President of the United States must be a United States "natural born" Citizen – Article II, Section I;

* Obama was born in Mombasa, in what is now Kenya, Africa;

* Obama's legal name is Barry Soetoro;

* Obama is an Indonesian Citizen as he was adopted/acknowledged by his stepfather, Lolo Soetoro, an Indonesian Citizen; and

* The Healthcare bill (ObamaCare) signed into Law by Obama on March 23, 2010 is **unconstitutional and voidable** since he is ineligible to serve as President of the United States.

For these reasons, Philip J. Berg, Esquire, Obamacrimes.com is sponsoring the **"OBAMA BIRTH CERTIFICATE / ELIGIBILITY / OBAMACARE"** March on Washington in Washington, D.C. The March will be rescheduled to sometime in August / September 2010.

All individuals participating are requested to bring a copy of their Birth Certificate.

The cost of the March on Washington is expensive. We must raise Fifty Thousand Dollars [$50,000.00] to cover the cost of the March including promoting this important event.

Donate today to help cover the expenses of this March and defend our Constitution.

**DONATIONS to the cause are NEEDED and APPRECIATED.**

Name: _____

Address: _____

City, State/Zip: _____

Email: _____

    I'd like to help: __$20 __$50 __$100 __$100 __$250 __$1,000 $____other

For updated information, please visit:

        **Obamacrimes.com**

    Philip J. Berg, Esq., 555 Andorra Glen Court, Suite 12, Lafayette Hill, PA 19444-2531 (610) 825-3134

**Download Flyer**

---

Nadia, Obama's Citizenship          By Paralegal | 8 comments

# Phil Berg, Esq. on Time Out with Kevin Gallagher

Philip J. Berg, Esq. was interviewed via telephone on the Time Out Show with Kevin Gallagher. This Interview will be aired in Danbury, CT on Comcast Channel 23, Friday 4/23/2010 at 8:30 P.M. EST and on the following Monday, 4/26/2010 at 11:00 A.M. EST.

You can see the video by clicking here:

---

- Another Perspective!
- Happy Memorial Day
- May 31, 2010 Join Philip J. Berg, Esq. on the Prophecy Chronicles Show with Paul Richard Price
- March on Washington
- Thank You Mr. Estes

---

                Archives

By Category  By Tag  By Date

- Cases
- Constitution
- Indonesia
- Media
- News
- Obama's Citizenship
- Perspectives
- Press Releases
- Rumors
- Uncategorized
- Voter Fraud

Search for: _____ [Search]
Tags

**911forthetruth** Barack Obama Barry Soetoro citizen Eligibility native born Natural Born Natural Born Citizen Obama Obama/Soetoro

**ObamaCrimes** Phil Berg Philip J. Berg President Soetoro/Obama United States US Constitution; Constitution

Meta

Log in

Valid XHTML

---

**Form B1 [Official Form 1] - (Rev. 9/01)**                                              **2001 USBC, CENTRAL    District of California**

## UNITED STATES BANKRUPTCY COURT
### CENTRAL    DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| LIBERI, LISA | NONE |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| AKA, LISA RENE LIBERI | |

| Soc. Sec./Tax I.D. No. (If more than one, state all): | Soc. Sec./Tax I.D. No. (If more than one, state all): |
|---|---|
| ████-4312 | |

| Street Address of Debtor (No. & Street, City, State & Zip Code): | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
|---|---|
| 11952 HUNTLEY DR. RANCHO CUCAMONGA, CA 91739 | |

| County of Residence or of the Principal Place of Business: SAN BERNARDINO | County of Residence or of the Principal Place of Business: |
|---|---|
| Mailing Address of Debtor (if different from street address): SAME AS ABOVE | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): NONE |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- [ ] This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)

- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [X] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information (Estimates only)**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

```
08/07/2002   **FILED**   14:55
                    RS02-22845PC

DEBTOR:
  LIBERI, LISA
JUDGE: HON. P. Carroll - 645
TRUSTEE: WHIR  CH: 07 (COMPLETE)
341A MTG: 09/10/2002 11:00 USB
ADR: 3420 Twelfth St. Room 100B Rivs
```

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

```
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF. ID: 048
RECEIPT NO: RS-020259   $ 200.00
```

Form B1 (Official Form 1) Page 2 - (Rev. 9/01)                                    2001 USSC, CENTRAL   District of California

| **Voluntary Petition** | FORM B1, Page 2 |
|---|---|

**Voluntary Petition**

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
LIBERI, LISA
NONE

| Location | Case Number: | Date Filed: |
|---|---|---|
| NONE | NONE | NONE |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Lisa R. Liberi_
   Signature of Debtor
   LIBERI, LISA

X
   Signature of Joint Debtor
   NONE

   Telephone Number (if not represented by attorney)

   Date  8-5-02

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)
   CURTIS R. AIJALA
   Printed Name of Attorney for Debtor(s)
   LAW OFFICE OF CURTIS R. AIJALA
   Firm Name
   CURTIS R. AIJALA ATTORNEY AT LAW
   Address
   123 WEST "B" STREET, SUITE C
   ONTARIO, CA 91762
   (909) 983-0877
   Telephone Number
   Date  8/5/02    Bar Number  192949

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____                                  8/5/02
   Signature of Attorney for Debtor(s)        Date
   CURTIS R. AIJALA

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☒  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

NONE
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

Honorable Eduardo C. Robreno
United States District Court
for the Eastern District of Pennsylvania
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
Fax: 267-299-7428

U.S. District Court,
Eastern District of Pennsylvania Case Number: 09-cv-01898 ECR

**LISA LIBERI, et al,**
Plaintiffs'
vs.
**ORLY TAITZ, et al,**
Respondents

CC: Dr Orly Taitz
Via fax 949-766-7603

June 23, 2010

Your Honor,

I am Linda S. Belcher, appearing Pro Se in this action. First, I want to alert Your Honor that as of this date, *I HAVE NOT RECEIVED ANY COPIES OF BERG'S FILINGS WITH ANY COURT SINCE THE WITHDRAWAL OF OUR FORMER ATTORNEY, TED HOPPE, LAST YEAR.* I have little knowledge of what has been filed by Berg since that time.

