```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LISA LIBERI, et al.,            :   CIVIL ACTION
                                :   NO. 09-1898
        Plaintiffs,             :
                                :
        v.                      :
                                :
ORLY TAITZ, et al.,             :
                                :
        Defendants.             :
```

**O R D E R**

**AND NOW**, this **3rd** day of **August, 2010,** upon consideration of Plaintiffs' emergency motion for clarification and/or reconsideration of the Court's July 13, 2010 Order (doc. no. 135); Letter from Witness K. Strebel, dated July 26, 2010; Defendant Taitz's response to the emergency motion and motion-request for order to show cause as to why sanctions should not be assessed (doc. no. 136); Plaintiffs' emergency reply and request for sanctions and attorney fees for Defendant Taitz's frivolous response or, in the alternative, motion for reconsideration (doc. no. 137); Letter from Shirley Waddell, dated August 2, 2010; and Defendant Taitz's motion for leave to file a sur-reply requesting sanctions and fees, it is hereby **ORDERED** that Plaintiffs' emergency motion for reconsideration (doc. no. 135) is **DENIED.**[1]

---

[1] The Court has reviewed the dockets and transcripts of the June 25, 2009 and August 7, 2009 proceedings, and neither the dockets nor the transcripts contain any reference to the Court ordering the transcripts filed under seal. Therefore, the transcripts are not under seal. In any event, the transcripts do

**IT IS FURTHER ORDERED** that Defendant Taitz's response to the emergency motion and motion-request for order to show cause as to why sanctions should not be assessed (doc. no. 136) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Plaintiffs' emergency reply and request for sanctions and attorney fees for Defendant Taitz's frivolous response or, in the alternative, motion for reconsideration (doc. no. 137) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant Taitz's motion for leave to file a sur-reply (doc. no. 138) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

   s/Eduardo C. Robreno   
**EDUARDO C. ROBRENO, J.**

---

not contain any reference to specific social security numbers of any one individual.