IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | ) | CIVIL ACTION |
| | ) | NO. 09 - 18989 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION BY NEIL SANKEY,** |
| | ) | **PRIVATE INVESTIGATOR** |
| ORLY TAITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

I, Neil Sankey, do hereby declare as follows:

1. I am a Private Investigator, California State License number PI 10905. I am the President of Sankey Investigations, Inc. I have been so licensed for twenty five years. I am over 18 years old, do not suffer from any mental disease or impairment and I have personal knowledge of all the facts set forth in this Declaration, and if called to testify thereto, I could and would do so competently and truthfully.

2. In May of 2009 I met with and interviewed John Mark Allen who informed me that he had been the boyfriend of Lisa Liberi, also known as Lisa Richardson, and that he was the father of their son.

3. John gave me a photo-copy of a photograph which he told me was an accurate and true reproduction of a photograph of Lisa Liberi and her husband Brent. A copy of that photograph is attached and signed by me.

4. I later showed that photograph to Sergeant Paul Morrison, a Rancho Cucamonga Police Detective who had been the Investigating Officer of a multiple Fraud case involving Lisa Liberi, a.k.a Lisa Richardson, and he positively identified the lady in the photograph as being Lisa Liberi, subsequently convicted of the Offences. He confirmed to me that, in accordance with the Court's instructions, after conviction, Liberi was allowed to reside in California or New Mexico, where she has relatives, but not any other state until the end of her probation in March of 2011. Residence in PA would be a clear violation of Liberi's probation and Sergeant Morrison had no evidence of Liberi residing in PA in 2009, at the time Liberi et v Taitz et al was filed or at any time after her conviction in 2008.

5. I later caused the photograph to be sent to Ed and Caren Hale in Texas, and, in speaking with them later they both assured me that they recognized the lady in the photograph as being identical with the woman claiming to be Lisa Liberi in Your Honor's Court on August 7, 2009 in Philadelphia.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed on July 19, 2010 at Simi Valley, California.

_____
Declarant/Neil SANKEY, Private Investigator

Date



# Caren Sieli Hale
1401 Bowie Street
Wellington, TX 79095

806-334-0894 cell

*************************************************************

**July 30, 2010**

**I, Caren Sieli-Hale, being a resident of Texas, and Collingsworth County, and being 18 years of age, wish to make the following statement:**

**I certify that the attached picture is a photograph of the person that I saw and faced in Pennsylvania, PA on August 7, 2009 and was sworn in to the court as Lisa Liberia.**

**Signed this the 30th day of July, 2010**

*Caren Sieli Hale*
**Caren Sieli-Hale**

