# EXHIBIT "2"

Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531          Attorney for:  Plaintiffs
Identification  No. 09867
(610) 825-3134

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| LISA LIBERI, et al, | | : | |
| | Plaintiffs, | : | |
| vs. | | : | *Assigned to Honorable Eduardo C. Robreno* |
| | | : | |
| ORLY TAITZ, et al, | | : | |
| | Defendants. | : | Case No.: 09-cv-01898-ECR |
| | | : | |

## AFFIDAVIT OF LISA OSTELLA

I, Lisa Ostella am over the age of eighteen (18) and am a Plaintiff in  the within

action.  I have personal knowledge of the facts herein and if called to do so, I could and

would competently testify under oath.

I declare:

1.       I have worked on computers for 24 years.  I am familiar and comfortable

with  basic  programming,  creating  macros  and  working  with  DOS,  Unix  and

Windows based systems.  I have run my own server as well as been a customer

for shared hosting.  I would rank my knowledge base as an above average user

concerning computers as well as the Internet.

2.     Since I have only worked with the Law Offices of Philip J. Berg in a limited capacity from July 2009 to present, I am unfamiliar with much that occurred prior to that time. Below, please find my opinions of the letter and attachments from Geoff Staples of Hostricity Web Hosting based on my observations of what is being presented.

3.     First, item of issue is his initial paragraph. It appears to be redacted. ObamaCrimes is on one line with a large amount of space and the dot com is hard returned to the next line. My opinion is that line was redacted and I base that thought on the fact that Hostricity ran and had full control of more than one domain of the Law Offices of Philip J. Berg.

4.     Gail Fry, obamaissues@yahoo.com, was in charge of setting up the GoDaddy account for the Law Offices of Philip J. Berg and transferred the domains from Hostricity to GoDaddy after Geoff Staples was fired. I spoke with her October 3, 2010 to gather some more information I needed to be as accurate as possible in making my affidavit. Ms. Fry told me that the Law Offices were unaware of all domains, except ObamaCrimes.com, when they were created by Geoff Staples.

5.     **Exhibit "A"** – Letter from Geoff Staples showing broken sentence in first paragraph.

6.     **Exhibit "B"** – GoDaddy invoice showing the transfer of: ObamaCrimes.com and ObamaCrimes.us. Lisa Liberi's address is redacted by me (Lisa Liberi's address appears as Gail Fry put charges on Lisa Liberi's credit

card for services with Godaddy on behalf of Mr. Berg.) obamaissues@yahoo.com represents Gail Fry.

7.      **Exhibit "C" and "D"** – This is the 'whois' history of ObamaCrimes.us showing the site resided on Meganameservers, which is a Tucows service, which was used by Geoff Staples.   Megamailservers, the mail service of Meganameserver, is shown in Geoff Staples own email header information as being a local host of Hostricity in his own attachments Staples provided to this Court.

8.      Next issue I have with Geoff Staple's letter is his statements that Lisa Liberi had involvement with the Linkpoint setup.  Hostricity sells 'out of the box' websites for eCommerce already set up with LinkPoint by Geoff Staples.  See **Exhibit "E"** showing websites **prescripted** by Hostricity.  I also take issue with the donate page Geoff Staples used for ObamaCrimes, since it is still live on his server as of October 4, 2010, see **Exhibit "F"**.  **This page should not still be on his server because the Law Offices have absolutely no control over who he is collecting funds from with this donate page**.  This donate page was **not** scripted per the instructions provided by LinkPoint in the very email provided in the attachments to the Court by Geoff Staples.  As per the email, see Geoff's own attachment as **Exhibit "G "**, this donate webpage should be directing to LinkPoint's secure host: secure.linkpt.net.  Instead, LinkPoint is residing on its own host file at Hostricity as shown in **Exhibit "F"**.  The donate data submits to securewebexchange.com which is under meganameservers.com, see **Exhibit "H"**. **Exhibit "C" and "D"** showing this server is used by Geoff Staples.

9.  As for Staples' attachments, I am not sure what they are representing. So I first took a look at what the Cerberus Helpdesk is since the attachments show Cerberus as the Helpdesk. Hostricity is a licensed user of Cerberus, **Exhibit "I"**, which is located in Brea, Orange County, CA. They provide their members with a forum for support with servers, domain management, and their products, **Exhibit "J"**. I could **not** find anyplace at that forum where emails were collected. This Cerberus is a forum for registered members for posting. See **Exhibit "K"** for format sample.

10. Then I went to Hostricity's support chat. This also has the Cerberus logo; but it is online form submit and not something one would send email to, see **Exhibit "L"**. So again, I am at a loss as to what this collection of emails or messages are suppose to represent origin wise that Geoff Staples submitted.

11. The first page of attachments is trying to depict that Lisa Liberi forwarded an email to helpdesk@hostricity.com. But the email is showing the headers and the headers do **not** show Lisa Liberi receiving this mail. The email headers show the email going from hostricity.com@megawebservers to geoffstaples@hostricity.com and it shows megawebservers as being a local host of Hostricity. See **Exhibit "M"** for the email headers and reference **Exhibit "C" and "D"** to show megawebservers was Geoff Staple's service from Tucows as shown in his previous domain hosts of ObamaCrimes.US as well as **Exhibit "H"** with his use of securewebexchange.com that was collecting donation data.

12. The next email on Staple's attachments displaying header information again is being represented in these attachments as being forwarded from Lisa

Liberi. But again, the headers **don't** show them routing to her email. **Exhibit "N"**, Staples attachment, shows an email being forwarded from Lisa Liberi to helpdesk@hostricity.com. **The actual header shows it coming from hosticity.com@megawebservers and going to geoffstaples@hostricity.com. With, again Hostricity being the local host for megawebservers.**

13.     I welcome Geoff Staples to explain as to how donation information was being collected by his server, sent to his email directly, needed to be forwarded to his own email by another party?

I declare under the penalty of Perjury of the laws of the United States that the foregoing is true and correct. Executed this _4_ day of October 2010.

