```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| LISA LIBERI, et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ, et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **29th** day of **October, 2010,** as this matter is on appeal to and jurisdiction now lies in the United States Court of Appeals for the Third Circuit, it is hereby **ORDERED** that all future motions and phone calls requesting Court action by the parties shall be directed to the Third Circuit.

It is **FURTHER ORDERED** that Defendant's Motion for the Release of Documents (doc. no. 143) and Defendant's Request for Urgent Ex Parte Phone Conference (faxed to the Court on October 29, 2010) are **DENIED without prejudice**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**