Case No. 10-3000

---

## UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

---

### LISA LIBERI, et al,

Plaintiffs' – Appellees',

v.

### ORLY TAITZ, et al,

Respondents' – Appellants'.

---

On Appeal from the U.S. District Court, Eastern District of Pennsylvania,
Case No. 09-cv-01898 ECR
Judge Eduardo C. Robreno

---

### APPELLEES MOTION TO EXPEDITE APPELLEES MOTION FOR AN EMERGENCY RESTRAINING ORDER

---

1.      Pursuant to the U.S. Court of Appeals for the Third Circuit Local Rule, L.A.R. 4.1 (2008), Appellees are moving this Court for an Order to expedite Appellees Motion for an Emergency Temporary Restraining Order. In support thereof, Appellees set forth the following:

2.      The instant Appeal challenges the District Court's Order granting dismissal of Defendants James Sundquist and Rock Salt Publishing and the Court's Order severing and transferring the underlying Case to Texas and California.

3.      Appellants have been retaliating, harassing, intimidating, cyber-stalking, illegally using Appellee Lisa Liberi's name, etc., which are causing severe damages.  The events giving rise to Petitioners (Appellees) Emergency Motion for a TRO, include but are not limited to the fact, two (2) days after Appellees filed their Appellee Brief in the within Appeal, Appellants out of retaliation set-up a heinous, disgusting, harassing and threatening website fraudulently in Appellee Lisa Liberi's name.  In addition, Appellants have set-up email addresses, also fraudulently using Appellee Lisa Liberi's name and have been sending emails regarding the disgusting website to individuals, who believe the emails are being sent from Appellee Lisa Liberi.

4.      Not only have the Appellants illegal behaviors caused damages, they are extremely dangerous and could cause Appellee Lisa Liberi and/or her family to be physically raped, physically harmed/injured and/or killed.

5.      Due to the urgent need for a Temporary Restraining Order (TRO), Appellees are requesting an Expedited Order on their Motion for an Emergency TRO.

6.      On October 29, 2010, Judge Robreno in the lower Court issued a Court Order directing all Motions to be filed with the Third Circuit Court of Appeals as the underlying case is under Appeal, see **EXHIBIT "A"**.

7.     Despite the Order, Appellees faxed a letter to Judge Robreno asking for an emergency TRO on November 23, 2010, see **EXHIBIT "B"**.  However, Appellees have not received any type of response from Judge Robreno.

8.     Petitioners (Appellees) are requesting that any responses by the Respondents (Appellants) to Petitioners (Appellees) Motion for an Emergency TRO be filed on or before December 10, 2010 and any Reply filed by the Petitioners (Appellees) on or before December 13, 2010.  A proposed Briefing Schedule is attached hereto.

**WHEREFORE**, for the foregoing reasons, Appellees respectfully move this Court for an Order expediting their Emergency Motion for a Temporary Restraining Order against Appellants, their witness Geoff Staples and anyone on their behalf.

Respectfully submitted,

Dated:  December 6, 2010

s/ Philip J. Berg

Philip J. Berg, Esquire
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph:    (610) 825-3134
Fx:    (610) 834-7659
PA I.D. 9867
Email:  philjberg@gmail.com

*Attorney for the Appellants'*

U.S. District Court,

Eastern District of Pennsylvania        Case Number:        09-cv-01898 ECR

Court of Appeals No.                    Case Number:        10-3000

## UNITED STATES COURT OF APPEALS

### FOR THE THIRD CIRCUIT

——————— O ———————

### LISA LIBERI, et al,

Plaintiffs' – Appellees',

v.

### ORLY TAITZ, et al,

Respondents' – Appellants'.

——————— O ———————

## PETITIONERS (APPELLEES) PROPOSED BRIEFING SCHEDULE FOR MOTION REQUESTING AN EMERGENCY TEMPORARY RESTRAINING ORDER

——————— O ———————

1.      December 6, 2010 Motion filed for the issuance of an Emergency Temporary Restraining Order;

2.      Respondent's Response, if any, is due on or before December 10, 2010; and

3.      Petitioner's Reply, if any, is due on or before December 13, 2010.


IT IS SO ORDERED,


_____

U.S. District Court,
Eastern District of Pennsylvania      Case Number:      09-cv-01898 ECR

Court of Appeals No.                  Case Number:      10-3000

# UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

———————— O ————————

**LISA LIBERI, et al,**

Plaintiffs' – Appellants',

v.

**ORLY TAITZ, et al,**

Respondents' – Appellees'.

———————— O ————————

### *CERTIFICATE OF SERVICE*
————————————

 I, Philip J. Berg, Esquire, hereby certify that Appellees Motion to Expedite

Appellees Emergency Motion for a TRO was served this 6th day of December 2010

electronically through the ECF system upon the following Appellants':

Orly Taitz
Defend our Freedoms Foundation, Inc. (unrepresented)
26302 La Paz Ste 211
Mission Viejo, CA 92691
Email:  dr_taitz@yahoo.com

***CERTIFICATE OF SERVICE, Continued***

Neil Sankey
The Sankey Firm, Inc. a/k/a The Sankey Firm (unrepresented)
Sankey Investigations, Inc.
2470 Stearns Street #162
Simi Valley, CA 93063
Email:  nsankey@thesankeyfirm.com


Linda Sue Belcher
201 Paris
Castroville, Texas 78009
Email:  Newwomensparty@aol.com  and
Email:  starrbuzz@sbcglobal.net

Ed Hale
Caren Hale
Plains Radio
KPRN
Bar H Farms
1401 Bowie Street
Wellington, Texas 79095
Email:  plains.radio@yahoo.com; barhfarms@gmail.com;
ed@barhfarnet; and ed@plainsradio.com

Geoff Staples
3443 Turtle Creek Blvd., Apt. 205
Dallas, Texas 75219
Email: budgethost@hostricity.com


s/ Philip J. Berg
_____
PHILIP J. BERG, ESQUIRE
*Attorney for the Appellees*

**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al.,              :     CIVIL ACTION
                                  :     NO. 09-1898
          Plaintiffs,             :
                                  :
     v.                           :
                                  :
ORLY TAITZ, et al.,               :
                                  :
          Defendants.             :

## O R D E R

      **AND NOW**, this **29th** day of **October, 2010,** as this matter
is on appeal to and jurisdiction now lies in the United States
Court of Appeals for the Third Circuit, it is hereby **ORDERED** that
all future motions and phone calls requesting Court action by the
parties shall be directed to the Third Circuit.

