UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-3000

Lisa Liberi v. Orly Taitz

(EDPA No. 09-cv-01898)

**ORDER**

The order issued by the Court earlier today remanding the emergency motion for a temporary restraining order to the District Court. As the Court's order was not case dispositive, the mandate should not have issued. Accordingly, it is hereby

ORDERED that the mandate is hereby recalled and vacated.

The case is currently calendared and remains calendared for February 9, 2011. The Court will determine whether oral argument will be scheduled.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: 10 December 2010

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk