IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ, et al., | : | |
| | : | |
| Defendants. | : | |

FILED
DEC 14 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

**AND NOW**, this **13th** day of **December, 2010**, upon remand from the United States Court of Appeals for the Third Circuit on December 10, 2010 and Plaintiff's having satisfied the requirement of filing a formal motion, it is hereby **ORDERED** that a hearing on Plaintiff's Emergency Ex Parte Motion for a Temporary Restraining Order (doc. no. 154) is **SCHEDULED** for **December 20, 2010 at 2:00 P.M.** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is **FURTHER ORDERED** that Defendants shall file any response to Plaintiff's Emergency Ex Parte Motion for a Temporary Restraining Order (doc. no. 154) by **December 17, 2010 at 5:00 P.M.**

It is **FURTHER ORDERED** that, given the fact that Defendants are pro se and do not have email addresses listed on the docket, Plaintiff shall serve all Defendants by overnight

courier at their last known address identified on the docket.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.