```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LISA LIBERI, et al.,         :   CIVIL ACTION
                             :   NO. 09-1898
          Plaintiffs,        :
                             :
     v.                      :
                             :
ORLY TAITZ, et al.,          :
                             :
          Defendants.        :
```

## O R D E R

**AND NOW**, this **14th** day of **December, 2010**, it is hereby **ORDERED** that all requests for a continuance of the deadlines set in the previous Order on December 13, 2010 (doc. no. 157) are **DENIED**.

It is **FURTHER ORDERED** that Plaintiffs shall serve a copy of their Emergency Ex Parte Motion for a Temporary Restraining Order (doc. no. 154) on all Defendants by overnight mail to their last known address.[1]


**AND IT IS SO ORDERED.**


                                        S/Eduardo C. Robreno
                                      **EDUARDO C. ROBRENO, J.**

---

[1] Each Defendant should review the allegations and the relief sought in Plaintiff's motion to determine if they wish to attend the hearing.