IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LIBERI, et al., | CIVIL ACTION |
| Plaintiffs, | NO. 09-1898 |
| v. | |
| ORLY TAITZ, et al., | |
| Defendants. | |

FILED
JAN 18 2011
MICHAEL E. ...
BY

## O R D E R

**AND NOW**, this **18th** day of **January, 2011**, as the Court address all issues raised by the parties at the hearing on December 20, 2010, pending motions (doc. nos. 146 & 153) in this matter are **DENIED as moot**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.