IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LIBERI, et al., | : | CIVIL ACTION |
| | : | NO. 09-1898 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ORLY TAITZ, et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

    **AND NOW**, this **3rd** day of **February, 2011**, it is hereby **ORDERED** that Defendant Taitz's 59E and 60B Motion to Amend or Alter Ruling (doc. no. 165) is **DENIED**.

**AND IT IS SO ORDERED.**

                                       S/Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO, J.**