Berg previously stated to me that his computer has been damaged many times due to malware, trojans, etc. Therefore, I will NOT accept any electronic mail from him, especially attachments. He has been informed several times defendants will not accept improper electronic service that could infect our computers. **Berg well knows I have not received copies of his filings as evidenced by his own sworn affidavits filed in this court. Your Honor, Berg stated in an earlier document that he is blocked from sending me any electronic mailings. Therefore he knows he did not provide me copies of any of his pleadings.**

Your Honor, I have not agreed to anything by omission as I am told Berg suggests. Berg has created a serious conflict of interest in representing other plaintiff's, at the same time he represents himself, when he swears

(1)

09/17/2029  06:13

#0493  P 064/080

copies were sent to all defendants especially when he stands to profit in potential financial rewards by causing default. Berg was not required to produce basic documentation to this court that all parties were properly served and notified, which gives Berg an additional unfair advantage over defendants appearing Pro Se! Berg benefits materially at my/our expense in failure of this court to ensure all defendants have been notified, failure to award financial damages to us for attorney's fees, failure to ensure a just process denying defendants equal protection under the rules of civil procedure and the Constitution, failure to prevent harassment of defendants by Berg et al, failure to dismiss this suit when Berg knew it was improper venue, as well as the shock I received a couple of days ago after the latest ruling was made on or about June 2, 2010. I sent a letter to Your Honor before that ruling, but it apparently disappeared! Berg has knowingly violated his oath as an officer of the court by making false sworn statements to the court in every document he has submitted to Your Honor and should receive significant sanctions. He has knowingly LIED to this court in every possible way and prevented me from the luxury of making a proper response to his ongoing smears and lies.

I am requesting that Your Honor's ruling on or about June 2, 2010 and any other subsequent rulings be vacated so that I may obtain copies of Berg's pleadings and make proper response to his many false allegations. Failure to vacate creates an untenable situation for defendant/s and imposes unwarranted defendants with an additional burden by the lack of fairness and gives the impression this court is giving a local attorney unfair advantage over out of state defendants. I feel it is particularly unfair as Berg was allowed to withdraw his actions against some defendants and not all to impact directly with respect to the other defendants.

I can also provide extensive evidence proving plaintiff Libeii lives in NM and not PA as stated in Your Honor's last ruling, which is the basis for this entire case. Libeii did not reside in PA as alleged prior to filing this suit. Adams, C-----, Berg and Libeii have each repeatedly stated during radio appearances by the NM Libeii is a convicted felon and that we have defamed plaintiffs by insisting she is the same Lisa Libeii, living in Santa Fe, NM. The language of Your Honor's ruling that Libeii resides in PA upholds the fraud they are perpetuating on donors and the court, and using this particular language, labels defendants liars and defamers and could cost us further damage, giving further unfair advantage to Berg and in the process, makes Your Honor an unwitting partner is this fraudulent scheme against the public.

Your Honor made a ruling without requiring proof Libeii lives in PA and suggests serious implications that such a finding had been documented.

(2)

26

Berg, Liberi and Adams will use this ruling to state to the world that Liberi does not reside in NM, but PA, when it is a blatant fraudulent fabrication! As a result of the language used in stating Liberi lives in PA, we also face possible financial consequences! This gives another unfair advantage to plaintiff's after Berg lied to create a default by this defendant.

Berg and I were online friends since 1998, but had an irreversible rift on or about March 4th, 2009. We never met in person, nor have I ever been to PA. **Liberi and Berg knew I would be an opposition witness to expose their false sworn affidavits made against the other defendants and included me in a blatant attempt to discredit and harass me.** Berg has perpetuated a gross fraud on this court and also manipulated Your Honor in order to smear us and aggravate our various health issues. Berg, Liberi and Adams have exacerbated my grief and pain as much and as often as possible.

The history leading up to the filing of this suit is as follows. When I was banned on March 6, 2009; **Berg's blog began dying and support for Berg waned after supporters (who donated large sums of funds to Berg) became upset when it was revealed by Obama supporters that Liberi, a convicted felon, was handling donors credit card information, had access to these donations; and that Berg knew Liberi had an extensive felony criminal record involving thefts, financial crimes and forgeries.** Support shifted toward others, but especially towards Dr Taitz. Berg, Liberi and Adams blamed me for not lying about Liberi living in NM, instead of PA as they falsely allege. In retaliation for warnings by Dr Taitz, the Hale's and myself publicly to donors (we had no other way to warn donors as we didn't have their contact info or names) that their info was compromised by Berg employing a convicted felon as his paralegal; Berg, Liberi, Adams and their agents (used as witnesses in this suit) began a malicious smear campaign against me/us and then this suit was filed as revenge.

I believe this suit was initially motivated by Liberi's jealousy of Dr Taitz and Berg, in retaliation for the loss of further donations and media attention, which others like Ed and Caren Hale, PRN and Dr. Taitz received. The river of money also dried up Your Honor because **Berg has refused to account for hundreds of thousands of dollars in donations that I was told he had received prior to March 6, 2009.** An accounting MUST be made to ensure donors were not solicited for funds under false pretenses and misdirected for other uses. I believe Berg gave Liberi permission to improperly misdirect some of the funds for her own personal benefit, possibly to pay her court ordered fines/restitution as part of her probation since the $12,000 she stated to me Berg owed in bills that were coming due on February 1, 2009 and March 1, 2009 equaled the amount Liberi was ordered to pay each month. I also believe there may have been other plans for the funds by

(3)

Berg and/or Liberi than what donors were given to believe were needed to finance Berg's legal challenge to Obama's eligibility. I lost all faith and belief in Berg's integrity.

**I vehemently oppose any motion by Berg et al of ANY sanctions brought against Dr Taitz**, who to my knowledge has obeyed all court orders. The incidents Berg cited, falsely alleging violations by Dr Taitz, I understand were PRIOR to the initial hearing and court orders by Your Honor. Dr Taitz actions, as well as all co-defendants, were motivated by intent to warn and protect donors when Berg KNEW Liberi, a convicted felon, had access to confidential financial information and was handling vast financial transactions, in direct violation of the terms of her probation. I can produce evidence of all this Your Honor with a little time.