_____
LISA OSTELLA, Plaintiff

State of New Jersey          )
                                          §
County of Morris          )

On this _4th_ day of October, in the year 2010, before me __Madeleine R Vasques__
                                                                                                   Notary Public Name

a notary public, personally appeared Lisa Ostella, and proved on the basis of satisfactory evidence to be the person whose name is  subscribed to this instrument, and acknowledged he executed the same.  Witness my hand and official seal.

_____
NOTARY PUBLIC

SEAL

My commission expires: _7·17·2013_

MADELEINE R. VASQUEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 17, 2013

# EXHIBIT "A"

**Phone:** 2145990260
**Fax:** 8665421498

**Fax**

| | |
|---|---|
| **To:** Orly Taitz | **From:** Geoff Staples / Hostricity Web Hosting |
| **Fax:** 9497667603 | **Pages:** 16 |
| **Re:** Your Faxed Request | **Date:** September 24, 2010 |

Ms. Taitz:

Per your faxed request for information regarding Lisa Liberi's access to credit card accounts while I was web host for Phil berg and the obamacrimes .com website:

I have attached emails from our archive showing that Lisa Liberi had access to donors credit card information, that she was processing credit cards, and that she was involved in the setup of the Linkpoint merchant account.

In order to process credit cards, she had to log in to the Linkpoint virtual terminal.

Please note that the credit cards listed in these emails have now expired, so I did not remove them.

Geoff Staples, Owner
Hostricity Web Hosting
Hostricity.com
214.599.0260

3883 Turtle Creek Blvd. Suite 205, Dallas, TX 75219

# EXHIBIT "B"

# GoDaddy.com, Inc.
## PRINT

**Receipt#: 138430368**

**DATE: 11/15/2008 12:08:46 AM**                    **Customer #: 24516041**

**Billing Information**

Lisa Liberi
XXXXXXXXXXXX
XXXXXXXXXXXX
US
Daytime Phone: 6108253134
6108347659
Email: obamaissues@yahoo.com

**Name:** Lisa Liberi
**Paid:** MasterCard ($33.11)
**Account Number:** ###############

| Label | Name | Attributes | Unit Price | Today's Price | ICANN fee | Qty | Extra Disc. | Total Price |
|-------|------|------------|------------|---------------|-----------|-----|-------------|-------------|
| 7001-1 | Private Registration Services | | $8.99 | $8.99 | $.00 | 1 | $.00 | $17.93 |
| | *Length: 1.995 Year(s)* *Domain: OBAMACRIMES.INFO* ⊞*Show Domains* | | | | | | | |
| 111-1 | .COM Domain Name Transfer - 1 Year | | $7.99 | $6.99 | $.20 | 1 | $.00 | $7.19 |
| | *Domain: OBAMACRIMES.COM* ⊞*Show Domains* | | | | | | | |
| 11611-1 | .US Domain Name Transfer - 1 Year | | $7.99 | $7.99 | $.00 | 1 | $.00 | $7.99 |
| | *Domain: OBAMACRIMES.US* ⊞*Show Domains* | | | | | | | |

**Subtotal:** $33.11
**Shipping & Handling:** $.00
**Tax:** $.00

**Total (US Dollars):** $33.11

# EXHIBIT "C"

lisaostella  Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## obamacrimes.us on 2008-11-07 - Domain History

Enter a domain name to get its history

Domain Name: obamacrimes.us     Search

Next »

| | |
|---|---|
| **Domain:** | **obamacrimes.us** - Domain History |
| **Cache Date:** | 2008-11-07 |
| **Server:** | whois.nic.us |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: philjberg@gmail.com |

```
Domain Name:                          OBAMACRIMES.US
Domain ID:                            D18043392-US
Sponsoring Registrar:                 DIRECTI INTERNET SOLUTIONS PVT. LTD. DBA PUBLICDOMAINREGISTRY.COM
Registrar URL (registration services): www.publicdomainregistry.com
Domain Status:                        clientTransferProhibited
Registrant ID:                        DI_8873520
Registrant Name:                      Phil Berg
Registrant Organization:              Law Offices of Phil J Berg
Registrant Address1:                  555 Andorra Glen Court, Suite 12
Registrant City:                      Lafayette Hill
Registrant State/Province:            PA
Registrant Postal Code:               19444
Registrant Country:                   United States
Registrant Country Code:              US
Registrant Phone Number:              +1.6108253134
Registrant Facsimile Number:          +1.6108347659
Registrant Email:                     philjberg@gmail.com
Registrant Application Purpose:       P2
Registrant Nexus Category:            C11
Administrative Contact ID:            DI_8873520
Administrative Contact Name:          Phil Berg
Administrative Contact Organization:  Law Offices of Phil J Berg
Administrative Contact Address1:      555 Andorra Glen Court, Suite 12
Administrative Contact City:          Lafayette Hill
Administrative Contact State/Province: PA
Administrative Contact Postal Code:   19444
Administrative Contact Country:       United States
Administrative Contact Country Code:  US
Administrative Contact Phone Number:  +1.6108253134
Administrative Contact Facsimile Number: +1.6108347659
Administrative Contact Email:         philjberg@gmail.com
Administrative Application Purpose:   P2
Administrative Nexus Category:        C11
Billing Contact ID:                   DI_8873520
Billing Contact Name:                 Phil Berg
Billing Contact Organization:         Law Offices of Phil J Berg
Billing Contact Address1:             555 Andorra Glen Court, Suite 12
Billing Contact City:                 Lafayette Hill
Billing Contact State/Province:       PA
Billing Contact Postal Code:          19444
Billing Contact Country:              United States
Billing Contact Country Code:         US
Billing Contact Phone Number:         +1.6108253134
Billing Contact Facsimile Number:     +1.6108347659
Billing Contact Email:                philjberg@gmail.com
Billing Application Purpose:          P2
Billing Nexus Category:               C11
Technical Contact ID:                 DI_8873520
Technical Contact Name:               Phil Berg
```