      It is **FURTHER ORDERED** that Defendant's Motion for the
Release of Documents (doc. no. 143) and Defendant's Request for
Urgent Ex Parte Phone Conference (faxed to the Court on October
29, 2010) are **DENIED without prejudice.**

             **AND IT IS SO ORDERED.**

             s/Eduardo C. Robreno
            _____
            **EDUARDO C. ROBRENO, J.**

# EXHIBIT "B"

LAW OFFICES OF
  **PHILIP J. BERG**

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

PHILIP J. BERG
CATHERINE R. BARONE
BARBARA MAY

(610) 825-3134

FAX   (610) 834-7659

NORMAN B. BERG, Paralegal [Deceased]

E-Mail: philjberg@gmail.com

# URGENT   URGENT   URGENT

November 23, 2010

Honorable Eduardo C. Robreno
**United States District Court
  for the Eastern District of Pennsylvania**
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**By Fax to (267) 299-5113…………………………………………………………....…….Total = 28 Pages**

  Re:   *Liberi, et al v. Taitz, et al*, **Case No. 09-cv-01898**

Dear Judge Robreno:

       As you are aware, Defendant Orly Taitz has Appealed Your Honor's ruling pertaining to the Transfer of the Case to California and Texas.

       An emergent issue has arisen.  Defendant Orly Taitz; Geoff Staples (Orly Taitz's witness who forged documents with Plaintiff Lisa Liberi's email address); and Defendant Linda Belcher have purchased a domain name "lisaliberi.com"; and set-up a horrid website located at http://lisaliberi.com. *See* **EXHIBIT "A"**, with the photograph purported to be that of Plaintiff Lisa Liberi, the same photograph which Orly Taitz has continued filing with this Court and the Third Circuit Court of Appeals and which she has posted all over her website.  In addition, Defendants Taitz, Belcher and their witness Geoff Staples have also created and set up an email address, convictedfelon@lisaliberi.com. *See* **EXHIBIT "B"**.

       The domain name, lisaliberi.com was privately registered through Direct Internet Solutions PVT. LTD. D/B/A/ publicdomainregistry.com.  After several conversations Plaintiff Liberi had with Direct Internet Solutions, they finally removed the private details and published the owner of the site. The person who purchased lisaliberi.com and set-up the website http://lisaliberi.com and the email

Honorable Eduardo C. Robreno                                          November 23, 2010
**United States District Court**
  **for the Eastern District of Pennsylvania**
Page Two


addresses convictedfelon@lisaliberi.com and perjurylesson@lisaliberi.com is Geoff Staples.  *See* the whois report of domain lisaliberi.com attached as **EXHIBIT "C".**

Geoff Staples is Defendant Orly Taitz and Defendant Linda Belcher's witness who forged documents and fraudulently input Plaintiff Lisa Liberi's email address in attempts to have her falsely arrested.  Defendant Orly Taitz knew these documents were forged, however, filed them with your Court as genuine (Taitz has also filed these forged documents in the Appellate Court this month. *See* Case No. 10-3000.)  *See* Defendant Taitz's filing of September 28, 2010 appearing as Docket No. 145, which contains Geoff Staples forged documents. *See* also Plaintiffs filing of October 7, 2010, appearing as Docket No. 146 which contains all the evidence of the forgeries.

Plaintiff Liberi immediately contacted the Dallas Police Department, where Geoff Staples resides and left a message.  A call came into Plaintiff Liberi's home from (972) 559-5000, Liberi did not answer in time, no message was left on her voicemail, and therefore called the number back.  This phone number is to the Dallas, Texas FBI office.  As Liberi was ending her message, her other line beeped, and again (972) 559-5000 appeared on her caller ID.  Liberi immediately answered the call.  A man was on the line who identified himself as Detective Forney, but did not state with what agency or police department he was with.  As a result, Plaintiff Liberi gave all her personal information requested under the pretence she was speaking to law enforcement from the Dallas FBI.

Approximately fifteen [15] minutes later, (972) 559-5000 called Plaintiff Liberi again; again the man identified himself as Detective Forney and stated he spoke with Geoff Staples.  That Geoff Staples admitted to purchasing and setting up the fraudulent website.  The man stated Geoff Staples admitted working with Defendants Linda Belcher and Orly Taitz and that he set the fraudulent website up out of anger and as punishment for Liberi suing Belcher and Taitz.  Plaintiff Liberi asked the gentleman why he was calling from the FBI-Dallas phone number.  The man stated he works with the FBI and shares space with them.

After thinking about the call and discussing the contents of the call with the man identifying himself as Detective Forney, Plaintiff Liberi, with Plaintiff Ostella on the phone with her, three-way called the Dallas FBI office ███████████ and asked if they had a Detective Forney.  The receptionist of the FBI transferred Liberi to Personnel, who stated they did **not** have any employee by that name.  Plaintiff Liberi was then transferred to a FBI ███████████████████, who took a full report and stated that the man identifying himself as law enforcement (Detective Forney) was not a law enforcement officer and was "spoofing" the FBI's phone number.  ███████████ immediately told Liberi to report the incident to her local authorities as Defendants Orly Taitz, Linda Belcher and Geoff Staples have conspired together and faked the identity of a law enforcement officer, set-up a fraudulent website in Liberi's name, stolen the identity of Liberi, and they have now confirmed her home address, which was extremely dangerous.  ███████████ also stated she was doing a report and for Liberi to update her IC3 complaint immediately.  ███████████ told Liberi to immediately contact the Judge in the Civil Case, which is Your Honor, and obtain and request an urgent Temporary Restraining Order.