Your Honor, Berg has previously acted in the capacity as my attorney, providing legal advice to me, and representation of me several years ago and promised confidentiality of my identity to protect me and my family from corrupt political operatives whom I have exposed in the past 10 plus years. Berg knew it was an improper conflict of interest to represent other plaintiff's against me, yet did it to retaliate against me for not covering up for him about Liberi's criminal history. Berg should be permanently barred and sanctioned from any further representation of third parties against me. In TX, it is an absolute affirmative defense against allegations of defamation when speaking the truth. We spoke only the truth with a proper and legitimate intent. There is no defamation of plaintiff's.

Further, Berg knew of a friend of mine who wrote a book about a presidential candidate and used some of my research and ultimately died as a result of the revelations in this book. As a direct result of Berg's representation of me as attorney, he (and later Liberi) learned my true identity and revealed it in revenge and retaliation, knowing it might cost my life!

I informed Berg in mid March 2009 that I intended to file a complaint against him with the PA Bar Association for his defamatory actions against me, violating attorney-client privilege and other dishonest acts, but that I was waiting until he had exhausted his lawsuits against Obama. Berg offered legal representation of me again in writing as recently as March 2009, in what I came to believe was an attempt to extort me into silence about Liberi's lengthy criminal history. When I did not accept his offer and agree to keep secret Liberi's criminal record and compromise of donors credit card info, Berg exacted revenge by including me in this suit, revealing my identity, violating confidentiality and defaming me.

(4)

09/17/2029 06:15

Your Honor, **at no time did Liberi ever state to me her address was confidential.** I provided to the court last Aug 2009 the email which Liberi sent to me with her address to ship a box of Xmas presents in December 2008. Her nickname is "Lisa" on my buddy list and that is what shows in chats I saved. Her email address is Lisaliberi at aol.com, which is the exact same as "Lisaliberi" as seen by any member of aol. There is no difference. Berg and Liberi lied when they claimed it was not Liberi, or that it was somehow manufactured evidence.

Liberi supplied at least two of her several Social Security numbers to bankruptcy courts and other places in sworn affidavits which we found listed in public records, available to anyone with Internet access. NO ONE violated her privacy. When I confronted Berg about Liberi's criminal history in our last conversation, I told him I felt compelled to warn donors that their account numbers were seriously compromised. **Berg did not deny her criminal history to me, or to this court because he can't. Liberi suffered no losses or damages as Berg did not fire her and Liberi is STILL working full time as Berg's paralegal (often working more than 40 hour weeks) while fraudulently collecting SS disability benefits!**

Plaintiff's and their witnesses allege Ed Hale & I threatened them. *NO ONE EVER THREATENED THEM with anything except telling the truth!* I take death threats very seriously. It is not a joking matter to me. I have been living with death threats for years as a result of my oppositional political research. Berg cannot produce any evidence against me for making threats because it does not exist! Liberi, Berg and Adams have waged a vicious smear campaign defaming me all over the Internet. We are their victims! I realized on or about March 4th, 2009 that for many weeks I had been systematically set up for false accusations of "hacking" Berg's website by Liberi, Adams and/or their agents. *I do not have the technical computer skills or knowledge to do ANY of the things they allege.* I was also banned two days later, which they publicly denied. Berg was made well aware of many horrible things done to me, which he clearly condoned and even encouraged as proven by his own actions.

Your Honor, I supplied the chat which occurred on or about Jan 2, 2009 to the court last August, where Liberi bragged to me how she, Mark McGrew, Adams and Berg had conspired to steal the Obama divorce documents from Ed Hale, removed the PRN watermark and claimed credit for the documents paid for by PRN listeners in a press release issued by Berg, which I can produce. The dates on the different versions of documents that were posted on their website/s prove it. The first one Berg had posted on his website bears the court stamped date and markings of the one PRN had bought, but with the PRN watermark removed. Then

(5)

Berg replaced it on his website with the second one the Pt sent them and court stamped on Jan 2, 2009! Ed Hale can produce these, if he has not already. In the press release by Berg, he falsely accused Ed Hale of stealing documents and claiming credit for the find. I need some time to produce documentation to substantiate my accusations against Adams, Berg, Liberi and their agents/witnesses. I never delete anything, but often saved files are misplaced on my computer and it takes time to locate.

**Ed Hale recently informed me he was forced to shut down his radio network because of the endless harassment, threats and lies by Berg, et al.** According to Ed Hale; Berg, plaintiff's, and their witness / agents have threatened candidates for office (who were guest hosts on PRN) with inclusion in this suit, for simply appearing on the Plains Radio Network. The people making the threats made mistakes that show clearly they were agents of Berg and/or Liberi. When guests see how this court has allowed us to be harassed and legally persecuted by Berg, Liberi and their agents in an improper venue, violating our rights, wreaking havoc on our finances and destroying any sense of peace, of course they flee when threatened with similar legal harassment! PRN could no longer get guests as a result of these threats.

To the best of my recollection, I spoke to Dr Taitz twice prior to my banning on March 6, 2009 from Berg's website and blog. *I have always freely supplied my research to anyone who asked for it. I wasn't paid for my research by Berg and am not under any obligation to keep it for his exclusive use, although Berg and Liberi shared my research freely with all the men who filed suits. I didn't need to ask Berg's permission to share my own research with Dr. Taitz.* Berg's accusations of my conspiring with Dr Taitz against him prior to March 6th, 2009 are paranoid fabrications.

Berg has brought the entire legal profession into ill repute with his many lies and corrupt behaviors. Berg and Liberi have been allowed to harass us in PA courts for over a year, costing thousands of dollars in attorney's fees, and other expenses and made numerous false sworn affidavits defaming us without requirement of production of one shred of evidence of wrongdoing. **Berg allowed his paralegal, Lisa Renee Richardson Courville Liberi, who physically resides at 2983 Plaza Blanca, Santa Fe, NM 87507 and whose home landline phone is 505-473-9185 to make false statements to this court using his law office address as her own. If called to appear, Berg and Liberi can not produce PA state issued identification proving that she lived in PA when this suit was filed.**

The plaintiffs are not innocent victims. They are wrongful actors in this suit. *In numerous radio appearances broadcast internationally, Liberi, Berg*

and Adams have attempted to falsely represent to the public that Liberi is not the convicted felon Lisa Renee Richardson Courville Liberi living in NM. I do know of a person who Liberi told about her criminal past, leaving out her guilty convictions and most of the charges and facts. This person is in dire fear for her wellbeing if she comes forward, especially facing the same degree of legal persecution and harassment that we defendants face. .