| | |
|---|---|
| Technical Contact Organization: | Law Offices of Phil J Berg |
| Technical Contact Address1: | 555 Andorra Glen Court, Suite 12 |
| Technical Contact City: | Lafayette Hill |
| Technical Contact State/Province: | PA |
| Technical Contact Postal Code: | 19444 |
| Technical Contact Country: | United States |
| Technical Contact Country Code: | US |
| Technical Contact Phone Number: | +1.6108253134 |
| Technical Contact Facsimile Number: | +1.6108347659 |
| Technical Contact Email: | philjberg@gmail.com |
| Technical Application Purpose: | P2 |
| Technical Nexus Category: | C11 |
| Name Server: | NS3.MEGANAMESERVERS.COM |
| Name Server: | NS1.MEGANAMESERVERS.COM |
| Name Server: | NS2.MEGANAMESERVERS.COM |
| Created by Registrar: | DIRECTI INTERNET SOLUTIONS PVT. LTD. DBA PUBLICDOMAINREGISTRY.COM |
| Last Updated by Registrar: | DIRECTI INTERNET SOLUTIONS PVT. LTD. DBA PUBLICDOMAINREGISTRY.COM |
| Domain Registration Date: | Thu Nov 06 14:11:21 GMT 2008 |
| Domain Expiration Date: | Thu Nov 05 23:59:59 GMT 2009 |
| Domain Last Updated Date: | Thu Nov 06 14:25:01 GMT 2008 |

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



# EXHIBIT "D"

lisaostella  Logout  |  My Account

## meganameservers.com on 2008-01-03 - Domain History



Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



lisaostelia  Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

## megawebservers.com on 2008-05-03 - Domain History



Enter a domain name to get its history

**Domain Name:** megawebservers.com        Search

« Previous                                           Next »

**Domain:**      megawebservers.com – Domain History
**Cache Date:**  2008-05-03
**Registrar:**   TUCOWS INC.
**Server:**      whois.tucows.com
**Created:**     2000-05-30
**Updated:**     2008-04-29
**Expires:**     2009-05-30