Honorable Eduardo C. Robreno                                      November 23, 2010
**United States District Court**
  **for the Eastern District of Pennsylvania**
Page Three

███████  can be reached at ██████████  Plaintiff Liberi has complied with ████████████ instructions: she immediately filed the complaint with ██████████ (██████████ was assigned the police reports for "Identity Theft"; Report #████████, Cyber-stalking/Stalking, Report #████████, Fraud/Forgery, Report #████████, Threats, Addendum to Report #████████, and the Fraudulent website (Fraud & Identity theft), Report #████████); she updated her IC3 complaint; and she is now seeking this Court to allow Plaintiffs to file for an Emergency Temporary Restraining Order and/or issue a Temporary Restraining Order immediately pending a Hearing.

As this Court is already aware, and as the evidence to prove it has been filed with this Court, Defendants Orly Taitz and Linda Belcher have been cyber-stalking my client, harassing, inciting violence, and attempting to have my client, Lisa Liberi and her family harmed.  Defendant Taitz has also been stalking Plaintiff Liberi's son.  In fact, Defendant Orly Taitz went on a radio show, Andrea Shea King and was talking about Plaintiff Liberi stating, "***And I have provided directions, I have provided the pictures.***"[1]

Your Honor, this is extremely serious, my client and her family are in grave and serious danger, something must be done immediately by this Court.  Although the issues of Defendant Sundquist's Dismissal and Transfer are under Appeal, Your Honor still has Jurisdiction over all matters unrelated to the Appeal. *See Griggs v. Provident Consumer Discount*, 459 U.S. 56, 58, 103 S.Ct. 400, 401, 74 L.Ed.2d 225 (1982) (per curiam); 9 *J. Moore, Moore's Federal Practice* p 203.11.  Moore instructs that (***Appeal from an interlocutory order does not divest the trial court of jurisdiction to proceed with matters unrelated to the appeal***) [emphasis added], *J. Moore*, supra, at p 203.11, 3-54; *Manual for Complex Litigation* Secs. 25.11, 25.16 (2d Ed). *See* also *Sycuan Band of Mission Indians v. Roache*, 788 F.Supp. 1498, 1511 (S.D.Cal.1992) (collecting cases examining this proposition).

An urgent Temporary Restraining Order must be Granted immediately to protect my client and her family from the continued illegal actions of Defendants Orly Taitz, Linda Belcher and their Witness, Geoff Staples.  An immediate Temporary Restraining Order this Court clearly has jurisdiction over as it has nothing to do with the issues under Appeal.  As Your Honor is aware, you cannot petition the Appellate Court for an Emergency Temporary Restraining Order as the Appellate Court lacks jurisdiction, as a result of the issue not being Appealed.

As previously stated to Your Honor, Plaintiff Lisa Liberi was recently in the hospital due to complications with her heart as a result of all the harassment and stress induced by Defendants Orly Taitz and Linda Belcher.  Plaintiff Liberi is now in a heart program, medical costs just for these two

---

[1] August 30, 2010 Andrea Shea King Show with guest, Orly Taitz
http://www.blogtalkradio.com/askshow/2010/08/31/the-andrea-shea-king-show at 49:47

Honorable Eduardo C. Robreno                                November 23, 2010
**United States District Court**
  **for the Eastern District of Pennsylvania**
Page Four


(2) events is over $100,000.00.  Not to mention her out-of-pocket expenses, other medical expenses due to complications with her heart previously, paramedic assistance, and the expenses for her to move in order to try to find some safety.  The Court may recall, Defendant Belcher posted in a chat-room on Defendant Ed Hale's website and stated it on Edgar Hale's radio program that she (Belcher) was going to cause Plaintiff Liberi to have another heart attack, Defendants Hale and Belcher found this very funny.  Proof of this was filed with this Court.

      If Your Honor decides to file this letter on the Court's docket, it would be imperative to remove ██████████████ and ██████████████ name, remove the ██████████████████████████ information to protect my client and to stop harassment of these agencies, which Orly Taitz has already been harassing and threatening.

      The Plaintiffs have only Your Honor to seek Court assistance.

      Thank you.

                    Respectfully,

                    Philip J. Berg

PJB:jb

Enclosures


cc:  Defendants:    Orly Taitz and Defend our Freedoms Foundations, Inc.
                     Linda Sue Belcher
                     Neil Sankey, Sankey Investigations, Inc., The Sankey Firm
                     Edgar and Caren Hale, KPRN, Plains Radio Network

      NOTE:  Copies to the Defendants had the law enforcement information blacked-out.

# EXHIBIT "A"



# lisaliberi.com (http://lisaliberi.com)

| | Search |

Lisaliberi.com

Lisaliberi.com has a three-month global Alexa traffic rank of 22,620,286.

**Is this your site?** Learn how to get more traffic with the **Alexa Site Audit (/siteaudit /?theme=siteinfotip)** .

| **none Star** (/write/review/lisaliberi.com) (No reviews yet) | 🌐 22,620,286 Alexa Traffic Rank | No data (/site/linksin/lisaliberi.com) Sites Linking In |
|---|---|---|

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

- **Traffic Rank (#rank)**
- **Reach (#reach)**
- **Pageviews (#pageviews)**
- **Pageviews/User (#pageviews_per_user)**
- **Bounce % (#bounce)**
- **Time on Site (#time_on_site)**
- **Search % (#search)**

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze



To search, type and hit enter

Home    About Me! Me! Me!    I'm So Glamorous

## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website....

read more

---

Search for:

Search

### ARCHIVES

November 2010

### META

Log in

Entries RSS

Comments RSS

WordPress.org

---

## It Was Lisa

by Convicted Felon on NOVEMBER 10, 2010 · 1 COMMENT

The courts should never have let Larry Flynt off, since he got it all wrong. I wasn't screwing my grandmother in that outhouse, I was screwing Lisa. Reverend Jerry Falwell

**TOP COMMENTS**

*Convicted Felon says:*
*Jerry, Jerry, Jerry... I thought this was our little secret.* more

read all

## Gun Barrel Caliber

by Convicted Felon on NOVEMBER 10, 2010 · 1 COMMENT

I like to see girls of Lisa's ... caliber.  By "caliber," of course, I refer to both their teeny-tiny gun barrels and the low quality of their characters... Two meanings... caliber... it's a homonym... Forget it. Dr. Evil

**TOP COMMENTS**

*Convicted Felon says:*
*I helped Dr. Evil invent his freeze ray, but he doesn't want to give me...* more

read all

## A Great Woman!

by Convicted Felon on NOVEMBER 10, 2010 · 1 COMMENT

Lisa is a truly great woman and will go down in history as one of the great sociopathic, psychopathic, mean-as-hell vicious and vindictive bitches. She puts me to shame. She reminds me of Ilse Koch! Everything written here is absolutely ...

read more

**TOP COMMENTS**

*Convicted Felon says:*
*You believe in re-incarnation, too!!! Thank God. I thought I was nuts.* more

read all

## I'm Famous!

by Convicted Felon on NOVEMBER 9, 2010 · 1 COMMENT

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website.