Your Honor, Berg omitted information that **Liberi attempted to get me to do unscrupulous things that bordered on criminal, and I always refused.** One effort involved Liberi asking me to file false complaints against two attorneys whom Liberi wanted to discredit. The first complaint she wanted me to file was against an attorney in AZ, Teresa LaLoggia, who supported Obama and is licensed to practice in AZ, PA and DC as well as complain against the law firm, Dickstein Shapiro, where she is employed; simply because LaLoggia owned a website challenging Berg's evidence in his lawsuit against Obama. I still have the dossier Liberi sent me to use against her. **Liberi also asked me to file a false complaint with the CA Bar Association against Dr Taitz. I warned Dr Taitz of this fact over a year ago on or about April 16, 2009.** I believe I still have the dossier Liberi sent me against Dr. Taitz. I need time to locate and produce them. I strongly suspect Liberi may be behind complaints made against Dr. Tatiz by others with history of criminal behaviors, but I have no direct knowledge of it. I did once hear Liberi ask one of the complainants against Dr Taitz, Larry Sinclair, to file a complaint during a three way phone conversation. I have never known Dr Taitz to act as she has been accused by those with questionable motives and criminal histories who are associates of Liberi.

Berg should be reported to the PA Bar Association for investigation and referred to state and federal law enforcement for investigation of felony crimes such as Berg, Liberi and her husband, Brent Liberi conspiring to commit Social Security fraud, as well as Social Security fraud in Berg paying Liberi's husband, Brent Liberi, Lisa Liberi's salary for paralegal work. I reported this to the SSA's Inspector General's office. Lisa Liberi also did not get prior permission to file this suit from her probation officer in NM, another very serious violation of the terms of her probation as directed by the CA court. There are other acts which need investigating, too.

**Your Honor, Berg also knowingly and deliberately placed me and my family in grave danger by revealing my identity** in this suit so that nuts who support corrupt politicians that were previously exposed, and who are still making death threats can easily locate me. Berg knew the danger his actions put us in and viciously did it anyway. He has harmed me much more than I can ever describe. I live in constant fear for my family. **Berg**

(7)

has used his education and law license, not as tools for truth and justice, but wrongfully as evil weapons to exact revenge for our integrity in revealing to donors their credit card info was compromised by Liberi having access to it.

Your Honor, I am pleading with you, please hold Berg accountable for all the wrongs he has done to us, all the perjured affidavits he supplied to this court, and all the damage he has done to each of us with public smears. Berg has destroyed my ability to perform any sort of political research in the future to expose corruption and devastated any possible sense of security and/or safety for me or my family in the foreseeable future. I ask Berg be ordered to pay all our attorney's fees (exceeding $5.00 for the Hales, Sankey and myself) and all other expenses and that this case be dismissed with prejudice so that he can not continue to use the courts to harass and damage us further.

I swear under penalty of perjury by the laws of the state of Texas, where I reside, that the statements made in this document are true and correct to the best of my knowledge.


Thank you.

*Linda S. Belcher*

Linda S. Belcher
201 Paris St.
Castroville, TX 78009

(8)

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  FOR THE COUNTY OF SAN BERNARDINO

 3          DEPARTMENT 3        HON. JOHN M. PACHECO, JUDGE

 4

 5    THE PEOPLE OF THE STATE        )
      OF CALIFORNIA,                 )
 6                      Plaintiff,   )
                                     )
 7    V.                             )        SUPERIOR COURT
                                     )        CASE NO: FSB-044914
 8                                   )
                                     )
 9    LISA LIBERI RICHARDSON,        )
                                     )
10                      Defendant.   )
                                     )
11    ───────────────────────────────

12

13          REPORTER'S TRANSCRIPT OF PRELIMINARY HEARING
                      AND BAIL/OR HEARING

14                       AUGUST 4, 2004

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:              MICHAEL RAMOS
                                   District Attorney
19                                 BY: JAMES SECORD
                                   Deputy District Attorney