**Reverse Whois:** Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   admin@meganameservers.com

```
Registrant:
Megamailservers.com
5915 Airport Rd.
Suite 1100
Mississauga, ON L4V 1T1
CA

Domain name: MEGAWEBSERVERS.COM

Administrative Contact:
     Administrator, Domain  admin@meganameservers.com
     5915 Airport Rd.
     Suite 1100
     Mississauga, ON L4V 1T1
     CA
     416-239-7605
Technical Contact:
     Administrator, Domain  admin@meganameservers.com
     5915 Airport Rd.
     Suite 1100
     Mississauga, ON L4V 1T1
     CA
     416-239-7605

Registrar of Record: TUCOWS, INC.
Record last updated on 29-Apr-2008.
Record expires on 30-May-2009.
Record created on 30-May-2000.

Registrar Domain Name Help Center:
     http://domainhelp.tucows.com

Domain servers in listed order:
     NS3.MEGANAMESERVERS.COM
     NS1.MEGANAMESERVERS.COM
     NS2.MEGANAMESERVERS.COM

Domain status: ok
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



# EXHIBIT "E"



Home · Hostricity Advantage    Hosting    VMS Reseller    Domains    eCommerce    Design Tools    Customers    System Logins    Support    Contact Us

# EasyStoreMaker Pro

Built-in to Hostricity's WebSiteOS and included with all Silver Lite and above service plans

## A First-Class Shopping Cart for Online Businesses



**End User Benefits**

- Opportunity to establish a position in the emerging ecommerce marketplace

- Ability to create a full-featured online storefront to promote and sell products 24/7

- Support of online credit card processing and Interact payments

The Internet has revolutionized the concept of doing business by eliminating geographic and time-related barriers between merchants and consumers. Having a storefront on the Web allows businesses to offer their products to anyone, anywhere at anytime.

Hostricity EasyStoreMaker Pro offers a powerful ecommerce solution for small businesses. From setting up a storefront, to managing inventory and customer data, this wizard-driven management application is designed for small business users of any technical level.

**Setting Up A Store**

The EasyStoreMaker Pro install wizard features a step-by-step guide to creating a new store including setting financial information, customizing messages and disclaimers, and setting storefront preferences. Users choose from a suite of professionally designed storefront templates, adding their company information and logo.



**Order Processing and Management**

EasyStoreMaker Pro supports a variety of payment gateways for interact and credit card order processing. A bundled generic SSL certificate enables the store to securely process credit card transactions while the *View My Orders* feature allows store managers to view pending online orders and reconcile payments with their accounting programs.

**Store Management**

A full-featured administrative backend provides easy product and customer data management. The

*Add Products* Wizard allows users to easily setup individual products, and a CSV import/export feature enables users to upload multiple products and easily manage inventory.

**Features:**

| | |
|---|---|
| Easy Store Set-up | A step-by-step install wizard allows users to set their store specifics including tax and currency settings, shipping information and more |
| Storefront Templates | Allows users to create a turnkey professional-looking storefront without design knowledge. |
| Payment Gateway Support | Supports a variety of payment gateways for fast online credit card processing. |
| Bundled SSL Certificate | Free generic SSL certificate ensures online orders and credit card transactions are secure. |
| Product Import/Export | CSV import/export function allows users to easily manage their inventory and upload multiple products. |
| Product Showcasing | Built-in feature product section allows users to showcase new or sale items on their storefront. |

**Templates**

Choose the look of your store from over 40 professionally designed templates which are free for use by Hostricity customers..



**Payment Gateways**



Listed below are the most popular payment gateways and whether or not they are supported by ESM Pro. (Note: If you need more flexibility in credit card processing, consider one of Hostricity's other offerings: Easy OSCommerce, ProStores, or Miva (contact us for Miva).

| Gateway | EasyStoreMaker Pro |
|---|---|
| Authorize.net | Yes |
| CC Services International | No |
| Cybersource | Yes |
| Echo inc. | Yes |
| Esec | No |
| eSelect Plus | Yes |
| e-xact | Yes |
| goEmerchant | Yes |
| iBill | Yes |
| Intellipay | Yes |
| Linkpoint | Yes |
| MerchantPartners | Yes |
| Moneris | No |
| ParaData | No |
| PayFlowPro | Yes |
| PaymenTech | Yes |
| PayPal | Yes |
| PCLink | No |
| Plug n? Pay | Yes |
| PsiGate | No |
| PsiGate (No Refund) | Yes |
| QuickCommerce | Yes |
| Skipjack | Yes |
| Worldpay | Yes |

ONE-STOP SOLUTIONS FOR LARGE & SMALL BUSINESSES

PayPal

**Hostricity™ Web Hosting**
3883 Turtle Creek Blvd., Suite 205
Dallas, Texas  75219-4432
(214) 599-0260

© 1999 - 2002 Hostricity™ Web Hosting
"Hostricity™" is a trademark of Hostricity™ Internet Services, Dallas, Texas
"Hostricity™" used in conjunction with the lightning motif
is a trademark of Hostricity™ Internet Services, Dallas, Texas
Terms of Service

Agent Login

Credit Card
Processing

Accept Credit Cards with
Authorize.net / e-onlinedata

PayPal

Get your own
PayPal Account - It's Free

# EXHIBIT "F"

This is Google's cache of
https://www.securewebexchange.com/hostricity.com/ObamaCrimes/LINKPOINT/orderpage.html. It is a
snapshot of the page as it appeared on Aug 6, 2010 04:49:44 GMT. The current page could have changed in
the meantime. Learn more

These search terms are highlighted: **obama crimes** These terms only appear in links     Text-only version
pointing to this page: **hostricity linkpoint**

# OBAMA CRIMES donations to Berg v. Obama Fund



*Please enter the amount you wish to donate and click "donate"*

| Visa - MasterCard - Discover | PayPal - AmEx |
|---|---|
| **Donation Amount:** | *Click "Donate" and* |
| $ 00.00 | *enter donation amount* |
| (Enter amount only, no $ sign) | *on next screen* |
| Donate | Donate |

Return to home page

Berg v. **Obama** Fund
Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Cell (610) 662-3005
(610) 825-3134
(800) 993-PHIL [7445]
Fax (610) 834-7659
email Phil J. Berg

# EXHIBIT "G"

Geoff

On Tue, 21 Oct 2008 21:26:14 -0500, Llisaliberi@aol.com wrote:
> ***************New MapQuest Local shows what's happening at your destination.
> Dining, Movies, Events, News & more. Try it out
> (http://local.mapquest.com/?ncid=emlcntnew00000002)
> Total Control Panel
> https://asp-1.reflexion.net/userHome.jsp?ufID=10008535
> *Geoff:*
> *LinkPoint sent me two [2] sets of e-mails to set up regarding replacement
> of PayPal.*
> *They appear to be very similar.*
> *This is the first which is forLinkPoint (R) API and the other is LinkPoint
> Central.*
> **
> *Please do ASAP.*
>
> *My Store Name Should change as it is ███████████
> **
> *Perhaps to:*
> **
> *"Support Federal Lawsuit to Remove Obama from Ballot" which is what you had
> on PayPal.*
> **
> *Thanks,*
> **
> *Phil*
>
>
>
> ---------- Forwarded message ----------
> From: secure@secure.linkpt.net <secure@secure.linkpt.net>
> Date: Tue, Oct 21, 2008 at 10:17 AM
> Subject: Welcome to LinkPoint(R) API
> To: "philjberg@gmail.com" <philjberg@gmail.com>
>
>
> Welcome to LinkPoint(R) API
>
> Cardservice International(R) welcomes you to Internet payment processing and
> the LinkPoint(R) Secure Payment Gateway. We are pleased that you have chosen
> our LinkPoint Select API for your e-commerce Web site, and we offer the
> following information to ensure effective setup of this application. Please
> read this e-mail carefully.
>
> This e-mail contains confidential information about your LinkPoint account.
> Please protect this information to prevent unauthorized access to your
> account.
>
> Your DBA store name is: ███████████████

> Your store number (store name) is between the quotation marks ███████
> Your user ID is between the quotation marks ("): ████████████
> Your secure host name is: "secure.linkpt.net" ██████████
>
> Your Temporary Password
> Please call our 24-hour Internet Support Department at (888) 477-3611, to
> obtain your activation password. To expedite this process, please have your
> store number ready and available. You will need your password to access
> reports and administrative tools.
>
> Forget your password?
> If you should forget your private password at anytime, call our 24-hour
> Internet Support Department at (888) 477-3611, to obtain a new temporary
> password. After you receive a new password, it will take approximately 30
> minutes for the system to update. We suggest that you change your new
> temporary password the next time you log on to LinkPoint Central.
>
> Technical Questions?
> Please contact LinkPoint Select API support at (888) 477-3611 Monday through
> Friday 9am to 6pm Eastern Standard Time.
>
> General Questions?
> Please contact your Cardservice International sales agent at
> DOMINICK@FDIS-MWS.COM.
>
> Getting Started
> See the LinkPoint API Integration Guide for full instructions on using the
> LinkPoint API.
>
> To access LinkPoint reports and administrative tools, please use LinkPoint
> Central. Log on using the URL below.
>
> LinkPoint reports and administration URL (LinkPoint Central) =>
> https://www.linkpointcentral.com
>
> After you log on to the LinkPoint Central secure Web site, you should change
> your temporary password to a new secret or private password. To change your
> password, click on Admin in the Main Menu Bar, then on Change Password.
> Choose a password that is familiar to you, and commit it to memory. Once you
> establish your new password, Linkpoint will have no record of your private
> password. Note: For your own security, please do not share this password
> with anyone.
>
> Your Digital Certificate
> In order for you to begin accepting credit card payments, your ISP may
> require a digital certificate to complete the setup of your store. This
> certificate should be saved as a file on your Web server with a .pem
> extension.
> To download your digital certificate, please use LinkPoint Central.
> Access LinkPoint download Center in the LinkPoint Central Support section:
> - Log in at https://www.linkpointcentral.com

> - Click on "Support" in the Main Menu Bar.
> - Click on the word "Download Center" under Downloads in the Side Menu Box.
> - Click on the word "download" Store PEM File section on main page.
> - Key in necessary information to start download.
>
> Merchant Services
> If you have questions about your merchant account, statement, etc., contact
> Card Service International Merchant Services Department at (877) 274-7915.
>
> Thank you for processing with Cardservice International and the Linkpoint
> Secure Gateway. We appreciate your business!
>
>
>
>
> - ------------------ ---------------------
> The information in this message may be proprietary and/or
> confidential, and protected from disclosure. If the reader of this
> message is not the intended recipient, or an employee or agent
> responsible for delivering this message to the intended recipient,
> you are hereby notified that any dissemination, distribution or
> copying of this communication is strictly prohibited. If you have
> received this communication in error, please notify First Data
> immediately by replying to this message and deleting it from your
> computer.

Hostricity Help Desk

   [Sticky Note]
   **From:** Geoff Staples
   **Date:** Sun, 02 Nov 2008 00:41:31 -0500
   z1asdf9

# EXHIBIT "H"

lisaostella  Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## securewebexchange.com on 2008-08-08 - Domain History



Enter a domain name to get its history

**Domain Name:** securewebexchange.com   Search

« Previous                                    Next »

**Domain:** securewebexchange.com - Domain History
**Cache Date:** 2008-08-08
**Registrar:** TUCOWS INC.
**Server:** whois.tucows.com
**Created:** 1999-10-14
**Updated:** 2007-09-16
**Expires:** 2008-10-14
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
admin@meganameservers.com