**TOP COMMENTS**

*Convicted Felon says:*
*I'm so hot, I'm a brilliant mastermind, my shit smells like roses,...* more

read all

---

### CATEGORIES

Me! Me! All About Me!

My Fans

### RECENT POSTS

It was Lisa

Gun Barrel Caliber

A great woman!

I'm Famous!

### RECENT COMMENTS

Convicted Felon on It was Lisa

Convicted Felon on A great woman!

Convicted Felon on Gun Barrel Caliber

Convicted Felon on I'm Famous!

When you click on the picture in the previous page, you get the page below, click on "Powered by" and you get a list of pornographic websites from freeimagebrowser.com, outlined on the next page.



Related Searches  Hot wife pics   Sex   Girl on girl videos   Internet explorer   Booty call   Visualizer photo resize   Post free ads   Southeast toyota finance   Play free games   Wallpaper

# FREEIMAGEBROWSER.COM

Search

Language: English

Sponsored listings

**RELATED SEARCHES**

Hot wife pics
Sex
Girl on girl videos
Internet explorer
Booty call
Visualizer photo resize
Post free ads
Southeast toyota finance
Play free games
Wallpaper

## Sasha Grey Gets Naked
Sexy Sasha Strips Naked For A Great Cause In A New PETA Ad. See It Now!
**PETA.org**

## Sex Photo
100s of Sex Photo Top Brands at Low Prices
**www.Gifts.com**

## Free Adult Videos Tube
Stream or download adult movies. Awesome quality porn - 100% Free!
**DevilTube.com**

## New: Woman Photo Sex -49%
Search for Woman Photo Sex now - Compare Jewelry & Watches & save!
**www.Woman-Photo-Sex.best-price.com**

## We Barely Even Peek
Except to Package for Mailing From Film and Digital. Discreet Lab
**www.SwanPhotoLabs.com**

## Cheating Wives Creampie
Dominant Wives Cheat on Husbands Femdom creampie eating site. DVDs
**www.cuckoldmenow.com**

## Free Amateur Adult Videos
Watch free amateur adult videos Free upload and hosting of movies
**www.yuvutu.com**

## Hot Movies
All About Hot Movies Hot Movies in One Site!
**Peeplo.com/Hot+Movies**

## Awesome Adult Porn Movies
Over 50,000 Nasty XXX Porn Videos Watch Now - 100% Free!
**www.AdultFilmsTube.com**

## Celebnakedness.com - pay
Celeb Sex Tapes Nude Celeb Movies Updated constantly every single day
**www.celebnakedness.com**

Related Searches     Hot wife pics   Sex   Girl on girl videos   Internet explorer   Booty call   Visualizer photo resize   Post free ads   Southeast toyota finance   Play free games   Wallpaper

This page provided to the domain owner **free** by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Buy Domains   Sell Domains   Premium Domains   Domain Appraisal   Domain Names for Sale   Domain Parking   Domain Transfer   Domain Auction   Domain Name

Privacy Policies

http://lisaliberi.com/about/

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home　　About Me! Me! Me!　　I'm So Glamorous

## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website....

read more

---

## About Me! Me! Me!

I loved it when a reporter called me "The Witch of New Mexico," since I believe in reincarnation and my life is so similar to that of Ilse Koch, I am sure I must be her re-incarnation.

I am the daughter of a factory foreman. I was known as a polite and happy child at elementary school. At the age of 15 I entered an accountancy school where I learned how to defraud investors. Later, I went to work as a bookkeeping clerk, where I learned to embezzle. I became a member of the Nazi Party. Through some friends, I met my husband, marrying him two years later.

I worked as a guard and secretary at a concentration camp, which my fiancé commanded. We married when he was made commandant.

Under the influence of my husband, I began torturing the inmates of the camp. I would often force prisoners to rape one another in plain sight.

Drunk on the absolute power rendered by my husband, I reveled in torture and obscenity. I am Infamous for my souvenirs; tattoos taken from murdered inmates. My reputation for debauchery was well earned.

I was arrested in New Mexico for embezzlement, and the murder of some inmates in an attempt to cover up these crimes. I was imprisoned.

I was tried for "participating in a criminal plan for aiding, abetting and participating in the murders of many people." The tribunal found me guilty and sentenced her to life imprisonment.

After two years, I was paroled.

Since my parole, I have been indulging in perjury, credit card fraud, and frivoulous law suits against those I thought might blow the whistle on me and send me back to prison. I am having great fun manipulating an attorney into committing perjury and other crimes. He's really going to be shocked when he discovers he's being disbarred and going to prison because I worked under his "supervision."

---

### Search for:

Search

### ARCHIVES

November 2010

### META

Log in
Entries RSS
Comments RSS
WordPress.org

### CATEGORIES

Me! Me! All About Me!

My Fans

### RECENT POSTS

It was Lisa
Gun Barrel Caliber
A great woman!
I'm Famous!

### RECENT COMMENTS

Convicted Felon on It was Lisa

Convicted Felon on A great woman!

Convicted Felon on Gun Barrel Caliber

Convicted Felon on I'm Famous!

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter

Home    About Me! Me! Me!    I'm So Glamorous

## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website....

read more



---

### Search for:

Search

### ARCHIVES

November 2010

### META

Log in
Entries RSS
Comments RSS
WordPress.org

## I'm So Glamorous

I'm so glamorous, many of the women I admire the most in this world have worked to make themselves look like me. I've been asked many times if I am one of these great ladies, or if I am related. Most often, I'm told I look like Charlize Theron, but I think I look more like Aileen Wuornos.

What do you think? Please leave a comment and let me know who you think I look the most like.