20

21    FOR THE DEFENDANT:           EDI M.O. FAAL
                                   Attorney at Law

22

23

24

25

26

27    REPORTED BY:    COPY        COLLEEN SOUTHWICK
                                   CSR-RPR NO. 9949
28
```

113

1        THE COURT:  Withdraw that last question?

2        MR. FAAL:  No, your Honor, at this point in

3 time I have no further questions.

4        MR. SECORD:  Nothing further, your Honor.

5        THE COURT:  Thank you.

6        MR. SECORD:  For the record, your Honor, I'm

7 turning over to defense a copy of the jail tapes.  They

8 are on CD.  The copy is entitled Liberi, Lisa

9 04073420299.  It bears a date of 7/29/04 but it has

10 jail conversations from the period of incarceration

11 through 7/28/04 for discovery purposes.

12        MR. FAAL:  Thank you.

13        THE COURT:  Okay.  Thank you.  All

14 right.  Anything further?

15        MR. SECORD:  On this issue, no, your Honor.

16 I would recall Investigator Liebrich to the stand for

17 our motion to increase bail.

18        MIKE LEIBRICH,

19 having previously been sworn as a witness, was recalled

20 on behalf of the People and testified further as

21 follows:

22        MR. SECORD:  Thank you, your Honor.

23

24        DIRECT EXAMINATION

25 BY MR. SECORD:

26    Q.   You realize you're still under oath?

27    A.   That's correct.

28    Q.   All right.  In the course of your

114

1    investigations, did you listen to conversations between
2    the defendant and her mother emanating out of the jail?
3        A.    I listened to the majority of them, not all
4    of them.
5        Q.    Okay.   How many conversations in total were
6    there provided to you?
7        A.    More than half a dozen.
8        Q.    Let me rephrase it.   On the disc that I just
9    gave Mr. Faal there's a significant number of
10   conversations; is that correct?
11       A.    63 in total.
12       Q.    63 in total.   And of those do you have an
13   estimate as to how many you've listened to?
14       A.    Roughly 40, 45.
15       Q.    And of those you've listened to are
16   conversations between the defendant and her mother?
17       A.    That's correct.
18       Q.    Okay.   With respect to those conversations
19   between the defendant and her mother, has the defendant
20   indicated a desire to seek retribution against a family
21   member?
22       A.    Yes.
23       Q.    Who is she seeking retribution against?
24       A.    Her sister Cheryl.
25       Q.    In the reports that were prepared with
26   respect to the case in which you testified at the
27   preliminary hearing earlier today, was there a report
28   by an Officer Schreiber, Investigator Schreiber

115

1  concerning an interview he had with Cheryl Richardson?

2  A.   Yes, that report had to do with the previous

3  19 charges, not the ones that were discussed today.

4  Q.   All right.  And was there an indication in

5  those conversations between the defendant and her

6  mother an understanding by the defendant that she had

7  obtained, that the defendant had obtained a copy of

8  that police report?

9  A.   Yes.

10  Q.   What did the defendant indicate she wanted to

11  do with regard to her sister?

12  A.   Actually as far as harm, she discussed that

13  with her husband Brent.  As far as with her mother, she

14  was angry at her and was basically done with her

15  sister.

16  Q.   And with respect to Brent, did she

17  indicate -- did she make threats about her sister?

18  A.   Yes.

19  Q.   What did she say?

20  A.   First thing was that she believed that her

21  sister had an outstanding warrant in the State of

22  Arizona.  She was going to somehow get her arrested and

23  then spread throughout the jail system that she was

24  quote unquote "a rat" and she told her husband Brent,

25  "You know what they do to rats in jail?"

26  Q.   Investigator Leibrich, you were with the L.A.

27  County Sheriff's Department for a number of years,

28  correct?

2    Q.    Did you ever work the jail?

3    A.    Oh, yes.

4    Q.    And what happens when inmates discover that

5    another inmate is a snitch?

6    A.    There is what is known as a contract, a green

7    light on them.  Different things; they are attacked

8    and/or killed.  In fact, you brought up L.A. County,

9    in the last year five have been killed within the jail

10   system.

11   Q.    Did you also listen to any conversations

12   where the defendant indicated that she wanted to leave

13   the State of New Mexico?

14   A.    Yes.

15   Q.    Okay.  Did she -- were there conversations --

16   would you please describe what those conversations

17   consisted of?

18   A.    She was speaking to her husband Brent who was

19   based out of New Mexico.  She said she was quote

20   unquote "done", that when the lease was up at the end

21   of the month of August, that she wanted to leave.  She

22   was not going to tell anybody where she was going to

23   go.

24   Q.    Okay.  Did she also indicate anything to her

25   husband about finding a new job?

26   A.    She inquired of her husband that even though

27   he liked his job, she asked him, "You can find a

28   transfer, can't you?  We should leave.  Let's go to

117

1   Georgia, Florida anywhere."

2          MR. SECORD:  Nothing further.

3          THE COURT:  Mr. Faal.

4

5                    CROSS-EXAMINATION

6   BY MR. FAAL:

7      Q.   Did Ms. Liberi say that she wanted to abscond

8   when she gets out on bail?

9      A.   She did not use the word abscond.

10     Q.   She was talking about relocating from the

11  State of New Mexico to the State of Georgia or the

12  State of Florida, right?

13     A.   She said that once again she was going to

14  leave and not tell anyone where she was going to go.

15     Q.   Did she say that, based on your testimony,

16  she already knew that her sister had given statements

17  to the police that implicated her in this case,

18  correct?

19     A.   In the prior 19 charges, yes.

20     Q.   Yes?

21     A.   Yes.

22     Q.   Okay.  Did she make it clear as to whether

23  she was referring to not telling family members or

24  whether she was talking about not telling the Court or

25  the bail bonds as to where she was?

26     A.   What she said was she's not going to tell

27  anyone.  Not anyone.

28     Q.   But that conversation came up in the context

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al.,<br><br>         Plaintiff,<br><br>v.<br><br>ORLY TAITZ, et al.,<br><br>         Defendants. | ) CIVIL ACTION<br>) NO. 09 - 18989<br>)<br>)<br>) **DECLARATION BY NEIL SANKEY,**<br>) **PRIVATE INVESTIGATOR**<br>)<br>)<br>)<br>)<br>)<br>) |

I, Neil Sankey, do hereby declare as follows:

1.    I am a Private Investigator, California State License number PI 10905. I am the President of Sankey Investigations, Inc. I have been so licensed for twenty five years. I am over 18 years old, do not suffer from any mental disease or impairment and I have personal knowledge of all the facts set forth in this Declaration, and if called to testify thereto, I could and would do so competently and truthfully.