```
Registrant:
  Internet Names for Business Inc.
  5915 Airport Rd.
  Suite 1100
  Mississauga, ON L4V 1T1
  CA

  Domain name: SECUREWEBEXCHANGE.COM

  Administrative Contact:
     Administrator, Domain   admin@meganameservers.com
     5915 Airport Rd.
     Suite 1100
     Mississauga, ON L4V 1T1
     CA
     416-239-7005
  Technical Contact:
     Administrator, Domain   admin@meganameservers.com
     5915 Airport Rd.
     Suite 1100
     Mississauga, ON L4V 1T1
     CA
     416-239-7005

  Registrar of Record: TUCOWS, INC.
  Record last updated on 16-Sep-2007.
  Record expires on 14-Oct-2008.
  Record created on 14-Oct-1999.

  Registrar Domain Name Help Center:
     http://domainhelp.tucows.com

  Domain servers in listed order:
     NS2.MEGANAMESERVERS.COM
     NS1.MEGANAMESERVERS.COM

  Domain status: ok
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



# EXHIBIT "I"

This is Google's cache of http://forums.cerb4.com/memberlist.php?ltr=H&pp=50&sort=posts&order=desc. It is a snapshot of the page as it appeared on Sep 23, 2010 06:45:39 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **hostricity cerberus**                    Text-only version



# Cerberus™ Helpdesk

**Cerberus** Helpdesk Forums
**Members List**

| | User Name | User Name | ☐ Remember Me? |
| Password | | Log in |

| FAQ | Members List | Calendar | Mark Forums Read |

# A B C D E F G [H] I J K L M N O P Q R S T U V W X Y Z

Page 1 of 4  **1**  2  3  >  Last »

**Cerberus** Helpdesk Forums: Members List     Showing results 1 to 50 of 167     Search Members
Search took **0.04** seconds.

| User Name | Posts ☑ | Avatar |
|---|---|---|
| Hildy<br>WGM - Developer | 1,972 | |
| hxc<br>Member | 81 | |
| hubbadubba<br>Member | 33 | |
| harujk<br>Member | 32 | |
| Hammer<br>Junior Member | 13 | |
| Henrc<br>Junior Member | 12 | |
| HeroTurkey<br>Junior Member | 8 | |
| Hetzner_SA<br>Junior Member | 7 | |
| hpg4815<br>Junior Member | 5 | |
| hinky<br>Junior Member | 5 | |

| | |
|---|---|
| hostb<br>Junior Member | 5 |
| hugo<br>Junior Member | 4 |
| hbryan<br>Junior Member | 2 |
| halukakin<br>Junior Member | 2 |
| hhthedude<br>Junior Member | 2 |
| hal<br>Junior Member | 2 |
| helpint<br>Junior Member | 2 |
| hel0<br>Junior Member | 1 |
| Highlandbrand<br>Junior Member | 1 |
| Hank Freid<br>Junior Member | 1 |
| **hostricity**<br>Junior Member | 1 |
| howhost<br>Junior Member | 1 |
| HOLLYW00D<br>Junior Member | 1 |
| huberto<br>Junior Member | 1 |
| h.kraal<br>Junior Member | 1 |
| HYDRO NOTS<br>Junior Member | 0 |
| ho247<br>Junior Member | 0 |
| harmony<br>Junior Member | 0 |
| haner<br>Junior Member | 0 |
| helmj<br>Junior Member | 0 |
| haeyongro<br>Junior Member | 0 |

hailstorm                                    0
Junior Member

hormigo                                      0
Junior Member

habbie                                       0
Junior Member

helpmedesk                                   0
Junior Member

hsamayoa                                     0
Junior Member

hoepfinger                                   0
Junior Member

HulbertAndrew                                0
Junior Member

hjorth                                       0
Junior Member

hansel                                       0
Junior Member

halebs                                       0
Junior Member

hc495                                        0
Junior Member

hardhat                                      0
Junior Member

hlynn                                        0
Junior Member

Hyabusa                                      0
Junior Member

hoop_junkie                                  0
Junior Member

heffa                                        0
Junior Member

HarveyHosting                                0
Junior Member

hansvansoest                                 0
Junior Member

hostme                                       0
Junior Member

Showing results 1 to 50 of 167

Page 1 of 4  **1**  2  3  >  Last »

**Forum Jump**

User Control Panel                         Go

Case 2:09-cv-01898-ER   Document 146-4   Filed 10/07/10   Page 33 of 50

All times are GMT. The time now is 06:45 AM.