Rosemary West

**Rosemary Pauline "Rose" West** (née Letts) (b. 29 November 1953 in Barnstaple) is a British serial killer, now an inmate at HMP Low Newton, Brasside, Durham, after being convicted of 10 murders in 1995.



Teresa Lewis

**Teresa Wilson Bean Lewis** (April 26, 1969 – September 23, 2010) was an American murderer and the only woman on death row in Virginia prior to her execution. She was sentenced to death by lethal injection for using sex and money to arrange for the murders of her husband and stepson in October 2002.

### CATEGORIES

Me! Me! All About Me!
My Fans

### RECENT POSTS

It was Lisa
Gun Barrel Caliber
A great woman!
I'm Famous!

### RECENT COMMENTS

Convicted Felon on It was Lisa
Convicted Felon on A great woman!
Convicted Felon on Gun Barrel Caliber
Convicted Felon on I'm Famous!

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home    About Me! Me! Me!    I'm So Glamorous

## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website….

read more

---

**Search for:**

[Search]

**ARCHIVES**

November 2010

**META**

Log in
Entries RSS
Comments RSS
WordPress.org

## Gun Barrel Caliber

*by Convicted Felon on NOVEMBER 10, 2010 · 1 COMMENT*

I like to see girls of Lisa's … caliber. By "caliber," of course, I refer to both their teeny-tiny gun barrels and the low quality of their characters… Two meanings… caliber… it's a homonym… Forget it.

Dr. Evil



Dr. Evil

This entry was posted in *My Fans*. Bookmark the *permalink*.

← A great woman!                                    It was Lisa →

## One Response to *Gun Barrel Caliber*



**Convicted Felon** *says:*

November 10, 2010 at 2:33 pm

I helped Dr. Evil invent his freeze ray, but he doesn't want to give me any credit. But, hey, I love him anyway. He's a much "bigger" man than my husband, if you know what I mean.

Reply

---

**CATEGORIES**

Me! Me! All About Me!

My Fans

**RECENT POSTS**

It was Lisa
Gun Barrel Caliber
A great woman!
I'm Famous!

**RECENT COMMENTS**

Convicted Felon on It was Lisa
Convicted Felon on A great woman!
Convicted Felon on Gun Barrel Caliber
Convicted Felon on I'm Famous!

http://lisaliberi.com/my-fans/it-was-lisa/

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home    About Me! Me! Me!    I'm So Glamorous



## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website....

read more

---

**Search for:**

[        ]

[ Search ]

### ARCHIVES

November 2010

### META

Log in

Entries RSS

Comments RSS

WordPress.org

## It was Lisa

by Convicted Felon on NOVEMBER 10, 2010 · 1 COMMENT

The courts should never have let Larry Flynt off, since he got it all wrong.

I wasn't screwing my grandmother in that outhouse, I was screwing Lisa.

Reverend Jerry Falwell



Reverend Jerry Falwell

This entry was posted in My Fans. Bookmark the permalink.

← Gun Barrel Caliber

### CATEGORIES

Me! Me! All About Me!

My Fans

### RECENT POSTS

It was Lisa

Gun Barrel Caliber

A great woman!

I'm Famous!

### RECENT COMMENTS

Convicted Felon on It was Lisa

Convicted Felon on A great woman!

Convicted Felon on Gun Barrel Caliber

Convicted Felon on I'm Famous!

## One Response to *It was Lisa*



**Convicted Felon** *says:*

November 10, 2010 at 3:39 pm

Jerry, Jerry, Jerry...

I thought this was our little secret.

Reply

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home    About Me! Me! Me!    I'm So Glamorous

## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website….

read more

---

**Search for:**

[            ]

[ Search ]

### ARCHIVES

November 2010

### META

Log in

Entries RSS

Comments RSS

WordPress.org

## A great woman!

*by Convicted Felon on NOVEMBER 10, 2010 · 1 COMMENT*

Lisa is a truly great woman and will go down in history as one of the great sociopathic, psychopathic, mean-as-hell vicious and vindictive bitches. She puts me to shame. She reminds me of Ilse Koch!

Everything written here is absolutely true and accurate. I consult with her on her activities almost daily.

So, enjoy her writings and I hope you get some great ideas to use in your own lives.

Herr Dr. Josef Mengele

This entry was posted in My Fans. Bookmark the permalink.



Dr. Josef Mengele

← I'm Famous!                    Gun Barrel Caliber →

## One Response to *A great woman!*



**Convicted Felon** *says:*

November 10, 2010 at 3:31 pm

You believe in re-incarnation, too!!!

Thank God. I thought I was nuts.

Reply

---

### CATEGORIES

Me! Me! All About Me!

My Fans

### RECENT POSTS

It was Lisa

Gun Barrel Caliber

A great woman!

I'm Famous!

### RECENT COMMENTS

Convicted Felon on It was Lisa

Convicted Felon on A great woman!

Convicted Felon on Gun Barrel Caliber

Convicted Felon on I'm Famous!

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze





Home    About Me! Me! Me!    I'm So Glamorous

## I'm Famous!

Do you like my photo? The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website....

read more

---

**Search for:**

[ Search ]

### ARCHIVES

November 2010

### META

Log in

Entries RSS

Comments RSS

WordPress.org

## I'm Famous!

by Convicted Felon on NOVEMBER 9, 2010 · 1 COMMENT

Do you like my photo?

The good people at the New Mexico Department of Corrections were kind enough to photograph me. I'm very proud that they have featured my photograph on their website.

This entry was posted in Me! Me! All About Me!. Bookmark the permalink.

A great woman! →

## One Response to *I'm Famous!*



**Convicted Felon** *says:*

November 9, 2010 at 6:56 pm

I'm so hot, I'm a brilliant mastermind, my shit smells like roses, and I have the biggest ego in the criminal universe!

Reply

### CATEGORIES

Me! Me! All About Me!

My Fans

### RECENT POSTS

It was Lisa

Gun Barrel Caliber

A great woman!

I'm Famous!

### RECENT COMMENTS

Convicted Felon on It was Lisa

Convicted Felon on A great woman!

Convicted Felon on Gun Barrel Caliber

Convicted Felon on I'm Famous!