2.    In May of 2009 I met with and interviewed John Mark Allen who informed me that he had been the boyfriend of Lisa Liberi, also known as Lisa Richardson, and that he was the father of their son.

3.    John gave me a photo-copy of a photograph which he told me was an accurate and true reproduction of a photograph of Lisa Liberi and her husband Brent. A copy of that photograph is attached and signed by me.

4. I later showed that photograph to Sergeant Paul Morrison, a Rancho Cucamonga Police Detective who had been the Investigating Officer of a multiple Fraud case involving Lisa Liberi, a.k.a Lisa Richardson, and he positively identified the lady in the photograph as being Lisa Liberi, subsequently convicted of the Offences. He confirmed to me that, in accordance with the Court's instructions, after conviction, Liberi was allowed to reside in California or New Mexico, where she has relatives, but not any other state until the end of her probation in March of 2011. Residence in PA would be a clear violation of Liberi's probation and Sergeant Morrison had no evidence of Liberi residing in PA in 2009, at the time Liberi et v Taitz et al was filed or at any time after her conviction in 2008.

5. I later caused the photograph to be sent to Ed and Caren Hale in Texas, and, in speaking with them later they both assured me that they recognized the lady in the photograph as being identical with the woman claiming to be Lisa Liberi in Your Honor's Court on August 7, 2009 in Philadelphia.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed on July 27, 2010 at Simi Valley, California.


_____
Declarant/Neil SANKEY, Private Investigator

7/27/2010
Date

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __Ventura__

On __7/27/10__ before me, __Loretta J. Cabuyadao, Notary Public__
                              (Here insert name and title of the officer)

personally appeared __Neil Sankey__
                                                                                              ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

_Loretta J. Cabuyadao_                                     (Notary Seal)
Signature of Notary Public

LORETTA J. CABUYADAO
COMM. # 1864964
NOTARY PUBLIC-CALIFORNIA
Ventura County
My Comm. Exp. Oct. 1, 2013

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__Declaration by Neil Sankey__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____   Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document.



## Declaration of Orly Taitz

1. My name is Orly Taitz

2. I am over 18 years old

3. I am a resident of Orange County, CA

4. I don't suffer from any mental disease or impairment and have personal knowledge of the following and certify under penalty of perjury and under the laws of CA that foregoing is true and correct to the best of my knowledge.

5. Together with licensed investigator Neil Sankey I interviewed John Allen, former boyfriend of Lisa Liberi and the father of her only child.

6. Mr. Allen is a resident of Rancho Santa Margarita, CA and was interviewed in my office at 29839 Santa Margarita PKWY, Rancho Santa Margarita, CA92688

7. I asked Mr. Allen for a photograph of Lisa Liberi and he gave me the attached photograph of her with her second husband Brent Liberi and Mr. Allen's son.

8. The picture of Mr. Allen's and Ms. Liberi's son was removed for his privacy.

9. Mr. Allen has provided a description of Liberi's height and general built and provided information regarding Liberi's criminal history and history of her incarceration and probation.

10. Investigator Sankey met with Investigator Morison of Rancho Cucamonga police department, who previously arrested Liberi and verified that indeed it is the same person, who is depicted on the photograph and who was arrested and convicted in 2008 and who is currently on probation with San Bernardino CA probation department until March 2011.

11. I have forwarded attached photograph to Ed and Caren Hale, who were present at the emergency court hearing on August 7, 2009 in Liberi et al v Taitz et al and I personally talked to Caren Hale, who identified the woman on the photograph as the same woman who was in court, testifying that she was Lisa

Liberi resident of PA, who was slandered and defamed by the plaintiffs , who published the official criminal   record of Lisa Liberi in CA.

Declarant further says not.

Signed

Dated    07 27 10



# DECLARATION OF LISA LIBERI

*** 

I, Lisa Liberi, do hereby declare that:

I am the defendant in the within action and am making this Declaration in support of my Motion to recuse the Office of the District for the County of San Bernardino.

1. On numerous occasions during the pendency of this action, DDA Secord has made reference to a criminal record which I purportedly had in the State of Texas. These references were made during my attempts to obtain an OR release or bail reduction and appear to have been an attempt to prejudice the Court against me. The attempt was apparently successful as the Court wouldn't even grant electronic monitoring.

2. While it is true that in or about 1985, I was arrested in Waco, Texas, my mother, Shirley Waddell posted bail for me, no charges were filed against me and, obviously, I was not convicted of anything. I do not recall what I was arrested for, as it was 21 years ago.

3. My attorney asked me what the District Attorney was talking about. In an effort to establish the truth, I went to the Texas Department of Public Safety, Crime Records Service, and Computerized Criminal History at https://records.txdps.state.tx.us and ran my name as Lisa R. Richardson and as Lisa R. Courville with my date of birth, May 28, 1965, no criminal records were found. (A true and correct copy of the search is attached hereto and incorporated in by reference as Exhibit 1.)

4. I then went to Instant Criminal Checks and paid to run my name with my social security number ███-██-6858 at https://www.instantcriminalchecks.com , again, no records were found. (A true and correct copy of the instant criminal check is attached hereto and incorporated in by reference as Exhibit 2.)

on my case.

33.  For the above aforementioned reasons, I respectfully request that D.D.A. James Secord

and the San Bernardino County District Attorney's office be recused to insure me a

chance at a fair trial.

I declare under the penalty of perjury of the laws of the State of California the foregoing is

true and correct.

DATED:  September 21, 2006

LISA LIBERI

I declare under the penalty of Perjury of the laws of the United States and subject
to the penalties of 18  Pa. C.S. Section 4904 that the foregoing is true and correct.
Executed this 15th day of July, 2009.

LISA LIBERI, Plaintiff

# COPY FOR COURT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
## SAN BERNARDINO DISTRICT

FSB 0 4 4 9 1 4

THE PEOPLE OF THE STATE OF CALIFORNIA,    )    COURT CASE NO
                                          )
                              Plaintiff    )
                                          )