Contact Us - **Cerberus** Helpdesk 4.0 - Archive - Top

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

lisaostella | Logout | My Account

‖ Whois ‖ Domain Search ‖ Domain Suggestions ‖ For Sale ‖ Sales History ‖ Auction Search ‖ Domain Monitor ‖ Domain Directory ‖
‖ Ping ‖ Traceroute ‖ My IP Address ‖ Domain Parking ‖ Cheap Domain Name Registration ‖ Bulk Check ‖ Domain Typo Generator ‖ more> ‖
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## cerb4.com on 2008-12-27 - Domain History



Enter a domain name to get its history

Domain Name: cerb4.com            Search

« Previous                                                Next »

**Domain:**        cerb4.com - Domain History
**Cache Date:**    2008-12-27
**Registrar:**     GODADDY.COM, INC.
**Server:**        whois.godaddy.com
**Created:**       2007-05-06
**Updated:**       2008-08-03
**Expires:**       2011-05-06
**Reverse Whois:** Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   jeff@webgroupmedia.com

```
Registrant:
    WebGroup Media, LLC.
    451 W. Lambert Rd. Suite #201
    Brea, California 92821
    United States

    Domain Name: CERB4.COM
        Created on: 06-May-07
        Expires on: 06-May-11
        Last Updated on: 03-Aug-08

    Administrative Contact:
        Standen, Jeff   jeff@webgroupmedia.com
        WebGroup Media, LLC.
        451 W. Lambert Rd. Suite #201
        Brea, California 92821
        United States
        7146719090      Fax --

    Technical Contact:
        Standen, Jeff   jeff@webgroupmedia.com
        WebGroup Media, LLC.
        451 W. Lambert Rd. Suite #201
        Brea, California 92821
        United States
        7146719090      Fax --

    Domain servers in listed order:
        NS.XEV3.CERB4.COM
        NS.DAGNY.CERB4.COM
        NS.REARDEN.CERB4.COM
        NS.GALT.CERB4.COM
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



# EXHIBIT "J"

Home    Contact Us    Site map

**Home      Catalog      My account      View cart**

Search: - All categories -                          Advanced search

YOU ARE HERE: Home    Cerberus Helpdesk    Licenses                    Log in  /  Register

Take Control of your Company Inbox with Cerberus Helpdesk 5.x (Cerb5)!        🛒 Cart is empty    View cart    Checkout

CATEGORIES

**Cerberus Helpdesk**

INFORMATION

Contact us

## Licenses

Sort by:    Product    Price ▲    Default

Add selected to cart

### Cerb5 On-Site (Single Seat License)
CODE: CERB5-ADDSEAT

Price : $100.00

**Company Name:**

**Serial # (if adding seats):**

**I purchased Cerb4:**    ☐ (-50%)

ADD TO CART

This is a single seat (simultaneous worker) license for **Cerberus Helpdesk 5.x** (Cerb5) which unlocks all functionality and plugins. You can add additional seats to this license now or in the future as you need them.

**All Cerb5 licenses provide unlimited worker accounts. If upgrading from Cerb4, consider how many seats (simultaneous workers) you need instead.**

**You may use the Cerb4 upgrade discount *once* per serial number.**

**Your first license will receive 90 days of product updates as a warranty.** Future updates are available at a flat rate of $250 which provides an additional 90 days of coverage. Purchasing updates is entirely optional, and there's no contract or penalty for updating less often.

**To add multiple seat licenses, increase the quantity of this item in your shopping cart.**

If you have an existing paid serial number you'd like upgraded, please provide it.  Otherwise you may leave the field blank to create a new license.

Visit the product website

* Don't let your budget stop you from taking control of your team's inbox. Discounts -- including free licenses with higher worker limits -- are available for educational institutions, registered charities, established open source projects, and cash-strapped small companies.

### Cerb5 On-Site (Product Updates)
CODE: CERB5-UPDATES

Price : $250.00

**Company Name:**

**Paid Serial #:**

**Term+Discount:**    +3 months

ADD TO CART

**Your first license will receive 90 days of product updates as a warranty.** Future updates are available at a flat rate of $250 which provides an additional 90 days of coverage. Purchasing updates is entirely optional, and there's no contract or penalty for updating less often.

MY ACCOUNT

Log in / Register

Orders

Track my order(s):

Order ID/E-mail

Visit the product website

### Cerb5 On-Site (Unlimited Seat License)
CODE: CERB5-UNLIMITED

**Price : $2,500.00**

**Company Name:** [                    ]

**I purchased
Cerb4:** ☐ (-50%)

[ ADD TO CART ]

This is an unlimited seat (simultaneous workers) license for
**Cerberus Helpdesk 5.x** (Cerb5) which unlocks all functionality and
plugins.

**You may use the Cerb4 upgrade discount *once* per serial
number.**

**Your first license will receive 90 days of product updates as
a warranty.** Future updates are available at a flat rate of $250
which provides an additional 90 days of coverage. Purchasing
updates is entirely optional, and there's no contract or penalty for
updating less often.

* Don't let your budget stop you from taking control of your team's
inbox. Discounts -- including free licenses with higher worker limits --
are available for educational institutions, registered charities,
established open source projects, and cash-strapped small
companies.

Visit the product website

**Add selected to cart**

---

**Quick Help**

**Recover password**
**Site map**

**My account**

**Log in / Register**
**Orders history**

**Information**

**Contact us**

**Search:** - All categories -    [                    ]

Home    Contact Us    Site map

Copyright © 2001-2010 WebGroup Media, LLC. Powered by CS-Cart - Shopping Cart Software