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home    About Me! Me! Me!    I'm So Glamorous    My Fabulous Resume!

## Let me teach you the tools of my trade

Learn the tools of the trade from my vast experience. Let me teach you how to do everything from identity theft, and financial fraud, to perjury and get away with it. I have a great resume. I've...

read more

---

Recent Fabulousness!

**I leave the state, handle credit cards, and file lawsuits all the time, and I get away with it. I'll teach you how!**



### Case Report

**Case FWV028000 – Defendants**

| Seq | Defendant | Next Court Date | Status | Agency / DR Number | Arrest Date | Count 1 Charge | Violation Date |
|-----|-----------|-----------------|--------|---------------------|-------------|-----------------|-----------------|
| 1 | LIBERI, LISA R | | | RA 110013759 | 05/18/2001 | PC 487(A) | 05/18/2001 |
| | ALIAS: LIBERI, LISA R | | | | | | |
| | ALIAS: COURVILLERICHARDSON, LISA | | | | | | |
| | ALIAS: LIBERI, LISA A | | | | | | |
| | ALIAS: RICHARDSON, LISA C | | | | | | |
| | ALIAS: COURVILLERICH, LISA | | | | | | |
| | ALIAS: LIBERI, LISA RENEE | | | | | | |
| | ALIAS: LIBERI, LISA | | | | | | |
| | ALIAS: RICHARDSON, LISA RENEE | | | | | | |

**I'll bet you didn't know I'm actually 8 different people, did you!**

### Case FWV028000 Defendant 1608112 LIBERI, LISA R – Status

| | | | | |
|---|---|---|---|---|
| | | | Custody | N/A |
| Filing Type | Held to Answer | | Filing Date | 05/09/2003 |
| Ordered Bail | $0.00 | | Posted Bail | $0.00 |
| D.A. | James R. Secord | | Defense | Dean Pitcl (Court Appointed) |
| Next Action: | | | Deputy Report #: | RA-RC 110013759 |

| Warrant | Type | Status | Issued | Affidavit |
|---------|------|--------|--------|-----------|
| | | NONE | N/A | N/A |
| Probation | Type | | Granted | Expiration |
| | Formal | | 03/21/2008 | 03/21/2011 |
| Sentence | Convicted Date | | County Jail | CTS |
| | 01/25/2008 | | 26 Days | 26 Days |
| | State Prison | | Max Sentence | |
| | N/A | | N/A | |

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home    About Me! Me! Me!    I'm So Glamorous    My Fabulous Resume!

## Let me teach you the tools of my trade

Learn the tools of the trade from my vast experience. Let me teach you how to do everything from identity theft, and financial fraud, to perjury get away with it. I have a great resume. I've...

read more

---

**Search for:**

[          ]  Search

### ARCHIVES

November 2010

### META

Register
Log in
Entries RSS
Comments RSS
WordPress.org

## I just received a fabulous gift

by Convicted Felon on NOVEMBER 22, 2010 · 0 COMMENTS

I had to share this with my fans immediately.

I did such a great job at a party recently, a considerate judge sent me this gift.

I mentioned to him how much pain I was in from being down on my knees servicing him and his friends and I also showed him several bruises on my shins from climbing up on the desk so the guests could have some back door action.

I heartily endorse these shin and knee guards. The padding is great. No more sore knees and no more bruised shins. I just got them yesterday and gave them a serious work out last night.

Wow!

This entry was posted in My Fans. Bookmark the permalink.

My Gorgeous New Sex Pads!

← It was Lisa                    Let me teach you the tools of my trade →

## Leave a Reply

You must be logged in to post a comment.

### CATEGORIES

Crime Pays Very Well, Thank You!
Me! Me! All About Me!
My Fans

### RECENT POSTS

Let me teach you the tools of my trade
I just received a fabulous gift
It was Lisa
Gun Barrel Caliber
A great woman!

### RECENT COMMENTS

Convicted Felon on It was Lisa
Convicted Felon on A great woman!
Convicted Felon on Gun Barrel Caliber
Convicted Felon on I'm Famous!

---

© 2010 Lisa Liberi, Convicted Felon

Writer Wordpress Theme by          © 2010 BackMyBook.com

# Lisa Liberi, Convicted Felon

Welcome to my world of crime, swindles, perjury, fraud, and sleaze

To search, type and hit enter



Home    About Me! Me! Me!    I'm So Glamorous    My Fabulous Resume!

## Let me teach you the tools of my trade

Learn the tools of the trade from my vast experience. Let me teach you how to do everything from identity theft, and financial fraud, to perjury and get away with it. I have a great resume. I've...

read more

---

**Search for:**

[          ]  [Search]

### ARCHIVES

November 2010

### META

Register
Log in
Entries RSS
Comments RSS
WordPress.org

## Let me teach you the tools of my trade

by Convicted Felon on NOVEMBER 22, 2010 · 0 COMMENTS

Learn the tools of the trade from my vast experience. Let me teach you how to do everything from identity theft, and financial fraud, to perjury and get away with it.

I have a great resume. I've been caught a few times, but I'm brilliant and have learned my lessons. In fact, if New Mexico and California knew what I'm up to, my parole would revoked faster than you could say "Philly Cheese Steak."

My First Lesson: PERJURY!

Learn how to get away with perjury. I'll send my FREE lesson immediately!

Just email me at perjurylesson@lisaliberi.com

Great success to you in your new business!

Hugs and Kisses

*The Fabulous Lisa*

This entry was posted in Crime Pays Very Well, Thank You!. Bookmark the permalink.

← I just received a fabulous gift

## Leave a Reply

You must be logged in to post a comment.

### CATEGORIES

Crime Pays Very Well, Thank You!
Me! Me! All About Me!
My Fans

### RECENT POSTS

Let me teach you the tools of my trade
I just received a fabulous gift
It was Lisa
Gun Barrel Caliber
A great woman!

### RECENT COMMENTS

Convicted Felon on It was Lisa
Convicted Felon on A great woman!
Convicted Felon on Gun Barrel Caliber
Convicted Felon on I'm Famous!