                 vs.                      )
                                          )
Lisa Liberi ,                             )    FELONY COMPLAINT
  aka Lisa R. Liberi,                     )
  aka Lisa Renee Liberi,                  )
  aka Lisa C. Richardson,                 )    DA CASE NO  2004-00-0034761
  aka Lisa Courville-Rich,                )
  aka Lisa Courville-Richardson,          )
  aka Lisa A. Liberi                      )
                                          )         F I L E D
                                          )       SUPERIOR COURT
                                          )    COUNTY OF SAN BERNARDINO
                              Defendant    )     SAN BERNARDINO DISTRICT

                                                     JUN 3 0 2004

The undersigned is informed and believes that:      BY  _Dacen D. R_____
                                                                    DEPUTY

---

## COUNT 1

On or about November 15, 2002, in the above named judicial district, the crime of ATTEMPT TO FILE FALSE OR FORGED INSTRUMENT, in violation of PENAL CODE SECTION 115(a), a felony, was committed by Lisa Liberi, who did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under law of this state or the United States.

*****

## COUNT 2

On or about November 15, 2002, in the above named judicial district, the crime of FORGERY, in violation of PENAL CODE SECTION 470(d), a felony, was committed by Lisa Liberi, who did, with the intent to defraud, falsely make, alter, forge and counterfeit, utter, publish, pass and attempt to offer to pass, as true and genuine, a Department of Motor Vehicle form Lien Satisfaied / Title Holder Releas containing the purported signature of Cheryl A. Olston, knowing the same to be false, altered, forged and counterfeited.

Page 1

*****

## COUNT 3

On or about November 15, 2002, in the above named judicial district, the crime of FORGERY, in violation of PENAL CODE SECTION 470(d), a felony, was committed by Lisa Liberi, who did, with the intent to defraud, falsely make, alter, forge and counterfeit, utter, publish, pass and attempt to offer to pass, as true and genuine, a Department of Motor Vehicle form Lien Satisfaied / Title Holder Releas containing the purported signature of Alicia P. Becerra, knowing the same to be false, altered, forged and counterfeited.

*****

## COUNT 4

On or about November 15, 2002, in the above named judicial district, the crime of COUNTERFEIT SEAL, in violation of PENAL CODE SECTION 472, a felony, was committed by Lisa Liberi, who did unlawfully and with intent to defraud, forge and counterfeit the seal of Alicia P. Becerra, a Notary Public, and did falsely make forge and counterfeit an impression purporting to be an impression of said seal, and did possess such counterfeited seal and impression, knowing it to be counterfeited and did conceal said seal.

*****

\* \* \* \* \*

NOTICE TO DEFENDANT AND DEFENDANT'S ATTORNEY
Pursuant to Penal Code Sections 1054.5.(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.
NOTICE TO ATTORNEY
The materials accompanying this notice may include information about witnesses. If so, these materials are disclosed to you pursuant to Penal Code section 1054.2 which provides: "No attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

Complaint     DA CASE NO: 2004-00-0034761

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) Lisa Liberi , for the above-listed crimes. Wherefore, a warrant of arrest is requested for Lisa Liberi .

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 4 COUNT(S).

Executed at San Bernardino, California, on June 30, 2004.


Michael Leibrich
DECLARANT AND COMPLAINANT


Agency: District Attorney B of I- Hospitality          Prelim Est. 02:00

| Defendant | Birth Date | Booking No. | CII No. | NCIC |
|---|---|---|---|---|
| Lisa Liberi | 05/28/1965 | | | |

Complaint     DA CASE NO: 2004-00-0034761

# ORIGINAL

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) | COURT CASE NO  FWV028000 |
| ) | |
| Plaintiff ) | I N F O R M A T I O N |
| ) | |
| vs. ) | Arraignment Date: 04/07/2004 |
| ) | Department: R2 |
| Lisa Renee Richardson , ) | |
|  aka Lisa R Liberi, ) | |
|  aka Lisa Courville-Richardson, ) | DA CASE NO  2002-00-0008876 |
|  aka Lisa A Liberi, ) | |
|  aka Lisa C Richardson, ) | |
|  aka Lisa Courville-Rich, ) | |
|  aka Lisa Renee Liberi ) | |
| ) | |
| ) | |
| Defendant ) | |

## I N F O R M A T I O N
## S U M M A R Y

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC487(a) | 16-2-3 | Lisa Renee Richardson | | |
| 2 | PC476a(a) | 16-2-3 | Lisa Renee Richardson | | |
| 3 | PC470(d) | 16-2-3 | Lisa Renee Richardson | | |
| 4 | PC472 | 16-2-3 | Lisa Renee Richardson | | |
| 5 | PC115(a) | 16-2-3 | Lisa Renee Richardson | | |
| 6 | PC487(a) | 16-2-3 | Lisa Renee Richardson | | |
| 7 | PC476 | 16-2-3 | Lisa Renee Richardson | | |
| 8 | PC470(d) | 16-2-3 | Lisa Renee Richardson | | |
| 9 | PC472 | 16-2-3 | Lisa Renee Richardson | | |
| 10 | PC115(a) | 16-2-3 | Lisa Renee Richardson | | |
| 11 | PC487(a) | 16-2-3 | Lisa Renee Richardson | | |

RECEIVED
APR 0 1 2004
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
RANCHO CUCAMONGA DISTRICT

Page 1

| 12 | PC487(a) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 13 | PC487(d)(1) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 14 | PC487(a) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 15 | PC487(d)(1) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 16 | PC487(a) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 17 | PC487(d)(1) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 18 | PC487(a) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(1) | +1 YR |
| 19 | PC487(a) | 16-2-3 | Lisa Renee Richardson | PC12022.6(a)(2) | +2 Yrs |

Information  DA CASE NO: 2002-00-0008876

The District Attorney of the County of San Bernardino, by this Information alleges that:

## COUNT 1

On or about August 29, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the sum of $38,000, the property of Business Bank of California.

*****

## COUNT 2

On or about August 28, 2001, in the above named judicial district, the crime of NON-SUFFICIENT FUND CHECK MULTIPLE CHECKS (FELONY), in violation of PENAL CODE SECTION 476a(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully and fraudulently make, draw, utter, and deliver checks and drafts for the payment of money the total amount of which exceeded Two Hundred Dollars ($200), hereinafter listed:

| Date | Payee | Bank | Amount |
|------|-------|------|--------|
| 08/28/2001 | Lisa Liberi | Bank One | $10,000.00 |
| 08/28/2001 | Lisa Liberi | Bank One | $27,000.00 |

knowing at the time of such making, drawing, uttering, and delivering, that he/she had not sufficient funds in, and credit with, said bank to meet the said checks and drafts and all other checks, drafts, and orders upon such funds then outstanding in full upon their presentation for payment; the said defendant(s) at all of said times having the intent then and there to cheat and defraud said persons and corporation(s).

Page 3

Information  DA CASE NO: 2002-00-0008876