# EXHIBIT "K"

This is Google's cache of http://forum.cerb4.com/showthread.php?t=1256. It is a snapshot of the page as it appeared on Sep 25, 2010 07:59:36 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **cerberus hostricity**                    Text-only version


# Cerberus™ Helpdesk

---

**Cerberus** Helpdesk Forums > Community Support (Free) > General Help

    **Cron not working Centos5**

| User Name | User Name | ☐ Remember Me? |
|---|---|---|
| Password | | Log in |

---

| FAQ | Members List | Calendar | Mark Forums Read |
|---|---|---|---|

---

Thread Tools

---

☐ 09-01-2008, 11:09 AM

## derr1ck ⦿
Junior Member

Join Date: Aug 2008
Posts: 12

🗒 **Cron not working Centos5**

Hi can somene help me getting the cron job working to retrieve the incoming emails? I'm using Centos5 and would like it to poll my account every 5 minutes.

I'm using Centos5
PHP 5.2.6
Cerb4

---

☐ 09-02-2008, 08:38 PM


## mfogg ⦿
WGM - Developer

Join Date: Feb 2005
Posts: 121

🗒

---

Have you seen this: http://wiki.cerb4.com/wiki/Setting_u..._Task_in_Linux ?


**Mike Fogg,** *Developer*, **WebGroup Media LLC.**

**Cerberus Helpdesk 4.0**
Website | Blog | Docs | FAQ | Bugs/Roadmap | Pricing

---

☐ 09-03-2008, 10:35 AM

## derr1ck ⦿
Junior Member

Join Date: Aug 2008
Posts: 12

Thanks, I have seen this & tried but it's not working, but this works directly from shell:-

wget -O - http://my.domain/cerb/index.php/cron

no problems with that, but as a cron job it runs ok but does nothing doesn't poll my email account.

---

09-03-2008, 06:15 PM

## hostricity ○
Junior Member

Join Date: Aug 2008
Posts: 1

**Try this**

curl -s http://installationdomainname.com/cerb4/cron 2>&1

Notes (read them all because they are not in any logical order):

1. If you have url rewrite turned on, be sure that the url you use works with the way your url rewrite is setup.

2. You can test this by trying the url in your browser to make sure it works before you put it in your cron.

3. We have our own Centos5 / Cpanel servers. This works in that environment.

4. Be sure to put the ACTUAL ip address in the **Cerberus** setup. Using 127.0.0.1 did NOT work.

5. Be sure you have your cron set to send results to an email address you can monitor. The above will only email errors.

6. If you are not receiving email and you are not getting log files written to the root of your website (same level as public_html, not in public_html), try intentionally introducing an error in your cron to make sure you are getting error reporting.

7. If you are receiving the error messages, you will get accurate errors such as "404 page not found" if your url is wrong.

8. If you do NOT have the correct ip in the **Cerberus** settings, you will get an error response that specifies the ip address you need to add.

9. The ip address required to make the cron url work in your browser is the ip of your local computer, not the ip of the **Cerberus** installation on your server.

Hope this is helpful. Please feel free to contact me if you have questions.

Geoff

---

09-04-2008, 11:32 AM

## derr1ck ○
Junior Member

Join Date: Aug 2008
Posts: 12

 **[solved]**

Thanks for the info Geoff, although i didn't use it 😊
After changing my.domain.com to localhost it seems to work ok.

---

**Thread Tools**

---



**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

General Help        Go

---

**Similar Threads**

| Thread | Thread Starter | Forum | Replies | Last Post |
|--------|----------------|-------|---------|-----------|
| Cpanel & Cron Job | tmp | General Help | 10 | 06-08-2008 04:30 AM |
| cron job not working | maulik | General Help | 8 | 01-09-2008 12:08 AM |
| Cron job not work | mpampis | General Help | 2 | 12-19-2007 11:09 PM |
| Missing cron | alamb | General Help | 2 | 12-10-2007 08:04 PM |
| Cron Job | comptech520 | General Help | 3 | 10-27-2007 08:25 PM |

All times are GMT. The time now is 07:59 AM.

Contact Us - **Cerberus** Helpdesk 4.0 - Archive - Top

Powered by vBulletin® Version 3.7.2
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

# EXHIBIT "L"



Cerberus™
Helpdesk

**Main Menu**

Announcements
Knowledgebase
**Open A Ticket**

**Log in**

e-mail:

password:

Click to log in

register | forgot?

## Open a Ticket

**What e-mail address should we reply to?**

**Subject:**

**Additional Information:**

**Product(s)**

**Name**

**Phone Number**

**URL**

**Urgency**

**Message:**

**Please type the characters from the image below:**

Text:

# LGV1

**Logged IP:** 75.99.159.138

Send Message     Discard

# EXHIBIT "M"



# Declined

**Status:** Closed  **Team:** Domain Desk  **Bucket:** Domain Renewals  **Mask:** K3-Y2-R8  **Internal ID:** 12579

**Subject:** Declined
**From:** Llisaliberi@aol.com
**Date:** Mon, 3 Nov 2008 02:25:29 EST
**To:** Llisaliberi@aol.com, <helpdesk@hostricity.com>

Geoff,

This one declined.

[inbound] navstar@iolfree.ie
_address book_ (javascript:;)

_minimize_ (javascript:;)
To: <geoffstaples@hostricity.com>
Date: Sun, 2 Nov 2008 18:12:45 -0500

X-Envelope-From: hostricity.com@megawebservers.com
Return-Path: <hostricity.com@megawebservers.com>
Received: from asp-1.reflexion.net (ASP-1.reflexion.net [205.237.99.176]) by
mail84c0.megamailservers.com (8.13.6.20060614/8.13.1) with SMTP id
mA2NCotY017422 for <geoffstaples@hostricity.com>; Sun, 2 Nov 2008 18:12:52 -0500
(qmail 24400 invoked from network); 2 Nov 2008 23:12:50 -0000
from unknown (HELO asp-1.reflexion.net) (127.0.0.1) by 0 (rfx-qmail) with
SMTP; 2 Nov 2008 23:12:50 -0000
by asp-1.reflexion.net (Reflexion email security v5.50.2) with SMTP; Sun, 02
Nov 2008 18:12:50 -0500 (EST)
(qmail 24351 invoked from network); 2 Nov 2008 23:12:48 -0000
from unknown (HELO mailrelay3.megawebservers.com) (216.251.35.243) by 0