---

© 2010 Lisa Liberi, Convicted Felon

Writer Wordpress Theme by          © 2010 BackMyBook.com

# Lisa Liberi, THE Fabulous Felon

Welcome to my fabulous world of crime, swindles, perjury, fraud, nd sleaze



Home     About Me! Me! Me!     I'm So Glamorous     My Fabulous Resume!

## Some people can't take a joke…

It ought to be obvious this is a parody website about a convicted felon who lives in New Mexico. Apparently, some people can't take a joke. Philip J. Berg, Esquire, the attorney for a person named…

read more

---

Search for:

ARCHIVES

November 2010

META

Register
Log in
Entries RSS
Comments RSS
WordPress.org

## Some people can't take a joke…

by Convicted Felon on NOVEMBER 23, 2010 · 0 COMMENTS

It ought to be obvious this is a parody website about a convicted felon who lives in New Mexico. Apparently, some people can't take a joke.

Philip J. Berg, Esquire, the attorney for a person named Lisa Liberi, who lives in Pennsylvania according to her sworn affadavit, has filed papers in court accusing a third party of creating this website to damage her (the Lisa Liberi who swore under penalty of perjury that she lives in Pennsylvania  and that she is not the Lisa Liberi who lives in New Mexico.)

The accused third party had nothing to do with this website, despite the accusations filed in federal court by Mr. Philip J. Berg, Esquire.

Lisa Liberi who has been convicted of the crimes listed on this parody website lives in New Mexico. The Lisa Liberi associated with Mr. Philip J. Berg, Esquire, lives in Pennsylvania. Apparently Pennsylvania Lisa Liberi's ego is so huge and her paranoia so great, she thinks a website about New Mexico Lisa Liberi, is about her.  It reminds me of a song:

Of course, there's another possibility…

Pennsylvania Lisa Liberi is actually New Mexico Lisa Liberi and she perjured herself when she swore she lived in Pennsylvania. No! That can't be true. Pennsylvania Lisa Liberi produced a Pennsylvania driver's license in court.

---

CATEGORIES

Crime Pays Very Well, Thank You!
Me! Me! All About Me!
My Fans

RECENT POSTS

Some people can't take a joke…
Let me teach you the tools of my trade
I just received a fabulous gift
It was Lisa
Gun Barrel Caliber

RECENT COMMENTS

Convicted Felon on It was Lisa
Convicted Felon on A great woman!
Convicted Felon on Gun Barrel Caliber
Convicted Felon on I'm Famous!

Liberi produced a Pennsylvania driver's license in court.

If Pennsylvania Lisa Liberi and New Mexico Lisa Liberi were the same person, surely the New Mexico Department of Corrections would have jerked her chain and revoked her probation, since New Mexico Lisa Liberi isn't allowed to leave the jurisdiction, file law suits, have a bank account or credit cards, or handle other people's money without permission of her probation officer.

For all of that to be true, Philip J. Berg, Esquire and Lisa Liberi would have to have perpetrated a fraud on the court which should get Philip J. Berg, Esquire disbarred, the New Mexico Department of Corrections would have to have ignored Lisa Liberi's probation order by refusing to revoke her probation, and the federal judge involved wouldn't be doing his job, either.

But, all of this is simply too far-fetched. An honorable attorney of sterling reputation such as Mr. Philip J. Berg, Esquire, a federal judge, and the New Mexico Department of Corrections would all have to be conspiring with Lisa Liberi to keep her out of jail. And, that is just too ridiculous to believe… or, is it?

Obviously, Pennsylvania Lisa Liberi and New Mexico Lisa Liberi must be two different people – which makes it all that much more strange that Pennsylvania Lisa Liberi would be so upset that a website about New Mexico Lisa Liberi has been published on the Internet.

This entry was posted in My Fans. Bookmark the permalink.

---

← Let me teach you the tools of my trade

---

## Leave a Reply

You must be logged in to post a comment.

---

© 2010 Lisa Liberi, THE Fabulous Felon

This is a parody website. The actual criminal records are correct. The rest is not true. What do you expect from a fabulous felon and liar?

# EXHIBIT "B"

From: convictedfelon@lisaliberi.com
To: llisaliberi@aol.com
Sent: Wed, Nov 10, 2010 10:37 am
Subject: Good morning, Convicted Felon

Love your new website.

Yours,

Convicted Felon

# EXHIBIT "C"

Show Summary View
**lisaostella** Logout | My Account



# DomainTools.com

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| PingTraceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | | Bulk Check | Domain Typo Generator | more> |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Whois Record For LisaLiberi.com

Acquire this Domain Name

|  | Save Cancel |

Search Whois Records | | Search

- Whois Record
- Site Profile
- Registration
- Server Stats
- My Whois
-

### Whois Record

Related Domains For Sale or At Auction
CorsiLiberi.info ($477) LiberiaNt.com ($1,500)
1 More >
Reverse Whois:
**"lisaliberi.com"**
NS History:
**2 changes** on **3** unique name servers over **0** year.
IP History:
**1 change** on **2** unique name servers over **0** years.
Whois History:
**6 records** have been archived **since 2010-11-10** .
Reverse IP:
**94 other sites** hosted on this server.

Monitor This Domain Name

DomainTools for Windows®

Now you can access domain ownership records anytime, anywhere... **right from your own desktop! Download Now>**
Registration Service Provided By: NAIROBI WEB HOST
Contact: +254.20000000

Domain Name: LISALIBERI.COM

Registrant:
lisaliberi.com
Geoff Staples        ( convictedfelon@lisaliberi.com )
4014 Fairmount St. Suite 106

4014 Fairmount St., Suite 106
Dallas
Texas,75219
US
Tel. +001.2145201340

Creation Date: 09-Nov-2010
Expiration Date: 09-Nov-2011

Domain servers in listed order:
    nwh4.nairobiwebhost.com
    nwh3.nairobiwebhost.com
    nwh2.nairobiwebhost.com
    nwh1.nairobiwebhost.com

Administrative Contact:
    lisaliberi.com
    Geoff Staples         ( convictedfelon@lisaliberi.com )

    4014 Fairmount St., Suite 106
    Dallas
    Texas,75219
    US
    Tel. +001.2145201340

Technical Contact:
    lisaliberi.com
    Geoff Staples         ( convictedfelon@lisaliberi.com )