*****

## COUNT 3

On or about July 16, 2002, in the above named judicial district, the crime of FORGERY, in violation of PENAL CODE SECTION 470(d), a felony, was committed by Lisa Renee Richardson, who did, with the intent to defraud, falsely make, alter, forge and counterfeit, utter, publish, pass and attempt to offer to pass, as true and genuine, Release of Lien, knowing the same to be false, altered, forged and counterfeited.

*****

## COUNT 4

On or about July 18, 2002, in the above named judicial district, the crime of COUNTERFEIT SEAL, in violation of PENAL CODE SECTION 472, a felony, was committed by Lisa Renee Richardson, who did unlawfully and with intent to defraud, forge and counterfeit a Superior Court of California for the County of San Bernardino and did falsely make forge and counterfeit an impression purporting to be an impression of said seal, and did possess such counterfeited seal and impression, knowing it to be counterfeited and did conceal said seal.

*****

## COUNT 5

On or about July 18, 2002, in the above named judicial district, the crime of ATTEMPT TO FILE FALSE OR FORGED INSTRUMENT, in violation of PENAL CODE SECTION 115(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States.

Page 4

Information  DA CASE NO: 2002-00-0008876

*****

## COUNT 6

On or about October 24, 2000, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $8,459, the property of Pomona First Federal. the property of Pomona First Federal.

*****

## COUNT 7

On or about October 24, 2000, in the above named judicial district, the crime of FORGERY, in violation of PENAL CODE SECTION 476, a felony, was committed by Lisa Renee Richardson, who made, passed, uttered, and published, and attempted to do so, with intent to defraud a person, and possessed, with like intent, to utter, pass and publish, a fictitious and altered bill, note, and check purporting to be the bill, note. and check, and other instrument in writing for the payment of money and property of a real and fictitious financial institution.

*****

## COUNT 8

On or about July 16, 2002, in the above named judicial district, the crime of FORGERY, in violation of PENAL CODE SECTION 470(d), a felony, was committed by Lisa Renee Richardson, who did, with the intent to defraud, falsely make, alter, forge and counterfeit, utter, publish, pass and attempt to offer to pass, as true and genuine, Release of Lien, knowing the same to be false, altered, forged and counterfeited.

Page 5

Information  DA CASE NO: 2002-00-0008876

*****

## COUNT 9

On or about July 18, 2001, in the above named judicial district, the crime of COUNTERFEIT SEAL, in violation of PENAL CODE SECTION 472, a felony, was committed by Lisa Renee Richardson, who did unlawfully and with intent to defraud, forge and counterfeit a Superior Court of California for the County of San Bernardino and did falsely make forge and counterfeit an impression purporting to be an impression of said seal, and did possess such counterfeited seal and impression, knowing it to be counterfeited and did conceal said seal.

*****

## COUNT 10

On or about July 18, 2002, in the above named judicial district, the crime of ATTEMPT TO FILE FALSE OR FORGED INSTRUMENT, in violation of PENAL CODE SECTION 115(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully and knowingly procure and offer a false and forged instrument to be filed, registered, and recorded in a public office within this state, which instrument, if genuine, might be filed, registered, and recorded under a law of this state or the United States.

*****

## COUNT 11

On or about May 3, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $35,000 the property of Community Bank.

Page 6

*****

## COUNT 12

On or about July 3, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $31,457 the property of USA Federal Credit Union.

*****

## COUNT 13

On or about July 3, 2001, in the above named judicial district, the crime of GRAND THEFT AUTO, in violation of PENAL CODE SECTION 487(d)(1), a felony, was committed by Lisa Renee Richardson, who did unlawfully take an automobile, 1998 Lincoln Versailles, vehicle identification number 5LMRU27L4WLJ46490.

*****

## COUNT 14

On or about July 3, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $23,494 the property of USA Federal Credit Union.

*****

## COUNT 15

On or about July 3, 2001, in the above named judicial district, the crime of GRAND THEFT AUTO, in violation of PENAL CODE SECTION 487(d)(1), a felony, was committed by Lisa Renee

Page 7

Richardson, who did unlawfully take an automobile, 2001 Chevrolet Camaro Z28, vehicle identification number 2G1FP22GX12120621.

*****

## COUNT 16

On or about September 12, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $21,305 the property of USA Federal Credit Union.

*****

## COUNT 17

On or about August 30, 2001, in the above named judicial district, the crime of GRAND THEFT AUTO, in violation of PENAL CODE SECTION 487(d)(1), a felony, was committed by Lisa Renee Richardson, who did unlawfully take an automobile, 1999 Dodge Grand Caravan SE, vehicle identification number 2B4GP44RXR455666.

*****

## COUNT 18

On or about September 12, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $15,242, the property of USA Federal Credit Union.

Information DA CASE NO: 2002-00-0008876

*****

## COUNT 19

On or about August 30, 2001, in the above named judicial district, the crime of GRAND THEFT OF PERSONAL PROPERTY, in violation of PENAL CODE SECTION 487(a), a felony, was committed by Lisa Renee Richardson, who did unlawfully take money and personal property of a value exceeding Four Hundred Dollars ($400), to wit, money in the amount of $228,600 the property of M.D.C. Holdings, Inc., dba Home America.

*****

## SPECIAL ALLEGATIONS

It is further alleged as to counts 12, 13, 14, 15, 16, 17, 18 that in the commission of the above offenses the said defendants Lisa Renee Richardson, with the intent to do so, took, damaged and destroyed property of a value exceeding $50,000, within the meaning of Penal Code section 12022.6(a).

It is further alleged as to count 19 that in the commission of the above offense the said defendant Lisa Renee Richardson, with the intent to do so, took, damaged and destroyed property of a value exceeding $150,000, within the meaning of Penal Code Section 12022.6(b).

*****

*   *   *   *   *

NOTICE TO DEFENDANT AND DEFENDANT'S ATTORNEY
Pursuant to Penal Code Sections 1054.5.(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.
NOTICE TO ATTORNEY
The materials accompanying this notice may include information about witnesses. If so, these materials are disclosed to you pursuant to Penal Code section 1054.2 which provides: "No attorney

Page 9

Information  DA CASE NO: 2002-00-0008876

may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

THIS INFORMATION CONSISTS OF 19 COUNT(S).

MICHAEL A. RAMOS
DISTRICT ATTORNEY
County of San Bernardino
State of California

By: _____

James Secord
Deputy District Attorney

Filed in Superior Court,
County of San Bernardino

Dated: _____

Information  DA CASE NO: 2002-00-0008876