(rfx-qmail) with (DHE-RSA-AES256-SHA encrypted) SMTP; 2 Nov 2008 23:12:48 -0000
from web197c0.megawebservers.com (web197c0.megawebservers.com

[216.251.35.197]) by mailrelay3.megawebservers.com (8.13.6.20060614/8.13.1) with ESMTP id
mA2NCjjT026729 for <geoffstaples@hostricity.com>; Sun, 2 Nov 2008 18:12:46
-0500
from web197c0.megawebservers.com (localhost [127.0.0.1]) by
web197c0.megawebservers.com (8.13.6/8.12.6/SuSE Linux 0.6) with ESMTP id mA2NCjic017925 for
<geoffstaples@hostricity.com>; Sun, 2 Nov 2008 18:12:45 -0500
(from hostricity.com@localhost) by web197c0.megawebservers.com
(8.13.6/8.12.6/Submit) id mA2NCj0G017924; Sun, 2 Nov 2008 18:12:45 -0500
Date: Sun, 2 Nov 2008 18:12:45 -0500
Message-Id: <200811022312.ma2ncj0g017924@web197c0.megawebservers.com>
To: <geoffstaples@hostricity.com>
Subject: Donation: 0e33ed2
From: navstar@iolfree.ie
Reply-To: navstar@iolfree.ie
X-Rfx-Filter-Score: score="2 (2/0)"; threshold="CUSTOM(29)"; result="OK"
Mime-Version: 1.0
Content-Type: multipart/alternative;
boundary="----------Boundary-00=_E5BQT35G1VH4WS6TN1EC"
X-Mmr:

_full headers_ (javascript:;) | _skip to bottom_
(file:///C:/Documents%20and%20Settings/DAD/Local%20Settings/Te
mp/Temporary%20Directory%201%20for%20OBAMACRIMES.zip
/Donations%2012AM%2011-%202-08..htm#13080act)

Name: Francis Kuhn

Company:

E-mail: navstar@iolfree.ie

Address: ███████████████████████████████

Phone: ████████████

Fax:

Credit Card # / Exp. date (MM/YY): ████████████████

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Donation Donation to the Berg v. Obama Fund

1 x 6 = 6

Sub-Total = 6

Quantity Discount = 0.00

Total = 6.00

The reference number of this donation is: 0e33ed2

The customer has received his/her receipt and reference number by email.

Total Control Panel

_https://asp-1.reflexion.net/userHome.jsp?uID=10005602_
(https://asp-1.reflexion.net/userHome.jsp?uID=10005602)

**************Plan your next getaway with AOL Travel. Check out Today's Hot
5 Travel Deals!
(http://pr.atwola.com/promoclk/100000075x1212416248x1200771803/aol?redir=http://travel.aol.com
/discount-travel?ncid=emlcntustrav00000001)
Total Control Panel
https://asp-1.reflexion.net/userHome.jsp?uID=10008535

# EXHIBIT "N"



# Cerberus™ Helpdesk

# Fwd: Donation: 0f6d3d2

**Status:** Closed **Team:** Domain Desk **Bucket:** Domain Renewals **Mask:** 43-2D-7U **Internal ID:** 13190

---

**Subject:** Fwd: Donation: 0f6d3d2
**From:** Llisaliberi@aol.com
**Date:** Wed, 5 Nov 2008 14:45:01 EST
**To:** <helpdesk@hostricity.com>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*AOL Search: Your one stop for directions, recipes and all other
Holiday needs. Search Now.
(http://pr.atwola.com/promoclk/100000075x1212792382x1200798498/aol?redir=http://searchblog.aol.com
/2008/11/04/happy-holidays-from
-aol-search/?ncid=emlcntussear00000001)
Total Control Panel
https://asp-1.reflexion.net/userHome.jsp?uID=10008535
This should be the last of them.

Geoff

Starting with the newest message:
[inbound] brianmalek1@yahoo.com
address book
minimize
To: <geoffstaples@hostricity.com>
Date: Mon, 3 Nov 2008 23:45:29 -0500
X-Envelope-From: hostricity.com@megawebservers.com
Return-Path: <hostricity.com@megawebservers.com>
Received: from asp-1.reflexion.net (ASP-1.reflexion.net [205.237.99.176]) by
mail87c0.megamailservers.com (8.13.6.20060614/8.13.1) with SMTP id mA44jV9t006550 for
<geoffstaples@hostricity.com>; Mon, 3 Nov 2008 23:45:34 -0500
(qmail 24412 invoked from network); 4 Nov 2008 04:45:31 -0000
from unknown (HELO asp-1.reflexion.net) (127.0.0.1) by 0 (rfx-qmail) with SMTP; 4 Nov 2008 04:45:31
-0000
by asp-1.reflexion.net (Reflexion email security v5.50.2) with SMTP; Mon, 03 Nov 2008 23:45:31 -0500
(EST)
(qmail 24403 invoked from network); 4 Nov 2008 04:45:31 -0000
from unknown (HELO mailrelay1.megawebservers.com) (216.251.35.241) by 0 (rfx-qmail) with (DHE-RSA-
AES256-SHA encrypted) SMTP; 4 Nov 2008 04:45:31 -0000
from web196c0.megawebservers.com (web196c0.megawebservers.com [216.251.35.196]) by
mailrelay1.megawebservers.com (8.13.6.20060614/8.13.1) with ESMTP id mA44jU0u026126 for
<geoffstaples@hostricity.com>; Mon, 3 Nov 2008 23:45:30 -0500
from web196c0.megawebservers.com (localhost [127.0.0.1]) by web196c0.megawebservers.com
(8.13.6/8.12.6/SuSE Linux 0.6) with ESMTP id mA44jUcJ025401 for <geoffstaples@hostricity.com>; Mon,
3 Nov 2008 23:45:30 -0500

(from hostricity.com@localhost) by web196c0.megawebservers.com (8.13.6/8.12.6/Submit) id
mA44jT95025400; Mon, 3 Nov 2008 23:45:29 -0500
Date: Mon, 3 Nov 2008 23:45:29 -0500
Message-Id: <200811040445.mA44jT95025400@web196c0.megawebservers.com>
To: <geoffstaples@hostricity.com>
Subject: Donation: 0fd369e
From: brianmalek1@yahoo.com
Reply-To: brianmalek1@yahoo.com
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="-----------Boundary-00=_V7LSWT7KWBLIXQF5MEZ8"
X-Mmr:
full headers | skip to bottom

Name: brian malek
Company:
E-mail: brianmalek1@yahoo.com
Address:  ████████████████

Phone:  ██████████
Fax:

Credit Card # / Exp. date  ████████████████████

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Donation Donation to the Berg v. Obama Fund
1 x 5 = 5

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

0 = 0;
0 = 0;

Sub-Total = 5
Quantity Discount = 0
Total = 5.00

The reference number of this donation is: 0fd369e
The customer has received his/her receipt and reference number by email.

The Support Team
Hostricity Web Hosting
3883 Turtle Creek Blvd., Suite 205
Dallas, TX 75219
Website: http://www.hostricity.com
Support: http://support.hostricity.com
214.599.0260

If you have not already done so, please whitelist the domain "hostricity.com" in your spam filter.

We use Hostricity Total Mail Control for Spam and Virus Filtering: http://www.hostricity.com/tmc