    4014 Fairmount St., Suite 106
    Dallas
    Texas,75219
    US
    Tel. +001.2145201340

Billing Contact:
    lisaliberi.com
    Geoff Staples         ( convictedfelon@lisaliberi.com )

    4014 Fairmount St., Suite 106
    Dallas
    Texas,75219
    US
    Tel. +001.2145201340

Status:LOCKED

**Thumbnail:**          **2010-11-21**





Country TLDs
General TLDs

☐ LisaLiberi.at
Buy

☐ LisaLiberi.be
Buy

☐ LisaLiberi.cn
Buy

about:blank



');jQuery(this).parent().html('( Thumbnail Queued )');return false;" href="#"Queue this Domain for Update

Buy
LisaLiberi.org
Buy
LisaLiberi.biz
Buy
LisaLiberi.info
Buy
LisaLiberi.us
Buy

LisaLiberi.co.uk
Buy
LisaLiberi.de
Buy
LisaLiberi.dk
Buy
**Show all** (16) >
Buy all selected >
LisaLiberi.com
LisaLiberi.net

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map
© **2010 DomainTools, LLC** All rights reserved.

Domaining site recommended

Lisa Ostella
Breederville - A Virtual County Fair!
http://breederville.com

http://who.godaddy.com/WhoIs.aspx?domain=lisaliberi.com&isc=ALEXADOM

Username / Customer#  Password  USD  empty

Create Account | Forgot Password  Deals of the Day  24/7 Sales & Support (480) 505-8877
Hablamos Español

Products  Domain Auctions  Marketplace Products  Support & Community  Our Commercials  Bob's Video Blog  My Account

Domains  Hosting  Email  Site Builders  Business  SSL & Security  Resellers

**ALEXA Visitor Special! $7.49* .com!**
View offer details

**LISALIBERI.COM**

Show All My Products

**Check to add these alternate *LISALIBERI* domain names.**  Select All

☐ .INFO $1.99*/yr SAVE!  ☐ .NET $9.99*/yr SAVE!  ☐ .ORG $9.99*/yr SAVE!  ☐ .ME $8.99/yr SAVE!  ☐ .MOBI $6.99*/yr SAVE!

**Check to add these similar *LISALIBERI.COM* domain names.**  Select All

☐ THELISALIBERI.COM...  $11.99*/yr  ☐ MYLISALIBERI.COM  $11.99*/yr  ☐ NEWLISALIBERI.COM...  $11.99*/yr

☐ FREELISALIBERI.CO...  $11.99*/yr  ☐ BESTLISALIBERI.CO...  $11.99*/yr  ☐ LISALIBERIS.COM  $11.99*/yr

☐ SLISALIBERI.COM  $11.99*/yr  ☐ ...LISALIBERISITE.COM  $11.99*/yr  ☐ SITELISALIBERI.CO...  $11.99*/yr

☐ ...LISALIBERIONLINE.COM  $11.99*/yr  ☐ ONLINELISALIBERI...  $11.99*/yr  ☐ ...LISALIBERISTORE.COM  $11.99*/yr

**Check to add these Premium domain names.** ❓  Select All

☐ BeReached.com $99,999.00  ☐ BeObvious.com $9,990.00  ☐ Li3B.com $280.00

☐ RituaaI.net $388.00  ☐ SassyALi.com $2,588.00  ☐ InterventionalImaging.com $2,088.00

[ADD TO CART]

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

**Don't do these 10 things, YOU'll be like everyone else, but won't like what happens.**

"Thanks for the inspiration." - Dave G.

Registration Service Provided By: NAIROBI WEB HOST
Contact: +254.20000000

Domain Name: LISALIBERI.COM

Registrant:
lisaliberi.com
Geoff Staples (convictedfelon@lisaliberi.com)
4014 Fairmount St., Suite 106
Dallas
Texas,75219
US
Tel. +001.2145201340

Creation Date: 09-Nov-2010
Expiration Date: 09-Nov-2011

Domain servers in listed order:
nwh4.nairobiwebhost.com
nwh3.nairobiwebhost.com
nwh2.nairobiwebhost.com
nwh1.nairobiwebhost.com

Administrative Contact:
lisaliberi.com
Geoff Staples (convictedfelon@lisaliberi.com)
4014 Fairmount St., Suite 106
Dallas
Texas,75219
US
Tel. +001.2145201340

Technical Contact:
lisaliberi.com
Geoff Staples (convictedfelon@lisaliberi.com)
4014 Fairmount St., Suite 106
Dallas
Texas,75219

US
Tel. +001.2145201340

Billing Contact:
lisaliberi.com
Geoff Staples (convictedfelon@lisaliberi.com)
4014 Fairmount St., Suite 106
Dallas
Texas,75219
US
Tel. +001.2145201340

Status:LOCKED
Note: This Domain Name is currently Locked. In this status the domain
name cannot be transferred, hijacked, or modified. The Owner of this
domain name can easily change this status from their control panel.
This feature is provided as a security measure against fraudulent domain name hijacking.

The data in this whois database is provided to you for information purposes only,
that is, to assist you in obtaining information about or related
to a domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree that you will
use this data only for lawful purposes and that, under no circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress
or load this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or by telephone.
The compilation, repackaging, dissemination or other use of this data is expressly prohibited without
prior written consent from us. The Registrar of record is Directi Internet Solutions Pvt. Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Registry Status: clientTransferProhibited

See Underlying Registry Data

| My Account | Domain Search | Webmail | Telephone Support & Sales | Careers |
| My Renewals | Product Catalog | WHOIS search | Go Daddy Community | Security Center |
| My Upgrades | Product Advisor | ICANN Confirmation | Discussion Forums | Company Info |
| Account Settings | Gift Cards | Affiliates | Help and Guides | News Center |
| Customer Information | Go Daddy Mobile | Connect with Us | User Groups | Customer Testimonials |
| Order History | Today's Offers | Gadgets/Widgets | Submit Support Ticket | Go Daddy Scoop |
| Create Account | | Commercial Contests | Site Suggestions | Marketing Proposals |
| | | Site Map | Report Spam | Advertising Opportunities |
| | | | Executive Account Services | |

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on July 23, 2010.
Legal    Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2010 GoDaddy.com, Inc. All rights reserved.